# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-80114-CR-HURLEY

**UNITED STATES OF AMERICA,**
        plaintiff,

vs.

**JEAN JUSTE,**
        defendant.
_____/

## ORDER DIRECTING SUPPLEMENTAL STATEMENT IN SUPPORT OF CJA ATTORNEY FEE VOUCHER

The court is in receipt of a CJA panel attorney voucher that request reimbursement of attorneys fees which significantly exceeds the $9900 statutory cap plus expenses. In compliance with ¶2.22E of the Guidelines for the Administration of the Criminal Justice Act and Related Statutes (CJA Guidelines), Volume 7, *Guide to Judiciary Policies and Procedures*, the court notifies counsel that it is considering a reduction in the reimbursement, and wishes to provide counsel with an opportunity to offer further explanation in support of the pending fee application.

Counsel is accordingly directed to file a supplemental, sworn statement of reasons to explain and justify this request for a fee reimbursement that exceeds the $9900 statutory cap. The supplemental statement should include: (1) attachment of all *contemporaneous* attorney time records corresponding to the time expenditures in question [If contemporaneous records do not exist, the submitting attorney must clearly state this in the supplemental reason and explain the process by which the attorney time was reconstructed]; (2) identification of all attorney(s) claiming the time expenditures in question.

In this particular case, the court is particularly concerned with the number of "Out of Court"

hours claimed for interviews and conferences; and obtaining and reviewing records, noting an unusually large number of hours allocated for these areas. If the document review entries reflect reconstructed time, the person performing the reconstruction is directed to submit detailed affidavit explaining the process by which the reconstruction was achieved. If contemporaneous time records for the attorney(s) involved are available, these records should be submitted in connection with the supplemental statement of reasons].

Counsel is directed to file the supplemental statement of reasons in accordance with this directive within **FIFTEEN (15) DAYS** from the date of this order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 21st day of May, 2015.

Daniel T. K. Hurley
United States District Judge