<pre>
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH
                 CASE NO. 14-80114 CR HURLEY
 3       _____

 4    UNITED STATES OF AMERICA,
                          Plaintiff
 5          vs.                            April 6, 2015

 6    LUKNER BLANC AND BENOIT
      PLACIDE,
 7                       Defendant.

 8       _____

 9                        TRIAL DAY 9

10         BEFORE THE HONORABLE DANIEL T.K. HURLEY,

11          UNITED STATES DISTRICT COURT JUDGE
         _____
12
                       A P P E A R A N C E S
13
      FOR THE UNITED STATES STEPHEN CARLTON, AUSA
14    OF AMERICA             United States Attorney's Office
                             500 South Australian Avenue, Suite 400
15                           West Palm Beach, Florida 33401
                             (561) 820-8711
16                           Stephen.carlton@usdoj.gov

17    FOR THE DEFENDANT:     I. SCOTT SKIER, ESQ
      BENOIT PLACIDE         JONATHAN S. FRIEDMAN, ESQ (CJA)
18                           The Skier Law Firm
                             1655 Palm Beach Lakes Boulevard, Suite
19                           1012
                             West Palm Beach, Florida 33401
20                           (561) 820-1508
                             Scott@skierlawfirm.com
21                           Jfriedmanlawfirm@gmail.com

22    FOR THE DEFENDANT:     RICHARD ALDO SERAFINI, ESQ (CJA)
      LUKNER BLANC           Serafini Law Office, LLC
23                           One Financial Plaza, Suite 2510 100 SE
                             3rd Avenue
24                           Fort Lauderdale, Florida 33394
                             (754) 223-4718
25                           Ras@rserafinilaw.com
</pre>

```
 1   REPORTED BY:        GIZELLA BAAN-PROULX, RPR, FCRR
                         United States Court Reporter
 2                       400 North Miami Avenue, Suite 8S32
                         Miami  FL  33128
 3                       (305) 523-5294
                         gizella_baan-proulx@flsd.uscourts.gov
 4
     Also present:
 5       Haitian Creole Interpreters, Yolanda Zdancewicz and
             Losa Constant
 6

 7

 8                      P R O C E E D I N G S

 9           (The following proceedings were held in open court.)

10       (Thereupon, the jury was brought into the courtroom.)

11           THE COURT:  Good morning, ladies and gentlemen.

12   Please be seated.  I hope everybody had a nice weekend.

13           Now, you remember we completed stage one of the

14   trial, which is the receipt of all the evidence.  But the

15   second stage, very important, is when you have the

16   opportunity to listen to the lawyers for all parties make

17   their final arguments, and you remember I've said to you two

18   or three times what the lawyers say is not evidence and it is

19   not binding on you, but you want to listen to see does it

20   help you in your assessment of the evidence.

21           Now, in every criminal case because the Government

22   has the obligation of proving its charges beyond a reasonable

23   doubt, the Government gets to go first in the opening portion

24   of its final argument and then to come back at the end with a

25   brief rebuttal, so let me begin, if I might, by turning to
```

1    Mr. Carlton who will give the opening portion of the

2    Government's final argument.

3            Mr. Carlton.

4            **MR. CARLTON:**  Thank you.  May it please the Court,

09:07    5    Counsel, ladies and gentlemen.

6

7                        ___*CLOSING ARGUMENT*___

8            **MR. CARLTON:**  When we began this case a little bit

9    more than two weeks ago, I told you this was a case about

09:08   10    lying and stealing from the United States government and then

11    concealing those monies that had been stolen from the United

12    States government.  And I told you what the evidence would

13    be.  And I believe that you will conclude it is exactly what

14    I said it was.  We have proven everything that I told you we

09:08   15    would prove at the beginning of this trial.  Every single

16    thing.  And I urge you when you listen to the arguments of

17    the lawyers, ask yourself, are they talking about facts that

18    you heard from that witness stand?  Are they talking about

19    evidence in the form of exhibits that you saw?  Ask yourself

09:08   20    those questions because what I'm going to talk about today is

21    hard evidence that you saw, hard facts that you heard about,

22    and I'm going to ask you to draw your common sense

23    conclusions that you should reach when looking at those

24    facts.

09:09   25            Now, my statement is going to be broken up in this

first part into three parts.  First, I'm going to talk about
the chronology, the timeline of the evidence that you saw.
And I'm going to use charts that summarize that, the
timeline, from beginning to end.  You will not have these
09:09   charts back in closing -- in your deliberations, I mean.  So
if you think there's something important here that you should
make a note of, make a note of it now since you will not have
these boards.  Okay?  It's very important point.

The second point.  After I go through the
09:09   chronology of the timeline of what happened, I'm then going
to move to an outline of the indictment.  The judge is going
to give you an outline of the indictment, who's charged in
what count, what the crimes, the counts of the indictment
are.  And then count by count I'm going to give you hard
09:10   facts and evidence that supports each and every count.

The third part of this closing statement is going
to be what are the elements of the different offenses; the
elements of each of the crimes.  Each crime is made of
certain parts which under the law are called elements.  The
09:10   Government has the burden of proof to show each element
beyond a reasonable doubt.  And I'm going to discuss that
with you and show you how we did it on every single count as
to each of the defendants.  Okay?

You know, American culture as the industrial
09:10   revolution expanded and went on, people had free time.  Back

1   in the 1800s, there was no free time.  People worked six or

2   seven days a week.  But in this culture, people have two days

3   off.  What do people do in their spare time?  Hollywood.

4   Movies.  The movie industry, as all of you know, reflects our

09:11   5   society.  Reflects good things, reflects bad things.  Some of

6   the most famous and memorable movies involve crime.  Some of

7   them are comedies.  Some of them are love stories.  But

8   Hollywood reflects American society.  And, you know, this

9   trial was kind of like a movie and -- because it moved in

09:11   10   time.

11         Now, some movies will tell the story from beginning

12   to end.  Some movies start with the end and then they go

13   backward in time to show you how the movie started.  Now, in

14   this case, I told you that the movie, this trial, would move

09:11   15   progressively and that at the end you would see a search

16   warrant.  Now, in the old days before digital movies, the

17   reels -- when you go to the movies, you'd actually hear the

18   reels running.  And if you looked behind your shoulder where

19   the light was coming from, you saw a projector.  And there

09:12   20   would be these round circles, reels, filled with film.  And

21   if you paid real close attention, it wasn't just one reel;

22   they had to change reels in the muddle of it.  And you would

23   see a series of flashing dots for three or four seconds in

24   one corner of the screen.  And that was a sign to the

09:12   25   projectionist to get ready to start that second reel so the

1   transition would be seamless.

2          Now, what's kind of -- why do I mention all that?

3   Well, in this case, due to a scheduling problem -- you

4   remember His Honor talked about that -- the interpreter was

09:12   5   not available.  So the transcripts really got played a little

6   bit out of order.  So in other words, you saw the search

7   warrant evidence first.  So the last reel to the film kind of

8   got put in the middle.  But now you know that the natural

9   order of events was what happened before Lukner Blanc was

09:13   10   arrested, Lukner Blanc is arrested on October 29th, 2012.  So

11   the next several days he talks on recorded calls at the jail

12   with his co-conspirators, the people who are in concert with

13   him committing crime, and then that leads to the search

14   warrant.  And then it leads to the epilog, what happened

09:13   15   afterwards, when they begin to comment.  Oh, my God, they're

16   showing pictures to the girls, the West Coast girls.  Maybe

17   the gig is up.

18          So you've seen the entire movie and you know that

19   it ends with the search warrant and the discovery of a

09:14   20   treasure trove of the fruits of the crime and the tools of

21   the crime.  The crime being we're going to steal from the

22   Government.  And we're going to file tax returns that are

23   fraudulent, get the money, and we're going to put it on to

24   two different types.  We're going to hide it in two ways.

09:14   25   We're going to tell the IRS to send those stolen monies to

1    either actual accounts and we're going to control the debit

2    cards or onto prepaid debit cards, the Western Union card.

3              And we know that's true from the forensic analysis

4    done on the two of the three computers that were found in the

09:14    5    Juste search warrant.  Two of those computers had tax

6    returns, between 16 and 20 of them.  And you'll have the

7    actual exhibit 1.227 is the exhibit that shows you that

8    between 16 and 20 fraudulent tax returns were filed from two

9    of those computers found during the search warrant, 58 QM and

09:15   10    62 XP, and that the matching notes and debit cards matching

11    those fraudulent returns were also found in the Juste search

12    warrant.  Okay?  So the search warrant corroborates what

13    these people were talking about in Creole, thinking that, as

14    in their words, crackers would never figure it out because

09:15   15    they're speaking in a non-English language.

16              And so let's move to the timeline first.  And

17    again, if you think something's important here, write it

18    down.  What was said in closing was that this was just an

19    effort to help somebody get money to hire a lawyer and that

09:15   20    that's really what was the beginning.  We know now that this

21    activity began as early as September 5, 2012.  That's the

22    date that Mollina McDonald and Leah Gamble came to West Palm

23    Beach to open up bank accounts that were later used for this

24    fraudulent scheme.  They travel with Frank Fleuzinord.

09:16   25    Mollina McDonald indicated she met Mario.  She identified

1       that person as Benoit Placide.  They opened bank accounts.

2       And why?  So they can turn over the ATM cards.  Because in

3       the words of Frank Fleuzinord, they meaning Frank and Mario,

4       did not trust the girls to hold the ATM debit cards.  It was

09:16   5   going to be their money, Frank and Mario's, and they didn't

6       want the girls holding it.

7               Now, don't take my word that this is what happened.

8       Look at the bank records.  Government Exhibits 1.10, 1.14 is

9       the Galdys summary, 1.20, 1.24 is the other Galdys summary,

09:16  10   and 1.30, the Leah Gamble account.  The very next day,

11      September 6th, 2012, multiple fraudulent 1040s were filed

12      telling the IRS to send the refunds to the Mollina McDonald

13      Wells Fargo account.  What's the evidence that supports that?

14      Again, there was a stipulation.  All the tax returns in

09:17  15   evidence are fraudulent here.  Those returns and those bank

16      accounts, Government Exhibit 1.13, 1.11-A, 1.12-A.  The very

17      same day, the Leah Gamble account at TD Bank which had been

18      opened was designated on fraudulent filings to be the

19      recipient of fraudulent IRS refunds.  Don't take my word for

09:17  20   it.  Look at Government Exhibit 1.21-A, 1.22-A, and 1.23-A.

21              The very same day, another Mollina McDonald account

22      was designated in fraudulent IRS filings to receive over the

23      internet fraudulent refunds.  Don't take my word for it.

24      Look at the evidence.  Government Exhibit 1.31-A through

09:18  25   1.35-A.  About six days later, another co-conspirator who you

1  heard from, Mary Joe or Marie Joe Demesyeux opens a TD Bank

2  account.  Who was she recruited by?  She was recruited by

3  Shelda Phadael, a young girl that she hung around with

4  socially, who was later talking -- intercepted talking to

09:18  5  Lukner Blanc while he was in jail talking about her own debit

6  card at Chase Bank.  Shelda Phadael's own card, the same card

7  that Lukner Blanc had in his pocket at the time of his

8  arrest.  Marie Joe Demesyeux testified that she turned over

9  all of her account information to Shelda and the person that

09:19  10  drove her there, Junior, Jean Juste.  That's corroborated by

11  the fact that during the Juste search warrant, agents

12  actually located the debit card of hers in the Juste search

13  warrant.  All of those were unsuccessful.  They were

14  attempts, but they were part of the conspiracy.

09:19  15        She opens the account and very same day, multiple

16  fraudulent 1040s were filed designating her account at TD

17  Bank to receive IRS refunds.  All of those filings were

18  fraudulent.  Don't take my word for it.  Look at the records,

19  Exhibit 1.41-A through 1.41-AA.  The very same day Jean Juste

09:19  20  opens a TD Bank account in his own name.  Government

21  Exhibit 4 and the summary 4.3.  A review of the bank records

22  in his account indicates that the same day that that account

23  was opened, September 12th, 2012, multiple fraudulent 1040s

24  were filed with the IRS designating the Juste account at TD

09:20  25  Bank ending in 5042 to receive fraudulent refunds.  The

1    exhibits supporting that are Government Exhibit 4.1, that

2    series of documents there, and 4.2 series.

3         You also recall hearing before I skipped from

4    Demesyeux, remember she was the one that identified all of

09:20    5    the voices.  She identified the voices of Shelda Phadael,

6    Lukner Blanc, Mario, the person who she also indicated was

7    referred to as "Snow."  She identified Jean David Blanc, the

8    defendant's brother, also being on the recordings.  She

9    identified Lukner Blanc's voice as well.

09:21   10         Let me move to September 18.  September 18, 2012,

11    was the date that Marie Claude, Shelda Phadael's cousin, she

12    was recruited to open an account by Shelda Phadael.  And when

13    she did, she was driven to the bank just like Marie Joe

14    Demesyeux, by Jean Juste driving her and Shelda Phadael to

09:21   15    the bank.  She opens an account on September 18th.  The

16    exhibits that support that are 1.90 and 1.93, the Galdys

17    summary.  How do we know she's telling the truth?  The

18    evidence, ladies and gentlemen, the bank record filings.  The

19    1040s are filed thereafter designating that account to

09:21   20    receive fraudulent IRS refunds.  She indicated she turned

21    over all the information, the paperwork, to Shelda and Jean

22    in the car.  Was she telling the truth?  Yes.  How do we know

23    that?  Her debit card also discovered in the Juste search

24    warrant November 2, 2012.  Some of the tax refunds were

09:22   25    successful into that account.

1        September 19, 2012, multiple fraudulent IRS refunds

2    begin to be granted by the IRS and they are electronically

3    deposited into the Leah Gamble TD Bank account.  Exhibit 1.20

4    establishes that.  September 19, 2012, just a day after Marie

09:22  5    Claude opens her account, multiple fraudulent 1040s are filed

6    designating the Marie Claude account to receive the refunds.

7    You see that in Government Exhibit 1.91, the series of

8    records there, and the 1.92 series of records.

9        Now let me move to the next time period.  As we

09:22  10    pass by September 19th, let's move to a different time

11    period.  And it's just a week later, September 26th of 2012,

12    multiple fraudulent refunds are deposited over the internet

13    into the designated the Mollina McDonald account -- actually,

14    this particular entry is the success.  Multiple fraudulent

09:23  15    refunds are actually hitting the Mollina McDonald account

16    after they had been -- the account had been opened

17    fraudulently.  The exhibit that establishes that is Exhibit

18    1.10.

19        September 26th, after opening the account at TD

09:23  20    Bank, fraudulent refunds hit the Jean Juste account.  Check

21    out Exhibit 4 that establishes that.  October 3, 2012, the

22    refunds that had been claimed in the Marie Claude account are

23    suddenly granted and they begin to flow by electronic deposit

24    into the Marie Claude Regions bank.  Exhibit 1.90 in the

09:24  25    exhibits associated with that establish that, the tax

1    returns.  On October 9, 2012, Benoit Placide opens his own

2    account -- or rather orders a debit card.  You will recall

3    Government Exhibit 10.1, the screen shot.  And you will

4    recall Eric Guevara from PNC Bank testifying, and he

09:24   5    testified about what those account records show.  And that on

6    October 9th of 2012, Benoit Placide, their customer, ordered

7    a new debit card at that account.  Also -- and that's

8    Government Exhibit 10.1.  And the Galdys summary related to

9    the Placide account is 10.8.

09:25   10        An important thing to remember about Eric Guevara's

11   testimony, you recall that he testified that when one opens a

12   debit card that the bank does two things; they send a debit

13   card out in one mailing, and then for security purposes, they

14   don't send the PIN out in the same mailing.  They send the

09:25   15   personal identification number, the PIN, the four-digit PIN,

16   in a separate mailing.  And that eventually when those are

17   received by the customer, the card is activated.

18        October 11, moving on in the timeline, Shelda

19   Phadael opens a TD Bank account in her own name that's later

09:25   20   used to commit fraud against the United States.  Fraudulent

21   returns later go into that account.  The exhibits that

22   support that are 9.1 and 9.22, the Galdys summary.  On

23   October 11th, 2012, you heard from this witness.  Cherish

24   Adams.  She now lives up in Georgia.  She's got some kids,

09:26   25   but she used to live on the West Coast, the person who dated

1    Frank for a while.  She opens two Chase Liquid accounts at

2    the request of Frank Fleuzinord.  Why is that significant?

3    It's significant because just before Lukner Blanc's arrest,

4    you will recall the cell phone that was in the car Lukner

09:26    5    Blanc was driving at the time of his arrest, October 29,

6    2012, that cell phone text messages Frank Fleuzinord a couple

7    of hours before his arrest.  And what information does he

8    provide?  The exact details of the Cherish Adams debit card.

9    The exact details.

09:26   10        On October 12th, the very next day, Leah Gamble

11    opens a Chase Liquid account.  Moving back for just a second

12    to the Cherish Adams account and the bank activity relating

13    to that, those are found in the 7.1 series and the 8.1

14    series.  And the Galdys series is 7.8.  And there's also a

09:27   15    summary in the 8 series, I believe it's 8.7, but I'm not

16    sure.  The very next day, Leah Gamble opens a Chase account

17    that's later used in connection with the tax fraud and the

18    scheme to hide stolen monies from the Government.  The

19    exhibits that support that are 1.50 and 1.52.

09:27   20        The very same day, Britney Stottlemyer opens a

21    Chase Liquid account.  And you know from looking at her bank

22    records that that account was opened around the same time.

23    She's also from the West Coast.  And the returns that were

24    filed in that account are also fraudulent.  The exhibits that

09:27   25    support that account are 1.60 and 1.62.  Within just a couple

1    of days -- actually, two days, mentioned October 11 as a date

2    that Shelda Phadael opens an account.  Just two days later,

3    two days later, multiple fraudulent 1040s are filed

4    designating Shelda Phadael's account at Chase Liquid to

09:28   5    receive -- actually, these are two different accounts.  The

6    October 13th account is a Chase account and the earlier

7    account is TD Bank.  But this is the account that actually --

8    the Chase Liquid account of Shelda Phadael, that's the ATM

9    debit card that Lukner Blanc had in his pocket belonging to

09:28   10   Shelda Phadael.

11          On that date, October 13th, there were multiple

12   1040s that were fraudulent, filed over the internet, telling

13   the IRS to send the refunds into that account.  The exhibits

14   that support that are 9.12-A through 9.21-A.  October 14th,

09:28   15   just two days after opening Cherish Adam's two Liquid

16   accounts, multiple fraudulent 1040s are filed designating her

17   account to receive those funds, accounts plural.  Look in the

18   Exhibit 7 series and the Exhibit 8 series for that evidence.

19          On October 14th of 2012, multiple 1040s are filed

09:29   20   designating the Leah Gamble account to receive fraudulent

21   1040s and to -- and to receive the refunds related to those

22   filings.  The exhibits that support that are 1.50 and the

23   series of exhibits in 1.51.  The same day, the Britney

24   Stottlemyer account is also used to receive multiple 1040s

09:29   25   that were filed over the internet by the IRS, directing the

1    IRS to send the refunds to Britney Stottlemyer's Chase

2    account.  The exhibits that support that are 1.60 and 1.61.

3           Now, I talked about the Benoit Placide account that

4    was -- the debit card was ordered on October 9.  And you will

09:30   5    recall the oral -- the testimony of Eric Guevara, that the

6    card was activated by a customer, by someone using the actual

7    debit card and using the actual original PIN that had been

8    mailed out.  And that that was done on October 17.  So the

9    card was ordered October 9.  And the testimony of Eric

09:30  10    Guevara was that the card was activated at an ATM using the

11    PIN on October 17.  And that's a very important date.

12    October 9 and October 17.  Okay?  So the card is activated on

13    October 17.  So we're up to October 17 on this timeline.

14    Let's move to -- that's the date that that was activated.

09:31  15    His testimony, Eric Guevara, is Government Exhibit 10.1.

16           Let's talk now about the next chart, which is

17    Chart 3.  On October 24th, what happened?  Multiple

18    fraudulent 1040 refunds begin to hit the Cherish Adams

19    account.  The exhibits that support that are the 7 series and

09:31  20    the 8 series.  The two summaries that relate to those

21    records, the Cherish Adams records, are 7.8 and 8.7.

22    Multiple refunds start to hit the Britney Stottlemyer Chase

23    account on October 24th.  How do we know that?  Look at

24    Exhibit 1.60 and the summary 1.62.  I indicated to you

09:31  25    earlier that the ATM card of Benoit Placide at PNC Bank was

1    activated October 17th.  One week later, October 24th,

2    multiple fraudulent refunds start getting deposited into that

3    account of Defendant Benoit Placide.  Look at the exhibits in

4    10.1 for that, the 10 series.

09:32   5          On October 25 of 2012, you will recall the nurse

6    from the West Coast of Florida.  And I violated one of the

7    sacrosanct rules of male/female relations.  You never ask a

8    lady how old she is.  I shouldn't have done it.  I asked her

9    how old she was.  Did she give us a year?  No.  What was her

09:32  10    response?  Old enough to know better.  She's the nurse on the

11    West Coast who opened up accounts at Frank Fleuzinord's

12    request.  How do we know that's true?  We have the bank

13    records.  The bank records that support her opening that

14    account -- two accounts at Chase October 25, 2012,

09:32  15    Exhibits 1.70 and 1.80.  And we know from looking at those

16    accounts, that those accounts were used the same way.  Just

17    two days later, on October 27, fraudulent 1040s were filed

18    over the internet designated these Dawn Nicolas accounts to

19    receive fraudulent refunds.  The Exhibits 1.70 and the 1.71

09:33  20    series, 1.80 and the 1.81 series.

21          On October 28, 2012, something that's very

22    important in this case happens.  This case is about lying and

23    stealing from the United States government and then

24    concealing those thefts.  Government Exhibit 247.  Remember

09:34  25    the testimony of Mike Sweeney from Citi Bank -- from Chase

1   Bank?

2            **THE COURT**:  Let me just stop now.  Can all of the

3   jurors see what's on the monitor?  I think the easel is in

4   the way and you may want to pull that back.

09:34   5            **MR. CARLTON**:  (Complies.)

6            **THE COURT**:  Thank you.  Everybody okay now?  All

7   right.  Thank you.

8            **MR. CARLTON**:  Is there any better evidence of

9   concealment using a mask to hide your face to make an ATM

09:34  10   withdrawal on an account in which the only monies in the

11   account is money stolen from the United States government?  A

12   picture is worth a thousand words.  I don't have to say

13   anything else.  This is concealment in its ugliest

14   manifestation.  The testimony of Mike Sweeney was that those

09:35  15   transactions in which a person was wearing a mask were done

16   on October 28th at 2012 in the middle of the night, and in

17   monies were relating to the Adams and Stottlemyer accounts.

18   And if you look at the bank records, the only money in those

19   accounts were stolen tax refunds.  That is the evidence of

09:35  20   concealment, ladies and gentlemen, in the conspiracy.

21            On October 29th, 2012, Lukner Blanc is arrested.

22   Lo and behold, what does he have in his card -- in his

23   pockets, pants pockets?  He has four debit cards; two in the

24   name of Cherish Adams at Chase Liquid, one in the name of

09:35  25   Shelda Phadael, Chase Liquid, and surprise, surprise, the PNC

09:36

debit card of co-defendant Benoit Placide.  That's what he
has.  Immediately before he's arrested, he is caught
texting -- later caught texting.  The forensic analysis
afterwards showed that before his arrest, the phone that was
in the car -- he is the only person driving -- the State
seized the car, got a search warrant for the car, then got a
search warrant for the cell phone.  And the -- it's actually
the Feds got the search warrant to look at that phone, the
contents.

09:36

      You'll recall Agent Diffenbach testifying the first
time that cell phone text message -- 1.3 is the exhibit
number and the forensic report is 1.4.  That cell phone had a
very detailed message to Frank Fleuzinord in which he gives
the details of the Cherish Adams account and indicates, Call
Chase and tell them you've had problems with the card.  We
know between October 29 and November 1 after the arrest of
Lukner Blanc, there are many, many calls, many calls.  And
they are all between Lukner Blanc, a couple with "Junior,"
just "Junior," talking to Shelda Phadael.  But most of the

09:37

calls at PBSO, the defendant talking to his co-conspirators,
most of them.

      And then there's a series of calls at the end of
the case after Frank Fleuzinord gets picked up by immigration
and he's at Glades County.  There are two series of calls
that are at the back end of the notebook, around 1.29 to

09:37

```
        1    1.36.  Most of the calls, 1.101, that are in the notebooks.

        2    But calls 1.101 through 1. -- around 1.8, deal with calls at

        3    the Palm Beach County jail.  In a criminal case, nothing,

        4    nothing is more revealing about what's really going on in a

09:38   5    case than the defendants themselves talking about their

        6    activity in code while the crime is going on.  You can have

        7    surveillance.  You can have fingerprints.  You can have

        8    photographs.  Nothing is more revealing than the defendants

        9    talking about what they're doing, how they're doing it, how

09:38  10    they are going to do it, and then it being corroborated by a

       11    search warrant that gives the ultimate translation an

       12    explanation to the codes that were being used and the dates

       13    of birth and the forensic analysis gives truth to what I'm

       14    saying.

09:38  15              And you know when you exercise your reason and

       16    common sense, wherever you came from, whatever you do for a

       17    living, wherever you live, you know what I'm saying is true

       18    because the tapes of the conversations of the defendants

       19    themselves reveal the defendants as they really are and not

09:39  20    how they want you to believe they are when they're sitting

       21    pressed in a court of law.  What do they say?  What's

       22    important?  Those transcripts reveal the following.  They

       23    reveal the following types of important things.  Now, you're

       24    going to have all these transcripts.  I can only give you the

09:39  25    greatest hits, what I think is important.  It's for you to
```

decide what's really important.  I suggest to you that these
are some of them.  On October 30 at 20 hours, 11 minutes, the
call number is 1.106-T, 1.106-T.  Sonia tells Lukner -- and
she's talking about Mario.  "He was here.  He said he was on
his way to buy more plastics.  He would let me know whatever
he needed to put on the plastic," unquote.

        In response and later on in the call, Lukner
doesn't just want to talk about Mario, he wants to talk about
the guy on the West Coast.  He says to Sonia, quote, "See how
much money Frank is asking.  You understand?"  Unquote.  We
know who Frank is by the cell phone records and from the
testimony of the people on the West Coast.  Mollina McDonald
and Dawn Nicolas.  He's the go-between between those West
Coast accounts, "Snow" or Mario, and Lukner Blanc.  On
October 30, 21:52 hours, the exhibit number is 1.108-T,
1.108-T.  Lukner says to Sonia, quote, "Have Mario call that
guy for the blue to get him to ask these people to order new
ones," unquote.  And then, quote, "Tell Mario to call him to
order some more blue from that same person who did the
previous blues.  To call the company to let them know that
the blues are lost, to order more blue."  And that -- again,
that's call 1.108-T.

        On October 31, multiple fraudulent refunds begin to
hit electronically the Shelda Phadael Chase Liquid account,
Exhibit 9.1 and the 9.1 series.  The same day, October 31,

```
 1    2012, multiple fraudulent refunds begin to get deposited by

 2    the IRS into the Leah Gamble Chase Liquid account.  The

 3    exhibit that supports that is 1.50.  On October 31, 2012, at

 4    14:51 hours, the defendant Lukner Blanc is intercepted

09:42   5    talking to Sonia.  Quote, "Use the same SSN, but put in a

 6    different DOB.  Understand?  One DOB that always works is

 7    3-05-94 or 3-05-93."  These two work best.  "Koutkout Shorty"

 8    knows how to do it.  So have "Koutkout Shorty" show you how

 9    to do one.  Figure out which dates work," unquote.  That

09:42  10    transcript is 1.110-T.

11            You'll know from the evidence, looking at the tax

12    returns and the Metabank analysis.  Just check out the

13    Government chart that supports the filings made between

14    November 1 and November 2.  That summary is Government

09:42  15    Exhibit 1.227.  Compare that chart with the taxpayer dates of

16    birth used there.  You're going to see 3-5-94 and 3-5-93

17    used.  But don't take my word for it.  Check out the Metabank

18    summary 1.231.  That Metabank summary is going to show you

19    that multiple dates, multiple people in whose names these

09:43  20    prepaid debit cards were registered, they had those same date

21    of births.  Is that a coincidence?  I think not.  They're

22    following his instructions of using the dates that work best.

23            October 31, the same day, five hours later at 19:36

24    hours, Lukner tells "Snow," quote, "Tell him -- he's talking

09:43  25    about "Snow."  I misspoke.  He's not speaking to "Snow," but
```

he's talking about "Snow."  Quote, "Tell him to tell them to
order more stuff.  Okay?  Tell him to tell them to order more
stuff for us," unquote.  That's 1.11-T.  Obviously, the
translator is the person that put that into English.  Ralph
Desmangles, the Haitian gentleman.  Actually, Haitian
American.  You know what they're talking about, ladies and
gentlemen, because by this time it's not much of a secret.

          November 1, 2012, Lukner says to his brother David,
quote -- let me move back.  The conversation about telling
him to order more stuff is 1.11-T, 1.111-T.  The very next
day, November 1.  Again, remember, this is before the search
warrant.  November 1, 2012, at 16:21 hours.  That's 4:21 in
the afternoon.  Lukner says to this brother David, quote, "I
taught Mario, "Junior" and yourself how to do it.  I told you
as well.  When you're doing the second part, either 3-5-94 or
3-5-93 will work," unquote.  Government Exhibit 1.114-T,
1.114-T.  Same day about two hours later at 18:04 hours.
Sonia says to Lukner, quote, "I just spoke with "Koutkout
Shorty" and he came to the house.  "Koutkout Shorty" told me
that the ones that had been at his house are about to finish
register.  After that, he and "Snow" will attack," unquote.

          Sonia goes on to tell Lukner, "I just gave $400 to
"Junior" a little while ago.  Oh, my God.  I can't believe I
just called him by his name," unquote.  That call, 1.116.
The ones that are at his house are about to register.  What

1    are they talking about?  How do you get these refunds into

2    your hands if you're not using debit -- you're not using bank

3    accounts anymore?  The Western Union debit cards.  It's like

4    a softball mitt.  You got to have a mitt to catch the refund

09:46    5    falling from the sky.  Those refunds cards have got to be

6    registered before they actually receive the refund.  That's

7    what they're doing.  They got the refunds on those cards.

8    The evidence uncovering the search warrant corroborates what

9    I'm telling you.

09:46    10          We know that the search warrant was done the very

11    next day, November 2.  And we know that the fraudulent

12    refunds that were sought, many of them were filed on

13    November 1 and November 2.  You'll recall the forensic

14    analysis of TaxHawk and TurboTax showed that those three

09:46    15    computers had been used to file more than 700 fraudulent

16    returns.  More than 700.  Think about that.  This is an

17    organized, mechanized fraud.  It's organized crime is what it

18    is.  Call it for what it is.  Two of those laptop computers,

19    58 QM and 62 XP, were specifically traced to filing returns

09:47    20    after Lukner Blanc's in jail.  So we know he didn't do those.

21    But he's saying, Get more money.  Get more money.  The only

22    way they were getting more money was defrauding the IRS.  And

23    they used the debit cards to do it.

24          Now the debit cards, think about it.  The debit

09:47    25    cards are just plastic.  They're worth nothing unless, part

1   and parcel of it is you have fraudulent refunds coming onto

2   the cards.  So certainly it's foreseeable not just buying the

3   cards, the cards are the mitt used to receive the refunds

4   falling out of the sky.  They go hand-in-glove together.  A

09:47   5   ball and a mitt.  They are inseparable.  And it's foreseeable

6   if you're buying the cards, you're expecting the refund --

7   the fraudulent refund activity to continue.

8        Right around the time of the search warrant, just

9   before it happens, evidence of participation in this

09:48   10   conspiracy, Government Exhibit 1.53-A, 1.53-A.  And do you

11   recall the testimony of Mike Sweeney of Chase?  This is

12   actually November 1, the day before the search warrant, at

13   2:22 in the morning, in the middle of the night.  Who is it?

14   Who is doing this on the Leah Gamble account?  It's Benoit

09:49   15   Placide sitting over there in the blue shirt, identified by

16   two people, with the Leah Gamble debit card.  Is he taking

17   out Lukner's money on Lukner's credit card -- or his debit

18   card?  No.  Is he using his own debit card?  No.  He's using

19   the Leah Gamble, a woman who doesn't even live here.  And

09:49   20   he's trying to block it.  He's trying to block the camera

21   with the yellow Post-it card.  Just not very good at it.

22   That's participation in the conspiracy, ladies and gentlemen.

23   It's not an innocent act.  Again, that exhibit is 1.53-A.

24        We know that there were instructions from Lukner

09:50   25   Blanc when he's in jail to go out and get more plastics.  Do

1    we know that was happening?  Yes.  How do we know?  During

2    the Juste search warrant, a 7-11 receipt was uncovered

3    purchasing debit cards.  It was a 7-11 receipt.  The serial

4    numbers were tied to the packaging of debit cards found

09:50  5    during the Juste search warrant.  So the co-conspirators.

6    Juste.  "Snow," probably others, were going out, continuing

7    the process, continuing the crime, buying more debit cards.

8    That particular debit card receipt, the 7-11 receipt for the

9    Western Union cards is after Lukner Blanc is in jail.  It's

09:50  10   November 2, 2012, at 4:36 in the morning.  At ATM -- I

11   misspoke.  A 7-11 receipt for multiple debit cards.  Those

12   matching debit cards and this receipt were found in the Juste

13   search warrant of November 2, 2012.  Don't take my word for

14   it.  Look at Exhibit 1.209.  That's the receipt.

09:51  15              On November 2, 2012, the Juste search warrant

16   happens.  You saw all the evidence that was uncovered.  Three

17   debit cards -- I misspoke.  Three laptop computers.  70, 80,

18   who knows how many debit cards.  Many of those debit cards

19   forensically tied to this fraud.  Two notebook computers.  I

09:51  20   mentioned what was found on the notebook computers.  Tax

21   filings that happened after Lukner Blanc is in jail in which

22   he is directing his co-conspirators to continue the crime.

23              November 2, Cherish Adams also -- this is

24   important.  Remember the conversations?  Call the guy.  Tell

09:51  25   him to tell the girls to order more blue, to report their

1    cards lost.  Did that happen?  Yes.  How do we know that?  We

2    know by looking at the Chase Bank records of Cherish Adams.

3    Check out her bank records, 7.1 and 8.1.  She ordered new

4    debit cards over on the West Coast after receiving a call

09:52    5    from Frank Fleuzinord telling her to do that.  Don't take my

6    word for it.  Look at the bank records.  7.1 series and the

7    8.1 series.

8             After the search happens, the fallout.  The jail

9    calls reveal the fallout.  On November 30, 2012, Sonia is

09:52    10    speaking to Lukner who is still at Palm Beach County jail,

11    and she says to him -- and incidentally, I'm going to be

12    quoting from transcript 1.119-T.  1.119-T is the transcript.

13    Sonia says to Lukner, quote, "Snow" came here earlier today

14    to get some money for gas," unquote.  Money for gas.  Why?

09:53    15    He's got to travel to meet Frank who lives on the West Coast.

16    Lukner says, quote, "I owe this guy a thousand dollars for

17    the two new blues.  Give "Snow" a thousand dollars to send to

18    this guy via Western Union," unquote.  This guy, Frank

19    Fleuzinord.

09:53    20             Lukner then goes on to say, "Mario told me they

21    found a lot of his stuff," unquote.  Lukner says to Sonia --

22    and this is Defendant Lukner Blanc speaking to Sonia, his

23    girlfriend.  "We can't stop.  We have to continue."  Talking

24    about the crime, the ongoing tax fraud crime.  Sonia says to

09:53    25    Lukner, "They took "Snow"'s and "Koutkout Shorty"'s."  He was

1    at "Koutkout Shorty"'s place.  She's referring to "Snow."  He

2    was using it to do the stuff.  Only yours and mine remain.

3           What did I say earlier about the best evidence in a

4    case?  These tapes reveal the defendants and their

09:54  5    co-conspirators as they really are talking about the crimes.

6    She's referring to the police got "Snow" and "Shorty"'s

7    computers.  He was here.  He was at "Shorty"'s doing it.

8    Meaning "Junior" and "Shorty" -- "Junior" and "Snow" were

9    doing the tax crimes on the computers before the police

09:54  10    arrived.  He just happened to not be there.  And when she

11    said, Only yours and mine remain, those are notebook

12    computers the Government missed.

13           November 9, 2012, at 17:18 hours, Sonia tells

14    Lukner.  "He -- referring to Mario -- "brought me $300 back.

09:55  15    He actually brought me $500 from the blues."  That's 1.128-T.

16    On November 15th, 2012, multiple fraudulent 1040s get

17    electronically deposited into Chase Cherish Adams' account.

18    1.70.  And on May 11th, months after all this has happened,

19    Fleuzinord is speaking to Benoit Placide, Mario.  And he

09:55  20    says, "It appears that your guy is talking to them and

21    telling on us."  Mario then says in response, meaning Benoit

22    Placide says in response to Frank, "I know.  I'm aware of

23    everything."  Again, his words.  Fleuzinord then says to

24    Mario, "I'm sensing that the girls are talking, so you need

09:55  25    to call her and talk to her."  Now, if this is all innocent

1    activity, why would you be concerned that the girls are

2    talking?  Why would you be nervous?  Use your common sense.

3    You know why they were nervous.

4            Now let me move to the outline of information that

09:56   5    His Honor is going to provide to you during your

6    deliberations.  And I want to talk about the outline of

7    evidence.  And if we could look at Count 1.  Count 1.

8    Count 1 is conspiracy.  Both defendants are charged.  So

9    that's Blanc and Placide.  You talk about the evidence that

09:57  10    supports the conspiracy.  Generally speaking, there is a

11    system to our exhibit numbering.  When you see those

12    exhibits, ladies and gentlemen, generally speaking, if an

13    exhibit begin begins with a 1, it's going to relate to the

14    conspiracy.  So Count 1 series are going to be most of the

09:57  15    bank accounts.  Not all of them, but most of them.  They will

16    be like 1.10, 1.20, et cetera.  The tapes are the 100 series.

17    1.100.  The indexes that the -- were prepared, sort of the

18    legend to those tapes, are 1.100 MD, Marie Demesyeux; 100 MC,

19    Marie Claude; 1.100 RD, Ralph Desmangles.  And then the

09:58  20    transcripts themselves 1.100-T through 1.136-T.  Okay?  The

21    search warrant.  All the evidence uncovered in the search

22    warrant is in the 1.200 series.  So 1.201 through 1.

23    whatever.  Okay?

24            Now let me talk very briefly about conspiracy.

09:58  25    Conspiracy is not a formal written contract.  It's just an

1    agreement by two or more people to commit a crime.  It's an

2    agreement to commit an unlawful act.  It takes two.  Keep in

3    mind that the judge will tell you that once you join a

4    conspiracy, it really becomes a partnership in crime and

09:58  5    every member then becomes responsible for the conduct of

6    everybody else in the conspiracy, so long as what that other

7    person is doing is foreseeable.

8            So as it relates to this case, this is a very

9    important concept.  It's undisputed that after 10-29 of '12

09:59  10   Lukner Blanc is in jail, but he is imploring and instructing

11   his, I submit, subordinates.  He is this top of this pyramid.

12   Let's not make a mistake about that.  He is the straw that

13   stirs the drink here.  He is the man.  He is the one with the

14   Bentley.  Not a junker car.  He is the one that needs $55,000

09:59  15   to hire a lawyer.  And he's telling everybody what to do in

16   coded language.  And I would submit to you that it is

17   foreseeable to get more money to continue the crime -- you

18   don't have to file the tax return yourself.  You tell others

19   to go out to buy the debit cards, to get more blue, to get

09:59  20   the catcher's mitt that's going to receive these tax refunds

21   that are -- stealing money from the Government out of the

22   sky.  And he is just as responsible.  That's foreseeable,

23   ladies and gentlemen.

24           Remember when I said earlier those prepaid debit

10:00  25   cards go hand in glove with the tax returns.  Without the tax

returns and the fraudulent filings, those debit cards are
worthless pieces of plastic.  So it's very foreseeable as to
the tax crime that's needed to fill those cards with money.

Now, His Honor is going to tell you that if two or
more persons come in some way or manner to agree to try to
accomplish a common unlawful plan, that's enough.  Okay?  The
Government does have to show that the defendant knew the
unlawful purpose of the plan and joined it.  And I would
submit to you that nothing cements the Government's theory of
the case with regard to the guilty knowledge of Benoit
Placide on the conspiracy more than him being caught dead in
the act in the middle of the night on November 1, 2012, using
the ATM debit card of Leah Gamble, a person who lives on the
West Coast of Florida.  We know from the testimony of Mollina
McDonald how he got that card.  And she is corroborated
because of that camera and because of the bank records.
Don't take my word for it.  Look at the Mollina Mc Donald and
Leah Gamble records and that photograph, 1.53-A.

The third element of conspiracy is that there has
to have been at least one overt act committed by a
co-conspirator during the course of the conspiracy.  This is
a very easy element for the Government to prove.  The
indictment, which you will have a copy of, spells out 40
different overt acts.  We have proved almost every single one
of them.  We only have to prove one.  And the overt act does

1    not have to be committed by either of these defendants, but

2    just a member of the conspiracy.  So that's a very easy

3    element.

4              Fourth, that the overt act was committed on or

10:02    5    about the time alleged and with the purpose of carrying out

6    or accomplishing some object of the conspiracy.  When you

7    look at those individual 40 separate overt acts that are in

8    the indictment, it will become apparent to you as the nose on

9    your face that each of those acts were committed to

10:02   10    accomplishing an object of the conspiracy.  The object of the

11    conspiracy being, let's steal money from the feds, hide how

12    we're doing it, and conceal where we're putting it.  Nothing

13    more simple than -- nothing more complicated than that.  His

14    Honor will tell you that a person may be a co-conspirator or

10:02   15    a conspirator even without knowing all the details of the

16    unlawful plan or the names and identities of the other

17    alleged conspiracy -- conspirators.  So you don't have to

18    know every aspect of it, you just have to know what is going

19    on.  That you're getting unlawful monies and you're agreeing

10:03   20    to join in and participate in it.

21              And you can be guilty of a conspiracy if you only

22    have a minor role but still had a general understanding.

23    Nothing shows that better than the defendant Benoit Placide

24    using a debit card that doesn't belong to him in the middle

10:03   25    of the night.  A card that he had gotten from Frank

 1    Fleuzinord after Mollina McDonald and Leah Gamble had come

 2    over here with him.  And at least she met with Mario on that

 3    trip.

 4              Let me move to Counts 2 through 6.  And these are

10:03  5    all Defendant Blanc only.  All Defendant Blanc only.  These

 6    are -- each of these counts relate to the four debit cards

 7    Lukner Blanc had in his pocket at the time he was arrested.

 8    Count 2 charges -- these all charge receipt, concealment, and

 9    retention of money stolen from the United States.  Count 2,

10:04 10    February 29, 2012.  This relates to Lukner Blanc's own Wells

11    Fargo account, using his own account to receive money stolen

12    from the United States.  What's the evidence that supports

13    this count?  It's found in Government Exhibit 2.  That's his

14    own bank account.  And you'll see that it's his own bank

10:04 15    account at Wells Fargo.  And you'll see the fraudulent 1040

16    that went in the account, the fraudulent refund in the name

17    of Ruth Slezak, S-L-E-Z-A-K.  That exhibit, it's a stipulated

18    fraudulent return, Government Exhibit 2.1-A.  It's well over

19    a thousand dollars.  It's around 7,000.

10:04 20              And when you look at the return, you will recall

21    what I've argued, you'll reach your own conclusions.  What

22    I've called as a typo, 775 Orchid Drive is Defendant Blanc's

23    own address on the bank opening materials.  The tax return is

24    775 Orchard Drive, both in Royal Palm Beach.  It's probably a

10:05 25    typo.  It's his own account being used to receive a $7,000

1    fraudulent refund.  That evidence is clear.

2            Count 5.  This alleges about 5699 in stolen monies.

3    This is the Shelda Phadael Chase account, the Chase Liquid

4    account.  Lukner Blanc possessed that card in his pocket, and

10:05    5    that's the Exhibit 9 series.  There was more than a thousand

6    dollars in stolen refunds on that card.  If you will

7    recall -- this is an important point.  After Lukner Blanc is

8    arrested, there are a series of calls in which the

9    participants are Lukner Blanc -- and Ralph Desmangles on the

10:06   10    transcript says unknown female.  If you look at Government

11    Exhibit 1.100 MD.  1.100 MD, you will see the index of Marie

12    Joe Demesyeux who says the call in which the interpreter

13    says, I don't recognize this voice, unknown female, she says

14    that is Shelda Phadael.  And the conversation is between

10:06   15    Lukner Blanc and Shelda Phadael.  And she is saying she's

16    scared to go in the bank.  And they wanted to check her

17    passport.  And she indicates the bank want -- the bank's not

18    going to give me the money unless all the named taxpayers, I

19    bring them.

10:06   20            Lukner Blanc knows exactly what money.  You can

21    tell -- read the transcript.  He knows exactly what's going

22    on.  He knows that the money that's in that account is stolen

23    tax refunds.  He exhorts her.  Go in and get our money.  You

24    keep some and I'll keep some.  That shows his guilty

10:07   25    knowledge as it relates to this exhibit.  He had this debit

1    card in his pocket on the time of his arrest on October 29.

2    The series that supports that is in the 9 series.

3            Count 6, the PNC debit card belonging to Benoit

4    Placide.  The evidence on that is the Exhibit 10 series.

10:07  5    Now, let me talk about these counts.  The charge receiving,

6    concealing, retaining money stolen from the United States.

7    There's four elements.  Number 1:  The money in question

8    belonged to the United States.  That's been stipulated here.

9    Every penny in these bank accounts or on these debit cards,

10:07  10   except for the cash to open the account, every single penny

11   is fraudulent money, fraudulent refunds that belong to the

12   United States government.  That's a no-brainer.

13           Element 2:  Defendant knew the money was stolen.

14   How did Blanc know?  Look at the tax commonality chart.  Look

10:08  15   at the commonality of all these different returns that were

16   filed that ended with fraudulent refund.  People that are

17   filing these returns use the same employer on a lot of them.

18   They were all filed on the same day or same series of days.

19   The withdrawals on all these different debit cards occur in

10:08  20   Palm Beach County.  Why is that?  Because the people that

21   controlled these debit cards were in Palm Beach County.

22           We know that Defendant Blanc had four of these

23   debit cards in his pocket the day he was arrested.  His text

24   message to Frank Fleuzinord on 10-29 or 10-28 before he was

10:08  25   arrested, Government Exhibit 1.3.  His jail direction on all

of these transcripts to his co-conspirators to tell the guy

to get them to order more blue.  More blue being debit cards.

We can't use the debit cards that were in my pocket.  The two

Cherish Adams and the Shelda Phadael Chase, those got seized.

10:09  We got to replace those.  Tell the guy to tell them to order

more blue.  Her going into the bank knowing it's not her

money.  She's scared.  What are you scared about going to a

bank to withdraw your own money?  You're scared because you

know it's not your money.  And yet he exhorts her, recruits

10:09  her to go bank into the bank.

The third element.  The defendant knowingly and

willfully received, concealed or retained the money with the

intent to convert the money to his own use or the use of

someone else.  When you're holding ATM debit cards in the

10:09  names of other people, and you have the PIN numbers, some of

which are written on the back, you all know from your every

day experience, you may not be in the bank but you have

constructive possession and ownership and ability to withdraw

money on that bank account.  The means by which you control

10:10  that account are the debit cards with the PIN.  He

demonstrated by having the cards with the PIN on them his

ability to -- and intent to retain, conceal, and control

those monies.

The money -- fourth element.  The money involved in

10:10  each count had a value greater than a thousand dollars in the

1  aggregate.  In the aggregate.  So what that means is if the

2  account has one fraudulent refund for 400 and then a second

3  for 400 and then a third for 400, in the aggregate we add up

4  those three times 400 is 1200.  And in the aggregate in that

10:10   5  account was more than a thousand dollars in stolen money.

6  And when you look at each of these accounts, all of them had

7  more than a thousand dollars in total from fraudulent

8  refunds.  So that element is clearly -- clearly met.

9       Now, to convert doesn't mean to steal.  It just

10:11  10  means to wrongfully and intentionally take money belonging to

11  somebody else, with the intent to deprive the owner of its

12  use.  Who is the owner here?  It's the United States

13  government.  These monies were stolen from the Treasury.

14  Now, it doesn't matter if the defendant knew that the

10:11  15  Government owned the property.  It just must be shown that

16  the Government, in fact, did own the property.  That really

17  is undisputed.  Let me move now -- I've talked to you about

18  the 641 counts.

19       I want to move on to Count 7 through 10, if I

10:11  20  could.  These -- the first set of them are aggravated

21  identity theft.  And again, these first four counts, 7, 8, 9,

22  10, again relate to the same four debit cards Blanc --

23  Defendant Blanc had in his possession when he was arrested.

24  Again, Count 7 through 10 relate to the same four debit cards

10:12  25  that he had in his possession, Defendant Blanc, when he was

1    arrested.  So I'm talking about two Cherish Adams Chase

2    cards, one Shelda Phadael Chase card, and the PNC card in the

3    name of Benoit Placide.  Okay?  So let me talk about the

4    evidence, and then I'm going to move to the elements.

10:12    5         The evidence as to Count 7 are the series 8

6    exhibits, the series 8 exhibits.  With regard to the two

7    Cherish Adams accounts, those are going to be Count 7 and

8    Count 8.  And the proof is a little bit flipped.  But the

9    exhibits that support each of those counts are the Count 7

10:12   10   series and the Count 8 series.  And again, what you will find

11   in each of those account is that Lukner Blanc had in his

12   possession a debit card in the name of Cherish Adams, and the

13   only money in the account -- accounts plural were stolen

14   monies from the IRS.

10:13   15        Let me move to Count 9 and talk about that.  That's

16   the Chase Liquid card in the name of Shelda Phadael.  The

17   evidence that supports that is the Exhibit 9 series,

18   Exhibit 9 series.  Count 10.  That's October 29, 2012, the

19   PNC debit card in the name of Benoit Placide.  That card was

10:13   20   in Defendant Blanc's pocket.

21        Now, let me talk about the elements of aggravated

22   identity theft and why Defendant Blanc is guilty of

23   aggravated identity theft on those four -- on those cards

24   that he had in his pocket October 29.  Here are the elements:

10:13   25   1) that the defendant knowingly transferred, possessed or

1    used another person's means of identification.  Who is the

2    other person?  Cherish Adams, Shelda Phadael, and Benoit

3    Placide.  That's a means of identification.  The judge is

4    going to tell you that the term means of identification -- I

10:14   5    just used that -- may include another person's name, debit

6    cards number, Social Security account number, or date of

7    birth.  Each of those four debit cards was a means of

8    identification.  It was a debit card in somebody else's name.

9    So we've met the first element.

10:14   10    Element 2) without lawful authority.  Without

11    lawful authority the Government must prove beyond a

12    reasonable doubt.  The judge is going to tell you that this

13    phrase, without lawful authority, doesn't require a theft.

14    It means simply that another person's identification data,

10:14   15    meaning means of identification, the debit card, was used for

16    a wrongful purpose.  Okay?  Regardless of how they got the

17    card, regardless of whether or not it was given with consent

18    or permission of a co-conspirator, if you're using or

19    possessing the debit card to create a crime -- I mean to

10:15   20    participate in a crime, that is without lawful authority.  So

21    if you're using the debit card or possessing it, intending or

22    already withdrawn funds that are stolen from the United

23    States, that's a crime.  That is using or possessing the card

24    without lawful authority.  So we've shown that element as

10:15   25    well.

1          Let me move to the next element.  The Government

2     has to show that during and in relation to the crime of

3     receiving, concealing, and retaining stolen government money.

4     So in other words, that the card was possessed during and in

10:16   5     relation to the crime of receiving, concealing, and retaining

6     stolen government funds.  That's kind of apparent on its

7     face, isn't it?  That he has the debit card in his pocket and

8     he intends to utilize that card to later further the crime of

9     receiving, concealing, and retaining the fraudulent refunds

10:16  10     that are in those bank accounts.  The fraudulent refunds that

11     are in the accounts of Shelda Phadael, the two Cherish Adams,

12     and Benoit Placide's account.  So that element also is

13     demonstrated.

14          Now let me move on.  That covers Count 7 through 10

10:16  15     as to Defendant Blanc.  Let me move on now to Counts 11

16     through 15.

17          THE COURT:  Mr. Carlton, if I might.  We need to

18     take a break for the midmorning recess.  Would this be a

19     convenient time to interrupt.  And when we come on back,

10:17  20     we'll turn back to you to conclude the opening portion of the

21     final argument.

22          MR. CARLTON:  Sure.  That's fine.

23          THE COURT:  Ladies and gentlemen, let's take a

24     break for 15 minutes.  Let me allow the jury to step into the

10:17  25     jury room.  We're going to take a break or recess just for 15

1    minutes.

2         (Thereupon, the jury was escorted out of the

3    courtroom.)

4         THE COURT:  Court will be in recess for 15 minutes.

10:33  5         (Thereupon, the jury was brought into the

6    courtroom.)

7         THE COURT:  Ladies and gentlemen, please be seated.

8    Let me turn now to Mr. Carlton, if I might, for the closing

9    portion of his opening part of the argument.

10:33 10         MR. CARLTON:  Thank you, Your Honor.

11         Ladies and gentlemen, I made a mistake on the exact

12   date and time of a call and I wanted to bring that to your

13   attention so that we have an accurate cite of evidence.  And

14   that is in Government Exhibit 1.53-A with what the Government

10:34 15   maintains is Defendant Placide conducting an ATM transaction

16   on the Leah Gamble account.  That transaction is actually,

17   according to the exhibit, November 2 at 12:26.  It's not

18   November 1.  I made a mistake.  I was looking at the other

19   photograph.  So it's November 2 at 12:26 a.m.

10:34 20         Now let me go back, if I could, to the wire fraud

21   counts.  The wire fraud counts, the evidence of these counts,

22   they are 11 through 15.  And what I'm about to discuss -- and

23   this is kind of important -- the exact same evidence for

24   Counts 11 through 15.  The 11, 12, 13, 14, 15, the five tax

10:35 25   returns that were filed from exhibits -- from the computers

1    58 QM and 62 XP on TaxHawk on November 1 and November 2, all

2    the evidence that I'm going to talk about on those five

3    counts is the exact same evidence that you will use to look

4    at the aggravated identity theft that's charged in the last

10:35   5    counts of the indictment, 16 through 20.

6            So, for example, the first tax return, Count 11,

7    travels in tandem with the first aggravated identity, Count

8    16.  So 11 goes with Count 16.  The second tax return, 12,

9    goes with Count 17.  The third tax return, which is Count 13,

10:36   10   travels in tandem with 18.  The fourth tax return, which is

11   Count 14, travels in tandem with Count 19.  Same evidence.

12   And the last tax return, Count 15, travels in tandem with

13   Count 20.

14           Now, let me talk about these tax returns and then

10:36   15   I'll talk about co-conspirator liability.  The evidence that

16   supports each of the wire fraud counts -- that's what these

17   are, wire frauds.  Okay?  They're wire frauds because each of

18   those tax returns was filed over the internet and was

19   intentionally designed to defraud the United States.  So the

10:37   20   interstate wires were used to commit that fraud.  Okay?  The

21   evidence is kind of the same for each of those counts.  The

22   only thing that's different is the taxpayer name.  Here is

23   the evidence.

24           Let's move to Count 11.  And that's a fraudulent

10:37   25   tax filing.  In the indictment it says VJ, initials, that

1   stands for taxpayer Vanessa Joseph.  It's stipulated that the

2   tax return is fraudulent.  So we don't have to prove that

3   it's false or fraudulent.  The parties agree.  The parties

4   agreed that the filing is false.  The evidence that supports

10:37   5   this charge is in the 11 series of the exhibit list.  Now the

6   11 series consists of several different documents.  One is

7   the fraudulent tax return itself.  That's Exhibit 11.  Second

8   is the debit card that linked to that account found in the

9   Juste search warrant.  You recall the testimony and the

10:38   10   summary chart 1.227 linked a debit card found in the Juste

11   search warrant to that specific tax return; meaning, when the

12   return was filed, the filer told the IRS to send the refund

13   to a particular routing number and card.  And we actually

14   found the debit card linked to that fraudulent filing.  Okay?

10:38   15   So it's in the 11 series.

16           We have the tax return.  We have the debit card,

17   and then the handwritten notes that were wrapped around that

18   debit card in the taxpayer's name, Vanessa Joseph, a date of

19   birth, and the amount of the fraudulent refund.  Okay?  That

10:38   20   particular return was traced on Government Exhibit 1.227 as a

21   filing that was found on computer 58 QM.  And you know that

22   by looking at the summary 1.227.  Okay?  Vanessa Joseph, her

23   name was number 71 on the Holmes list of all of those

24   people's PII.  All of those names, Social Security numbers

10:39   25   that were found on one of the computers?  Remember when there

1    were three lists and we called Abdell (ph.), Gallion and

2    Holmes?  Vanessa Joseph is number 71 on the Holmes list.  The

3    Holmes list is Government Exhibit 1.212-H.

4           Let me move to Count 12.  This is a tax return

10:39    5    filed on November 1 with the IRS, 2012.  The initials in the

6    indictment are IJB.  The tax return is Israel Joseph Bozile,

7    B-O-Z-I-L-E.  The evidence that supports it is in the 12

8    series.  The fraudulent filing is Exhibit 12.  The debit card

9    linked to that filing is right behind it.  And then 11.1 are

10:40   10    going to be the notes that were wrapped around the debit card

11    with the taxpayer's name, date of birth, and the amount of

12    the refund.  This return was also linked to a computer found

13    in the Juste search warrant, the summary, Exhibit 1.227,

14    shows that.  It's a TaxHawk filing made from computer 58 QM.

10:40   15    Bozile is one of the people on the Holmes list.  He's number

16    74 on that list.  The exhibit number of the Holmes list is

17    1.212-H.

18           Let me move to Count 13.  Count 13 is another

19    fraudulent filing.  The fraudulent filing is in the -- the

10:40   20    indictment says initials JJ.  The evidence is a tax return in

21    the name of Johasha Johnston.  Johnston with a T in the

22    middle of it.  The evidence that supports that is the

23    Exhibit 13 series.  We know the fraudulent filing,

24    Exhibit 13, the debit card tied to that filing, telling the

10:41   25    IRS, send the refund to this card, and then the notes wrapped

1   around the debit card.  That's going to be 11.1-something,

2   somewhere in that area.  This return linked to one of the two

3   computers found in the Juste search warrant.  Check the

4   summary.  1.227 is the summary that shows this return was

10:41   5   made on TaxHawk on November 1, 2012, from 58 QM, that

6   computer.  Johasha Johnston is number 59 on the Holmes list,

7   Government Exhibit 1.212.

8            Move to Count 14.  Another fraudulent filing over

9   the internet on November 2, 2012.  The indictment says

10:41   10   initials JS.  The evidence is that it's taxpayer Joshua

11   Strange.  A fraudulent 1040 filing.  His tax return is the

12   one that was filed in his name.  Completely fraudulent.  It's

13   Exhibit 14.  The debit card linked to that fraudulent filing,

14   send the refund to that debit card, found in the Juste search

10:42   15   warrant.  The notes that spell out that name, Joshua Strange,

16   attached in that same series, 11.1, or just around that area.

17   1.227, the summary, also shows that this fraudulent tax

18   filing -- stipulated fraudulent, by the way.  This filing was

19   also linked to one of the computers found in the Juste search

10:42   20   warrant.  It's computer 62 XP.  And that fraudulent filing is

21   summarized on Government Exhibit 1.227.  Joshua Strange is

22   also on the Holmes list.  He's number 76 on the Holmes list.

23   Look at the Holmes list, 1.212-H is the exhibit number.  And

24   you'll see on number 76, the name Joshua Strange.

10:43   25            Let me move to Count 15.  November 2, 2012, a

1    fraudulent 1040.  The indictment says somebody's initials are

2    SM.  That person is Shakira Mitchell (ph.).  The fraudulent

3    filing is Exhibit 15.  The debit card matching that return

4    linked and found during the execution of the Juste search

10:43   5    warrant.  It's in the 15 series.  The debit card and the

6    notes showing the name Shakira Mitchell, date of birth and

7    the amount of the fraudulent refund.  This filing was also

8    summarized and found forensically on the summary 1.227.  Her

9    name is number 95.  If you check the Holmes list, Government

10:43   10   Exhibit 1.212-H, Shakira Mitchell's name is number 95 there.

11            So the same proof follows on 1028-A.  This is the

12   aggravated identity theft.  I indicated to you that the

13   evidence for the tax filings is the same as to the

14   fraudulent -- I misspoke.  The tax return evidence, 11

10:44   15   through 15, wire fraud counts, the evidence is the same for

16   the aggravated identity theft.  And there's only one

17   important difference.  And that important difference is on

18   this point.  The means of identification that were possessed

19   or used on those tax returns -- think about this for just a

10:44   20   second.  On the aggravated identity theft counts that relate

21   to Lukner Blanc alone with the cards he had in his pocket,

22   the means of identification was the debit card in the names

23   of Cherish Adams, Shelda Phadael, and Benoit Placide.

24            Now, on these counts, the fraudulent tax refunds,

10:44   25   the wire frauds, the theory is a little bit different.  And

1  this is the means of identification on those charges.  Okay?

2  Those are all fraudulent tax filings using the real names and

3  Social Security numbers of the taxpayers who were listed on

4  each of those filings.  So on Counts 11 through 15, traveling

10:45  5  to Count 16 and 20, the aggravated identity element on those

6  fraudulent wire fraud counts is that the means of

7  identification used there is the taxpayer's real name and

8  Social Security number.  So as to the people in whose names

9  these fraudulent filings were made, Shakira Mitchell, Joshua

10:45  10  Strange, Israel Bozile, it's their name and Social Security

11  number that's being misused in connection with a wire fraud

12  against the IRS.  Okay?  So pay attention to that little

13  nuance because it's important.  And we clearly have

14  established it.  Okay?

10:46  15          Now, let me talk about, for just a second, about

16  what your role is.  Your role is to exercise reason and

17  common sense.  And we trust in your collective judgment in

18  looking at this evidence, ladies and gentlemen.  Use your

19  reason and common sense in connecting the dots here.  The

10:46  20  judge is going to tell you that circumstantial evidence is

21  proof of a chain of facts and circumstances tending to prove

22  or disprove any fact in dispute.  The law makes no

23  distinction.  Again, the law makes no distinction between the

24  weight that you may give, the importance that you may give to

10:46  25  either direct or circumstantial evidence.

1          This is a case that has many different moving

2     parts, and I've done -- the Government has done its very best

3     to connect all of those dots for you, but it's up to you to

4     reach the conclusion that the Government indicates and I urge

10:47  5     you that common sense dictates that you reach.  And that is,

6     this was a far-flung conspiracy involving both of these men.

7          Let me move on to the wire fraud counts and talk

8     about co-conspirator liability because this relates to the

9     wire fraud counts.  Again, these returns are filed November 1

10:47 10     and November 2.  Defendant Blanc is in jail.  He is exhorting

11     and telling his co-conspirators, Get more blue.  Continue.

12     Get more debit, get more plastic.  And yet even after the

13     search, we must continue.  We must go forward.

14     Co-conspirator liability.  The judge will tell you that that

10:48 15     involves holding one person responsible for the criminal acts

16     committed by another person.  Lukner Blanc didn't file these

17     returns.  He was in jail.  But he directed it, he knew about

18     it, and it was foreseeable.  Ordering more blue, getting more

19     plastics.

10:48 20          Here is what co-conspirator liability requires.

21     First, the offense was committed by a conspirator during the

22     existence of the conspiracy.  It's undisputed that the

23     returns that were filed, Counts 11 through 15, used the same

24     Holmes list that had been used on multiple occasions.

10:48 25     Somebody was filing that.  Whoever was doing it was a

conspirator during the existence of this conspiracy.  This

conspiracy did not stop -- did not stop at Lukner Blanc's

arrest, it continued.

Second, the defendant was a knowing and willful

member of the conspiracy at the time of the commission of the

offense.  Lukner Blanc was still in this conspiracy, was

still directing other people to do things to get him money to

hire a lawyer.  That element has been shown.  And last, the

commission of such offense by a co-conspirator was a

reasonably foreseeable consequence of the conspiracy.  And

this is the important point.  Reasonably foreseeable.  Go get

more blue.  Go get plastic.  That mitt, the debit card to

catch that refund out of the sky is worthless if there's no

fly ball coming to you.  So it's reasonably foreseeable that

when the plastics are being ordered, there's not a -- there's

not a direct conversation in which Defendant Blanc says, File

a tax return.  No.  But he's directing them to get more money

for him, get more plastic.  We know they were doing that from

the 7-11 receipt.  Those plastics are worthless without the

ball, the fly ball coming into the mitt.  You have to hit the

ball in the sky for it to be a fly ball to catch in the mitt.

You have to file the fraudulent tax return to catch it out of

the sky when it hits the debit card.  It is a reasonably

foreseeable consequence.  The element isn't any more

complicated than that.

1          Connect the dots.  You were chosen to be on this

2     jury because of your collective wisdom.  No matter how old

3     you are.  No matter what your profession.  No matter your

4     experience in life.  The tapes reveal who these people are.

10:50  5     The evidence is there.  Hold these people accountable for

6     participating in a large-scale, multicount, multicounty

7     conspiracy that defrauded the United States.  And then their

8     actions reveal that they were concealing it and continuing it

9     all at the direction of Lukner Blanc and with the active,

10:51 10    ongoing, full participation of Benoit Placide.  And when you

11    do connect the dots, you will reach the one conclusion that's

12    inescapable and is compelled for you to reach.  And that is

13    that each of these defendants are guilty on all of the counts

14    with which they've been charged.  Thank you for your

10:51 15    attention.

16          THE COURT:  Mr. Carlton, thank you.

17          Let's take a moment, ladies and gentlemen, just to

18    allow counsel to move whatever needs to be moved.  And let me

19    allow the parties to retake their seats.  People moved so

10:51 20    they would be able to see all of the exhibits and the boards.

21    Thank you very much.  I'm going to turn now to Mr. Serafini,

22    who will give the final argument on behalf of Mr. Blanc.

23          Counsel, when you're ready, you may proceed.

24

10:52 25                     ***CLOSING ARGUMENT***

1          **MR. SERAFINI**:   Thank you, Your Honor.

2          Your Honor, Counsel, ladies and gentlemen of the

3    jury, let me begin by saying good morning, a late morning.

4    And also, let me thank you for the attention that you've paid

10:52  5    over the last two weeks plus.  This was a very complicated

6    case.  There was a lot of talking at you, a lot of very dry

7    information.  And on behalf of Mr. Blanc and myself, we very

8    much appreciate the attention and the interest that you have

9    shown.

10:53  10          At the beginning of this trial, ladies and

11    gentlemen, you made certain promises to the Court and to the

12    parties.  Among these promises were that you would hold the

13    Government to its legal burden of proof beyond a reasonable

14    doubt.  You promised that you would presume Mr. Blanc to be

10:53  15    innocent of all charges and that you would maintain that

16    presumption through the entire course of the trial.  Ladies

17    and gentlemen, I ask at this point that you continue to hold

18    yourselves to these promises.

19          Let me begin with a brief discussion of the concept

10:54  20    of proof beyond a reasonable doubt.  In our system of law,

21    proof beyond a reasonable doubt is the highest burden that a

22    plaintiff has to meet in order to win his case.  There is a

23    burden for civil cases that's called a preponderance of the

24    evidence, and that's -- I'll tell you, it's a lower -- it's a

10:54  25    much lower burden.  It is basically a balancing test.  And if

1    the plaintiff has a little more weight, then the plaintiff

2    wins.  There's a somewhat higher burden called clear and

3    convincing evidence.  And that applies in certain cases.

4    Again, in the civil context.  It's a higher burden, but it is

10:55    5    not the highest.

6              The highest, as I've said, is proof beyond a

7    reasonable doubt.  That is the burden that the Government

8    must be held to in this case.  It's not mere suspicion.  It's

9    not possible guilt.  It isn't even probable guilt.  It is

10:55   10    proof beyond a reasonable doubt.  Now, Judge Hurley, probably

11    this afternoon, will instruct you on what proof beyond a

12    reasonable doubt means.  I anticipate he's going to say the

13    following.  Proof, that he will say that it is proof of such

14    a convincing character that you would be willing to rely and

10:56   15    act upon it without hesitation in the most important affairs

16    of your own.  Let me repeat that, because that is very

17    important.  Proof of such a convincing character that you

18    would be willing to rely and act upon it without hesitation

19    in the most important of your own affairs.  I want you to

10:56   20    keep that burden in mind as you review the evidence and as

21    you listen -- as you consider the Government's argument and

22    listen to mine.

23              Again, during the opening, I spoke to you about the

24    presumption of innocence.  The Government had laid out its

10:57   25    case for you and I said to you, Boy, I bet a lot of you heard

that and said, wow, that's sounds terrible, he must be

guilty.  The presumption of innocence says no.  The

presumption of innocence says this man, Lukner Blanc, remains

innocent.  And he remains innocent now.  I want to remind you

10:57    of that because that's fundamentally important.  Because

sometimes in a case like this, where the Government has

produced days and days worth of evidence, there is a tendency

to turn that presumption around.  And the kind of -- without

even thinking of it, thinking he is guilty.  And then if you

10:57    start with guilt and you work back, I guarantee, everything

the Government says will fit nicely into place.  But if you

maintain the presumption of innocence and you make the

Government start at the beginning and go step by step on the

proof, what you're going to find in this case is that there

10:58    are gaps in the evidence.  There are failures of proof when

it comes to Lukner Blanc.  You're going to find that the

Government is asking you to make these leaps for them because

they couldn't connect up the proof.

Now, in his closing, the prosecutor several times

10:58    says -- said to you to use your common sense.  I want you to

use your common sense, too, because nobody wants a juror here

who doesn't use his or her common sense.  And all prosecutors

ask the jurors to use common sense.  When I was a prosecutor

for 20 years, I asked the jury to use its common sense.  But

10:59    make sure that when you use the common -- when you are using

1    your common sense, you're not falling into the trap of

2    adopting the argument of, well, we didn't prove it, so come

3    on, it has to be.  That's not common sense.  That's a leap of

4    faith.  So as you go through the evidence against Mr. Blanc,

10:59   5    remember, he is presumed innocent and the Government has to

6    prove its case every step of the way.

7         As Mr. Carlton said, there will be circumstantial

8    evidence, evidence in this case.  There's a lot of

9    circumstantial evidence.  As you look at that circumstantial

10:59   10   evidence, ask yourself, does it compel the conclusion that

11   the Government is asking me to make, or are there competing

12   conclusions that are equally valid and in some cases may be

13   more likely based upon the evidence in front of you.  If the

14   circumstantial evidence doesn't lead to guilt, then Mr. Blanc

11:00   15   is simply not guilty of the charge that you are considering

16   at that time.

17         Next, as a preface, ladies and gentlemen, it's very

18   important that you consider each count individually.  And

19   this goes along with the don't assume or presume guilt and

11:00   20   then work backwards.  Each guilt stands -- withdrawn.  Each

21   charge stands by itself separately as an allegation of

22   wrongdoing by Mr. Blanc.  Each charge should be considered

23   and the evidence for each charge weighed independently.

24   Again, not lumped together with, My God, there were 25

11:01   25   summaries, he must be guilty.  I implore you, look at it, the

1    evidence, weigh it, and consider it.

2         The Government at the end of its closing talked to

3    you about co-conspirator liability.  And talked to you

4    particularly in the final sets of counts; the wire fraud

11:01  5    counts and the second group of identity theft counts.

6    Essentially what the Government is telling you is Lukner

7    Blanc was part of the conspiracy, was a part of a conspiracy

8    when these crimes were committed, they were foreseeable, they

9    were in furtherance of the conspiracy.  That's a means by

11:02  10   which the law allows a jury to find someone like Lukner Blanc

11   guilty without there being proof that he undertook the

12   individual acts that would otherwise make him guilty.  And

13   that's called co-conspirator liability.  It's very important

14   in this case because about half of the counts, certainly 11

11:02  15   through 20, I think that may be more than half the counts,

16   are predicated upon this concept of co-conspirator liability.

17   I'm going to get into that in much more detail farther along

18   in my argument.

19         Now, the way I plan to structure my closing

11:02  20   argument is initially I will discuss some of the witnesses.

21   I will tend to group them.  I will discuss the evidence that

22   was presented, and then I'm going to address each of the

23   counts.  Excuse me for a moment.

24         Let's begin with the witnesses.  There were a

11:03  25   number of witnesses who testified before you who were either

1    cooperators or people who could have been charged; in other

2    words, they were either co-conspirators or unindicted

3    co-conspirators.  All of those people had something to gain

4    by their testimony, and you should bear that in mind when you

11:03    5    consider what they said in evaluating their testimony and

6    their credibility.

7              Let's talk about the cooperators first.  There are

8    a number of people who pleaded guilty to charges in

9    connection with this alleged conspiracy.  Those people have

11:04   10    plea agreements.  And in those plea agreements there was a

11    provision for them to potentially lower their sentences

12    through their cooperation.  That's the provision that if you

13    look at the plea agreements is 5K 1.1.  And it allows the

14    Court to impose a lower sentence based upon someone's

11:04   15    cooperation.  However, as came out in the testimony, the

16    threshold step for those people to get that benefit is for

17    the Government to make a motion.  If the Government does not

18    make a motion for those people to have a reduced sentence,

19    then the judge never gets the opportunity to consider it.  So

11:04   20    in a real sense, these people are testifying with one eye as

21    to what the Government wants them to say.  And that's very

22    important, because these people admitted to committing

23    crimes.  Some of them admitted to -- one of them, at least,

24    admitted to perjury.  Then they come up before you, they

11:05   25    provide evidence, and they provide evidence knowing that if

```
            1    they say what they're supposed to say, they stand a chance of

            2    having a reduced sentence.

            3          Even those who were not cooperators obtain some

            4    type of benefit.  They were in many instances, people at

11:05       5    least on the edge of the alleged conspiracy who when the

            6    Government made its decision as to who was going to be listed

            7    in the indictment and who wasn't had at least the possibility

            8    of falling on the named portion, on the caption.  And that

            9    name to appear was Lukner Blanc.  And so they had a very real

11:06      10    incentive, also, to tell the Government what the Government

           11    wanted to hear.  Now, you're going to be instructed by Judge

           12    Hurley on the standards to use when evaluating testimony of

           13    witnesses and cooperators in particular.  I urge you to

           14    listen carefully and to apply those standards in evaluating

11:06      15    their testimony.

           16          But let's look a little bit generally at what these

           17    people, these cooperators and these co -- unindicted

           18    co-conspirators had to say or didn't have to say.  What they

           19    uniformly did not have to say is anything that directly tied

11:07      20    Lukner Blanc to the crimes charged.  Not even Marie

           21    Demesyeux.  I'm probably saying her name in correctly.  But

           22    she was the lady who dated Lukner Blanc's brother.  She's

           23    testified that she had been to his home half-dozen times,

           24    maybe more.  She testified that when she was in his home, she

11:07      25    didn't see any debit card.  She didn't see any stacks and
```

1    stacks of debit cards like there were at Juste's home.  She

2    didn't see any notebooks with listings of people's names and

3    the backup information for the filing of false tax returns as

4    were found at Juste's house.  She didn't tell you that she

11:08   5    was directed by Lukner Blanc.  Remember, this woman was

6    relatively close to Lukner Blanc.  She dated his brother.

7    She had actually been to his home more, she said, than to his

8    brother's home.

9           But yet, she didn't tell you that Lukner Blanc told

11:08   10   her to go open accounts in other people's names.  Lukner

11   Blanc didn't tell her to give him the account information, to

12   give him the debit cards.  What she recalled before the grand

13   jury, she didn't talk to Lukner Blanc.  She talked to Shelda,

14   Shelda Phadael.  It was Shelda who reached out to her, not

11:08   15   Lukner.  It was Shelda and Shelda's boyfriend, Jean Juste,

16   who were the ones who were with her and guided her in how to

17   do this.  And lo and behold, all of the evidence found at

18   Juste's house.  There was no evidence -- she didn't provide

19   any evidence that she gave money to Lukner Blanc.  Had she

11:09   20   done that, don't you think you would have found a summary

21   chart?  One of the many?  There would have been two or three

22   summary charts of money from Marie Joe's account that went to

23   Lukner Blanc.  But you didn't see that because it just wasn't

24   there.  She testified on cross-examination that she didn't

11:09   25   even think Lukner knew anything about this scheme.  And

1    remember, she was the one who knew him the best of all the

2    cooperators, of all the unindicted co-conspirators.

3         Now, most of these cooperating witnesses basically

4    had no idea who Lukner Blanc was.  And this includes Marie

11:10   5    Claude.  And you remember her.  She was the witness who

6    purported to identify Lukner Blanc's voice from the tape.

7    She testified that she knew him for about a week.  Then it

8    turned out she knew him for over about a week from a club

9    that they frequented that's only open once a week.  So the

11:10   10   question presented itself, which she never answered since she

11   was all over the place in how long she knew him, was she

12   making this voice identification based upon seeing him once,

13   maybe twice, in a loud nightclub because he went outside to

14   talk to Shelda and she happened to be there?  Is that

11:10   15   credible?  Is that at all credible, or is she trying to help

16   herself by pointing the finger at Lukner Blanc?

17        Moreover, what else didn't she testify to?  She

18   didn't testify she had ever heard him on the phone.  These

19   jail calls were all calls that were recorded on the

11:11   20   telephone.  You know from your own experience that sometimes

21   someone's voice sounds vastly different on the telephone than

22   it does in person.  And again, when we look at Ms. Claude,

23   who is responsible for setting up the accounts?  Guided her?

24   It wasn't Lukner Blanc.  It was Shelda.  It was Jean Juste.

11:12   25   And she, too, is testifying here pursuant to a plea

agreement.  She, too, is looking for a benefit.  She lied

under oath to the grand jury.  I believe she was the one who

ultimately took a plea to perjury.  She put her hand up just

like she did in front of you folks, in front of the grand

11:12    jury, swore to tell the truth and then did not.  I suggest to

you that she was just simply not credible.  I suggest to you

that you are entitled to disregard her testimony.

Let's turn now to Cherish Adams.  You remember

Cherish Adams.  She testified she was not a cooperator.  She

11:12    was, I suggest to you, an unindicted co-conspirator.  But

again, she had no contact with Lukner Blanc.  She took no

direction from Lukner Blanc.  Didn't give the card (inaud.)

for Blanc.  She didn't give any money to Lukner Blanc.  She

didn't give any account documents to Lukner Blanc.  She

11:13    didn't give any information to Lukner Blanc.  I believe she

said she didn't even know Lukner Blanc.

This is what she did.  She dealt with Frank

Fleuzinord.  She knew when she opened those accounts for

Fleuzinord that she was opening them in her name, but they

11:13    weren't her accounts.  She knows that she lied when she

opened the account.  She lied to the bank.  She then handed

the account information to Frank.  She then gave the debit

cards to Frank.  My recollection is she immediately gave him

the temporary cards and then she gave him the permanent cards

11:13    afterwards.  She placed no restrictions on his use of those

```
         1   cards.  The Government had her stand up -- or sit up there

         2   and say, Well, I never gave anybody permission to use them

         3   other than Frank Fleuzinord.  Well, if you look at her

         4   actions, and if you use your common sense, what you see is

11:14    5   that she absolutely gave consent by her acts.  She absolutely

         6   did.

         7            Her testimony to the contrary borders on the

         8   absurd.  This witness told you that she received statements

         9   from Chase Bank that did not have account activity on them.

11:14   10   Now, think about that.  How often have you seen account

        11   statements that did not have activity, that only gave an

        12   opening and closing balance without giving any credit or

        13   debit activity in the account?  I suggest to you that she got

        14   a standard Chase account summary that told her what was going

11:15   15   on during the course of the month, and that she knew what was

        16   going on.  When Fleuzinord called her back and said, Get new

        17   cards, she knew she had lied the first time, and she went in

        18   and she lied the second time.  Then she says, Well, they

        19   found out about it because the bank called me.  But what

11:15   20   happens when the bank calls her?  What she says to you is,

        21   Weil, I called Frank and I really gave it to him.  She didn't

        22   say to the bank, Oh, my God, I have to tell you something.

        23   You know, this is terrible.  She didn't call the police and

        24   say, I think I've been used as a pawn.  She didn't call the

11:15   25   IRS and say, I think this guy has been using me and
```

1    implicating me, and I don't know what's going on here.  She

2    didn't do any of that.

3          The reason why she didn't do any of that is because

4    she knew what Frank Fleuzinord was doing.  She gave him those

11:16    5    cards and she didn't care what he did with them.  She gave

6    him full use of those cards.  And the circumstances show that

7    that conclusively.  She could have been charged.  She wasn't.

8    She had a motive to help the Government and she did.

9          The next witness I want to talk to you about is the

11:16   10    translator.  This gentleman was the -- was the individual

11    whom the Government retained to listen to the telephone

12    conversations and then to transcribe them.  First he

13    transcribed them into Haitian, then he transcribed them --

14    from the Haitian, he translated them into English.  He told

11:16   15    you that these transcripts were not verbatim transcripts.

16    And he explained to you why they were not verbatim

17    transcripts because languages are different and in some

18    senses they'd be -- in a real sense be meaningless if you did

19    a word-for-word translation because languages develop

11:17   20    differently.  What he said to you was he tried to capture the

21    essence and the meaning.  But the question is, how did he do

22    that and with what mental filter did he run these tapes and

23    this information through?

24          On cross-examination he was unable to tell you

11:17   25    whether he had discussions with the agent, what the agent

1    meant, what he may have discussed with the agent, what he may

2    have known about the case based upon the discussions with the

3    agent, and whether or not he was advised as to what people to

4    be looking for in the calls.  Now, this is very important in

11:17   5    a case like this because if these are English translations,

6    you folks can listen to them and you can say, Well, yeah, I

7    think that's right, or no, I don't think he got it right

8    there.  But you can't do that.  You have to accept on faith

9    if you're going to use these transcripts what they say.  And

11:18   10    he admitted -- or I shouldn't say admitted because it wasn't

11    like he had denied it.  I mean, he said that the way that he

12    does these, the way anybody does them is that they are

13    filtered through the experience of the translator and his

14    understanding.

11:18   15        What you don't know is how much of that

16    understanding might have come from what the Government told

17    him.  And you are completely in the dark as to that.  You are

18    completely in the dark.  And it's always surprising in a case

19    like this, where the jury isn't going to have access

11:18   20    essentially to the tapes and to be able to understand the

21    tapes, that the translator didn't keep contemporaneous notes

22    as to what he was told as to -- as to what was in his mind,

23    as to the procedures or the knowledge that guided him in

24    making the evaluations to get the essence, the truthiness

11:19   25    (ph.), to quote a line from Steven Colbert, of what was in

1    those tapes.

2            Here also I asked again, if you have English tapes

3    and there's an unintelligible portion, you can yourselves

4    decide how long it is.  Is it two seconds?  Is it 20 seconds?

11:19    5    Is it two minutes?  You have no idea how long the

6    unintelligible is here.  And on redirect, the Government

7    brought out the fact, well, it's never -- there are no

8    transcripts that -- that say that.  Well, that's not really

9    an answer.  All that is is a suggestion that the procedure

11:20   10    should be changed.  That's what that is.  And, in fact,

11    whether it's standard procedure or not, you simply have no

12    access to that information and you are accepting these on

13    faith, if you do accept them.

14            Now, I went through with him just a few of the

11:20   15    tapes and just a few of his translations and there were

16    numerous errors.  There were numerous misinterpretations.

17    And they were there.  And you folks have to decide, is that a

18    small sampling or was it representative of what happened?

19    Most of those errors came on the first one.  That's where the

11:21   20    focus was, on the first tape, just on one.  That wasn't only

21    what I asked him about, but most of them were just the very

22    first transcript.  Much of the evidence that the Government

23    argues inculpates Mr. Blanc comes from these tapes.  If you

24    are not persuaded by these tapes to such a degree that you

11:21   25    would rely on them in the most important of your own affairs,

1  you can discount them.  And I suggest to you that would be

2  appropriate reasonable doubt.

3          Let's talk quickly about the forensic and summary

4  testimony.  This was provided by government witnesses who

11:22  5  basically testified in great deal about analyses they had

6  done and summary charts that they had put together.  Now, let

7  me tell you, just address summary charts for a second because

8  you saw a lot of them in this case.  Summary charts do two

9  things.  The Government will tell you the first thing, in

11:22  10  that they're helpful to the jury to organize evidence and to

11  make it understandable.  But what's undeniable is the second

12  part of it.  It allows you to present the same fact multiple

13  times and make it appear as though you presented a lot more

14  facts than you've actually presented.  And keep that second

11:22  15  aspect in mind when you think of how many summary charts were

16  presented in this case.

17          And with all the summary charts that were

18  presented, nothing proved that Lukner Blanc had ever filed

19  phony tax returns, had ever used a debit card himself.  They

11:23  20  proved that phone numbers to people with descriptors LB and

21  BL and "Shorty" were in phones that were in the possession of

22  other people who are charged in this.  And I suggest to you

23  that there's been no suggestion that these people didn't know

24  each other.  There's been no suggestion that they weren't

11:23  25  friends.  And, of course, it stands to reason that in your

1    cell phone you would have in your contacts the names or the

2    shorthand names of your friends and your acquaintances.  But

3    remember, acquaintanceship or acquaintancee or being an

4    acquaintance -- if I can get the word right -- is not

11:24    5    evidence of a conspiracy.  It simply is not.  And again, make

6    the Government prove its case.

7         Let's talk about the Juste search.  This was a

8    search of co-defendant -- he was indicted along with

9    Mr. Blanc, co-defendant Jean Juste.  In that search, the

11:24    10   Government recovered three computers.  None of them were they

11   able to tie to Mr. Blanc.  There's not even a mystery about

12   this.  I believe that they were able to tie them to Jean

13   Juste and to Mario.  Nothing tied these computers to

14   Mr. Blanc.  The Government passed up -- or if they did, they

11:25    15   didn't present to you any evidence that they dusted these to

16   see if Mr. Blanc's fingerprints were on them or his DNA was

17   on them.  And I suggest to you that if they did do any of

18   that and they didn't present the evidence to you it is

19   because the evidence did not disclose that he had been in

11:25    20   contact with those.

21        A lot of notebooks.  Piles and piles of notebooks

22   on there.  Little -- big spiral notebooks, little tiny

23   notebooks, all kinds of notebooks.  The Government says it

24   has all kinds of evidence, of tax returns, Social Security

11:25    25   numbers, names.  Again, nothing ties these to Lukner Blanc.

1    And once again, no fingerprints.  The -- one of the witnesses

2    testified to you that you can take fingerprints from paper.

3    No fingerprint evidence.  No DNA evidence.  No handwriting

4    evidence.  There's handwriting galore in this case.  None of

11:26   5    it, no handwriting exemplars.  Or if they were, there's

6    certainly no evidence to implicate Mr. Blanc.

7            Stacks of debit cards.  Stacks and stacks of them.

8    I won't go through the same thing.  I don't want to wear you

9    out.  But again, no forensic analysis.  Nothing.  Nothing

11:26   10   tying to it.  Now, if you're trying to tie Lukner Blanc into

11   the scheme, wouldn't you go there?  I mean, wouldn't you want

12   a fingerprint evidence?  The smoking gun found at the Juste

13   apartment?  Because, frankly, there is nothing.  They have

14   done nothing to tie Mr. Blanc to the apartment other than

11:27   15   their claims of what's on the telephone conversations.  And

16   we've already discussed the issues with those transcripts.

17   Same thing with the phone.  No fingerprint analysis, no DNA

18   analysis.

19           Let's ask ourselves a question.  Did you see a

11:27   20   search warrant?  And it's all from Lukner Blanc's house.  I

21   mean, they clearly -- on November 1st -- by November 2nd,

22   when the Juste search warrant was executed, they had grabbed

23   Lukner Blanc.  They had found these cards in his pockets.

24   They may be able to argue, well, you know, the calls were in

11:28   25   Creole and we hadn't translated them.  But they certainly had

1    an indication that they thought he was involved to do a

2    search warrant.  But they didn't.  They didn't.  They want to

3    suggest to you, Ah, there are other computers out there.

4    Yes, there was a telephone call.  It's just us and that means

11:28   5    computers.  Well, didn't they get a search warrant?  Maybe

6    they have the computers, but they weren't computers.  Or

7    maybe they just weren't computers and they're stretching on

8    the analysis of the telephone calls.

9         Towards the end of the Government's closing

11:29  10    argument, Mr. Carlton explained to you that Lukner Blanc, he

11    was the centerpiece.  He was guiding it.  He was directing

12    it.  He was the guide.  He was the person in charge.  Look at

13    the evidence.  The evidence tells you Jean Juste was the guy

14    in charge.  He was the guy who had all the evidence.  He was

11:29  15    the guy with the stacks of cards.  He was the guy who with

16    Shelda directing people to go out and do stuff.  If there's

17    any evidence of Lukner Blanc, it is tangential at best.  He's

18    not the centerpiece of this by any stretch of the

19    imagination.

11:29  20         Now, I've already talked to you folks about the

21    translator and the issues with the tapes, so I'm not going

22    to -- I'm not going to rehash that at this point.  But the

23    other -- but I do want you to consider and to remember the

24    issues with the transcripts, because so much of the

11:30  25    Government's evidence that tends to -- that they say

1    implicates Mr. Blanc, comes from those tapes.  And if you

2    can't trust the tapes, you can't trust the evidence.  Let me

3    rephrase that.  If you can't trust the transcripts, because

4    the tapes remain a mystery.

11:30   5         Now, let's talk -- I want to talk, if I can, for

6    the balance of my closing about the varies counts in this --

7    in this indictment and in this trial.  The first count is the

8    conspiracy count.  And, frankly, ladies and gentlemen, there

9    isn't a lot more that I can say about the conspiracy count.

11:31  10    It is largely based upon the conversations that were had in

11    the jail.  It's -- if you credit them, there may well be

12    evidence there to find Mr. Blanc guilty.  But you have to

13    consider -- I suggest you consider that definition of proof

14    beyond a reasonable doubt.  Are you so convinced that you

11:31  15    would rely on the accuracy of those transcripts to

16    unhesitatingly make a decision that was important to your

17    life?  That's a question that you have to decide because you

18    don't have the tapes, you just have the transcripts.  And you

19    have to decide if they're sufficient to find Mr. Blanc to be

11:32  20    a member of this conspiracy.  I understand the Government is

21    going to come up and (inaud.), well, there's other evidence.

22    Yeah, (inaud.).  Again, I'm not trying to pull the wool over

23    anybody's eyes.  He was -- he was arrested and -- but the

24    Government itself in its argument leaned very heavily on

11:32  25    those tapes.  And so I will repeat again, you have to decide

1    if you credit those transcripts.

2            Let's talk about Count 2 of the indictment.  Now,

3    ladies and gentlemen, I'm not here to insult your

4    intelligence.  Mr. Blanc doesn't want me to insult your

11:33  5    intelligence.  I'm not going to argue to you that black is

6    white, white is black, that the sun rises in the west.  As to

7    Count 2, the Government has proved that there was money from

8    a return that came into Mr. Blanc's account.  And the proof

9    how it came in?  They didn't prove who was responsible

11:33  10   through either the tax return or the money going into his

11   account, but it did go into his account.  That's what they've

12   explained so far.  That may well be, ladies and gentlemen,

13   enough based upon what the Government has argued and based

14   upon what it has shown for you to find Mr. Blanc guilty of

11:34  15   that count.

16           But I suggest to you what you do, that was

17   separate -- separate and apart from any alleged conspiracy.

18   And we all -- we know from jury selections that ID fraud and

19   filing tax returns is rampant.  I mean, every one -- for

11:34  20   every criminal act of that is not -- that happened in this

21   area can't be attributed to this conspiracy.  So if you find

22   that Mr. Blanc actually was guilty or is guilty of Count 2,

23   look at it in depth.  Look at the dates.  Look at all that

24   mountain of some of the evidence and see if any of it points

11:35  25   to that being a part of this conspiracy.  I suggest to you

1    that it will not.

2         Now, when we get to Counts 5 and 6, the Government

3    basically reverts to very heavy emphasis on the transcripts

4    again.  Again, it's not the sole evidence that Mr. Carlton

11:35   5    told you about, but it relies very heavily on the

6    transcripts.  And I'm not going to repeat again for the third

7    time because I'm not doing summary exhibits.  But I'm not

8    going to repeat the issues that there are that exist with the

9    transcripts.  I discussed them.  And again, it's up for

11:36   10   you -- up to you folks to decide the degree and the credit

11   that you want to give to them.

12        Let's turn now to the first set of identity fraud.

13   And those would be Counts 7 through 10.  And those are the

14   cards that were in the possession of Mr. Blanc at the time

11:36   15   that he was arrested.  Now, one of the means of proving

16   aggravated identity theft is by the unauthorized use of the

17   cards.  Now, there was -- let's understand that the evidence

18   did not show that there was -- that -- that Mr. Blanc

19   possessed any of these cards without authority.  They simply

11:37   20   didn't.  Shelda Phadael and Benoit Placide were

21   co-conspirators.  They were charged as co-conspirators.  If

22   you believe there was a conspiracy, there is no evidence to

23   show that either of these people had their cards stolen or in

24   some way Mr. Blanc ended up with it without their

11:37   25   authorization.

```
 1              We've already done that with Cherish Adams, suggest
 2     to you that she's completely noncredible.  The way that she
 3     handled the situation with Frank Fleuzinord, the fact that
 4     she gave him the cards no questions asked.  Her action was
11:37 5    tantamount to granting authority of those cards to Frank
 6     Fleuzinord.  There was no evidence as the threshold issue
 7     that he possessed these cards without authorization.  And
 8     furthermore, the PIN numbers were on the backs of these
 9     cards.  Well, the PIN numbers have to come from the
11:38 10   cardholder.  We know that.  From all these people who went in
11     and opened up -- opened up and they told the bank what the
12     PIN numbers were.  So PIN numbers had to be on -- on the
13     back, had to be there for someone else to know it and use it.
14     That again demonstrates that he was not acting without
11:38 15   authorization, but, in fact, did have the authorization.
16              Now the next thing that it's important to remember,
17     and Mr. Carlton pointed this out to you, that the cards need
18     not be stolen, that they can be passed to a different person.
19     Remember, we're talking about you got identity -- as
11:38 20   Mr. Carlton pointed out to you, the identity documents in
21     these counts are these debit cards.  They need not be stolen,
22     but they must be used improperly.  Now, the Court's going to
23     charge you on what an unlawful purpose is and how to
24     interpret this law.  But I suggest to you that if the
11:39 25   Government hasn't proved that Frank -- withdrawn.
```

1          The Government hasn't proved that Lukner Blanc used

2     these cards.  They haven't proved all the elements of the

3     crime.  Even if he got it with all -- with the authority of

4     the person whose card the name it was in, I suggest to you

11:39   5     that unless he used it for an unlawful purpose, the

6     Government hasn't met its burden.  And this is very

7     important, because I started out by saying don't work

8     backwards.  Don't make the leap that the Government is

9     inviting you to leap by saying, oh, common sense, common

11:40  10     sense.  Because the invitation there is to say, Well, he had

11     the card, he's going to use it; therefore he's guilty.  But

12     as you'll hear from the judge's charge, if that doesn't meet

13     the elements, then he's not guilty.

14          Maybe he's guilty of something else that the

11:40  15     Government chose not to charge him with.  Maybe he's -- maybe

16     he's -- maybe he's guilty of the nonaggravated charge.  But

17     that's not what they charged him with.  They charged him with

18     aggravated identity theft.  And if the Government doesn't

19     meet its burden on each and every element, then you'll -- he

11:40  20     is presumed innocent and you must find him not guilty.

21          Now let's turn to the wire fraud counts.  We'll --

22     we'll put these together with the -- with the second group of

23     aggravated identity counts.  And these are the tax returns

24     and the -- that revolve around Vanessa Joseph, Israel Joseph

11:41  25     Bozile, Johasha Johnston, Joshua Strange and Shakira

Mitchell.  Those five.  And they make up Counts 11 through

15, and 16 through 20 in the aggravated identity counts.

Again, as the Government told you candidly in its closing, no

evidence that Lukner Blanc actively committed these crimes,

that he was the one that filed these tax returns.  He's in

jail, so he didn't do it.

        The Government says it's part of the conspiracy,

that he has liability under the theory of co-conspirator

liability.  As a threshold matter, none of these names ever

appear in any of the transcripts.  None of them ever appear

in any of the transcripts.  Nowhere in the transcripts is

there any talking about filing tax returns.  What the

Government is saying to you is essentially there was a

conspiracy that existed.  Lukner Blanc was a part of that

conspiracy.  The conspiracy was ongoing.  The actions that

Lukner Blanc took were foreseeable as part of the conspiracy.

The actions -- not Lukner Blanc -- let me -- not mistaken.

        The actions that -- that -- of filing the tax

returns were foreseeable as part of the conspiracy and that

they were in furtherance of the conspiracy.  I suggest to you

that the actual evidence that you saw proves that it's just

as likely and perhaps even more likely that Jean Juste and/or

other people were running their own game simultaneously to

the conspiracy that the Government has alleged in this

indictment.  In which case, it would not be part of the

1    conspiracy.  It would not be in furtherance of the

2    conspiracy.  And it would not be foreseeable that somebody

3    would go outside of the conspiracy.  And based upon this

4    evidence, ladies and gentlemen, the charges for wire fraud

11:43    5    and identity theft for these people must fail.

6         Now, let's -- where do I come with this suggestion

7    to you that Jean Juste is running his own game.  First, they

8    come from the transcript.  If we credit the transcripts --

9    let me first illustrate for you an example of what I'm

11:44    10    talking about.  Let's assume that there's a bank robbery

11    conspiracy and there are a number of people and they're

12    conspiring to rob banks, and they all have their roles to

13    play in the bank.  Now, what the Government is saying -- the

14    way the Government's theory would work is as part of that --

11:44    15    of that conspiracy, it is foreseeable and in furtherance of

16    the conspiracy that somebody might steal a car as a getaway

17    vehicle.  It is also potentially foreseeable that someone --

18    and in furtherance, that someone may shoot a bank guard to

19    get away.

11:44    20         But what happens, ladies and gentlemen, if a member

21    or two members of that conspiracy say, You know, I know how

22    to rob banks.  I'm going to go rob a bank on my own, and I'm

23    not going to share the proceeds of that robbery with anybody

24    else.  That's an action outside of the conspiracy.  It is not

11:45    25    an action in furtherance of the conspiracy.  It is not an

1    action foreseeable to the conspiracy.  And in such a

2    situation, co-conspiracy liability would not apply to the

3    other members of the original conspiracy.  That's what I'm

4    suggesting happened in this case.

11:45    5        Remember, the Government -- I'm suggesting to you

6    what I believe the evidence shows.  It is the responsibility

7    of the Government to prove that this was not the case and to

8    prove that any -- that the filings of these tax returns were

9    part of and furtherance of the conspiracy.  That's their job.

11:45   10   And what they're asking you to do is to say, There was a

11   conspiracy.  Okay.  Enough said.  He's gone.  That's the

12   extent of their evidence.  All right.

13        Now, let's look at -- let's look at the

14   transcripts, such as they are.  Lukner Blanc is talking

11:46   15   mostly to his girlfriend, Sonia.  And you -- he's talking

16   about, according to the transcripts, plastics.  (Inaud.)

17   talking about plastics and debit cards.  He's doing this

18   because he wants to get an attorney.  He needs 55 -- he's

19   been arrested on a State charge.  He needs $55,000 for the

11:46   20   attorney and for bail money.  Probably more than that because

21   he needs bail money.  If you get anything -- and I urge you

22   to look at the transcripts, if you credit them, and see the

23   urgency with which -- with which he needs that money.  He's

24   talking about a court hearing the following week.  He's

11:47   25   talking about the need for that money today, if not

1    yesterday.

2          Now, if you look through the summary charts of when

3    bank -- when -- excuse me -- when tax returns were filed and

4    the length of time that it takes the IRS to move -- to send

11:47    5    the money to the bank or the debit cards, it's generally ten

6    days to two weeks.  The immediacy that he's talking about is

7    not ten days to two weeks.  It is, do it now.  Do it -- do it

8    yesterday.  It simply makes no sense.  Again, use your common

9    sense.  It makes no sense if he needs the money that quickly

11:47    10    for him to be telling Sonia, not even Juste or anybody -- or

11    anybody who is supposedly in the conspiracy, but someone who

12    literally wasn't charged, to be telling her to file tax

13    returns when he needs the money immediately.

14          What he's talking about, and you look at it, he's

11:48    15    talking about plastic.  He's constantly talking about

16    plastic.  He's talking about using cards.  They're in the

17    transcripts.  He's talking about using cards that are

18    existence to which there has already been money put in.  If

19    anything is clear on these tapes, again, that come through,

11:48    20    if you're going to credit them, it is the immediacy and the

21    fact that he is talking -- he's talking about plastics,

22    needing cards.  And he is talking overwhelmingly

23    retrospectively.  And as I said, at no point does he ever

24    say, File new taxes, file new returns.

11:49    25          In fact, I don't know what the Creole word for file

1  or tax returns is, but you see nothing, nothing that even

2  remotely appears to refer to a new filing.  Absolutely

3  nothing.  The Government is simply saying there's a

4  conspiracy.  These things were filed, so go get him.  The

11:49  5  urgency with which he needs money I think is further in the

6  tapes by the fact that he's talking about a Bentley.

7  Remember, he had a business too.  I think Marie Joe said that

8  she knew he had a business involving a dump truck.  The

9  Government wants you to believe -- here is a leap of faith,

11:49  10  the guy owned a Bentley.  He's got to be a crook.

11  But what does he want?  He keeps -- he keeps

12  telling Sonia, We have to sell the Bentley, sell the dump

13  truck, sell the motorcycle, sell my rims.  Because he needs

14  the money and he needs it yesterday.  He doesn't need it ten

11:50  15  days from now.  He doesn't need it two weeks from now.  He

16  doesn't need it after Johasha Johnston's tax return has been

17  filed and -- and the IRS gets around to putting money in

18  somebody's account.  And you can see this.  There in

19  Exhibits 1.107, 1.109, 1.114, 1.115, 1.116.  I'm missing

11:50  20  some.  1.107, 1.109, 1.114, 1.115, 1.116, and 1.117.  All

21  very urgent conversations regarding the need to sell his

22  items to get money.

23  Also, there's conversations where he wants to keep

24  his distance from these people.  If he wants to keep his

11:51  25  distance from these people, the last think you do, you're

11:51

11:52

11:52

11:52

11:52

11:53

```
 1   telling people to file his tax returns for him.  At one point
 2   he says, I don't want to talk to "Junior," in one tape.  I
 3   think Sonia said, "Junior" is here.  He says, I don't want to
 4   talk to "Junior."  Another one, he specifically says, I want
 5   to keep my distance from these people.  At another point,
 6   Sonia says, The cat's away, the mice will play.  They're
 7   gaming.  Juste and whoever else is gaming.  They're running
 8   their own scheme.  Lukner knows it.  Lukner Blanc knows it.
 9   He says -- he says at -- 1.11-T, that Juste's doing --
10   basically saying Juste doing his own thing because
11   everybody's struggling.  Everybody was struggling.  But Juste
12   was doing just fine.  Why is Juste doing just fine?  Because
13   he's running his own game.  He's got all the computers.  He's
14   got everything.
15        The Government hasn't shown you one piece of
16   evidence to suggest that these five tax returns were not
17   Juste trying to get himself rich.  And I think what's also
18   important, the Government pointed this out.  You know, they
19   use (inaud.) -- Lukner is always telling these people to use
20   these dates.  He's saying use, you know 3-5-93 or 3-5-94.
21   And he is.  There is -- the Government went through a number
22   of transcripts where he's telling you, Use 3-5-93.  Use
23   3-5-94 because they're good dates.
24        Look at the documents and the summaries that the
25   Government told you to look at, and look specifically for the
```

1      people who are charged in the tax -- in these tax returns and

2      the wire frauds.  Look at Shakira Mitchell.  Do you know what

3      her date of birth is that they list?  5-2-95.  Joshua

4      Strange, you know what his date of birth is?  9-6-95.  Israel

11:53  5      Joseph Bozile, his date of birth, 8-10-95.  Johasha Johnston,

6      12-6-95.  Vanessa Joseph, 7-13-95.  After all these

7      conversations where he's saying, Use these tax returns, these

8      are the ones that work, these are the ones that work.  The

9      one that they've charged wire fraud and the identity theft to

11:54  10     use, none of them.  If there's such a thing as a reverse

11     smoking gun, ladies and gentlemen, that's it.

12             And where was the evidence that could have tied

13     Lukner Blanc to these filings?  Where was it?  You didn't

14     hear from Jean Juste?  He's the centerpiece of this thing.

11:54  15     You didn't hear from him.  Sonia?  You didn't hear from her.

16     Shelda?  None of them.  The Government wants you to make a

17     leap of faith.  They want you to say, Hah, there was a

18     conspiracy; therefore they're a part of the conspiracy

19     without showing you that, in fact, it was.  Because it quite

11:54  20     simply was not.

21             As I suggested to you, my arguments on the wire

22     fraud are the same arguments that apply to the second set of

23     identify thefts and so I'm not going to repeat them.  But

24     when the wire fraud fails, the identity theft fails because

11:55  25     as Mr. Carlton said, they travel together.  Ladies and

1     gentlemen, this is my only chance to talk to you.

2     Mr. Placide's attorney will have an opportunity to talk to

3     you.  The Government will have another opportunity to talk to

4     you.  And that's fair.  That's fair that the Government gets

11:55    5     a second opportunity because the Government has that high

6     burden that I implored you this morning to apply and to hold

7     them to.

8            As potentially others blame Lukner Blanc and accuse

9     him of crimes, pay very close attention to their evidence,

11:56   10     and as I said, to the evidence for each count.  And ask

11     yourself in affairs that are vitally important to you, would

12     you consider that evidence -- would you act unhesitatingly

13     based upon that evidence?  If you can't, you can't

14     unhesitatingly say yes, then you have reasonable doubt as to

11:56   15     that count and you must find Lukner Blanc not guilty of it.

16     Remember, he is presumed innocent as to each and every charge

17     in this indictment.  This is Lukner Blanc's only chance at

18     justice.  This is his day in court.  This is his life.  He is

19     trusting in your ability to undertake the awesome

11:57   20     responsibility of determining guilt or innocence in this

21     case.

22            Put in a real sense, ladies and gentlemen, this is

23     your only opportunity.  It is your only opportunity to do

24     justice.  If you have doubts, if you do not think the

11:57   25     Government has proved its case, then voice them in the jury

1    room.  Next week, next month, next year, it's too late.  Your

2    legal and your moral obligation is to voice those doubts if

3    you have them because the last thing you want is years from

4    now to wake up one morning thinking about this case and say

11:57    5    to yourself, My God, what did I do? .  So ladies and

6    gentlemen, I'm going to ask you to go back to the jury room,

7    to consider the evidence, and to return a fair verdict and an

8    honest verdict, a verdict that is absolutely not guilty as to

9    the identity fraud counts, as to the wire fraud counts.

11:58    10    I also think and believe that there is insufficient

11    evidence to find Mr. Blanc guilty of the remaining counts.

12    But I ask you to consider each count individually and the

13    strength of evidence as to that count.  And I thank you very

14    much for your kind attention and I thank the Court.

11:59    15    THE COURT:  Mr. Serafini, thank you.

16    Ladies and gentlemen, given where we are, this is

17    probably a good time to take a break.  I think it is

18    important that we have this break, that people can stretch.

19    And we'll come right back.  Why don't we adhere to the

11:59    20    schedule we have been following.  Let's take a break for

21    lunch until 1:15.  And when we do come back at 1:15, we're

22    going to turn to Mr. Skier, who I believe is going to give

23    the final argument on behalf of Mr. Placide.  Then, of

24    course, we'll go back to Mr. Carlton, and then we'll move

11:59    25    into the jury instructions.  So let's take a break.  We'll be

1    in recess until 1:15.  Let me allow the jury to step out.

2              (Thereupon, the jury was escorted out of the

3    courtroom.)

4              THE COURT:  Ladies and gentlemen, the Court will be

12:00  5    in recess until 1:15.

6              (Thereupon, a luncheon recess was taken.)

7                    *          *          *

8

9              A F T E R N O O N   S E S S I O N

01:19  10                    (1:19 p.m.)

11       (Thereupon, the jury was brought into the courtroom.)

12            THE COURT:  Ladies and gentlemen, please be seated.

13    I'm going to turn now, if I might, to Mr. Skier.  And

14    Mr. Skier is going to present the final argument on behalf of

01:19  15    Mr. Placide.

16            Mr. Skier, when you're ready, you may proceed, sir.

17            MR. SKIER:  Judge, thank you very much.

18

19                    *CLOSING ARGUMENT*

01:19  20            MR. SKIER:  May it please the Court, Your Honor,

21    Counsel.  Ladies and gentlemen, this is a tremendous honor

22    for me.  It's an honor to be entrusted with this closing

23    argument, and I'm humbled by that.  But before I begin to

24    show you why the Government has not proven the case against

01:20  25    Mr. Placide, I want to express our sincere thanks to you.  We

1    know that throughout these 10, 11 days that you have other

2    obligations outside of this courthouse.  The judge was also

3    able to see that, and counsel would echo it, each one of you

4    paid attention throughout the entire course of this trial.

01:20  5    (Inaud.) through note taking or just being attentive, each

6    one of you was diligent in that.  And we thank you sincerely

7    because, again, we respect the fact that you have other stuff

8    going on.

9              It's also been my distinct privilege to appear

01:20  10   before Judge Hurley in the United States District Court for

11   the Southern District of Florida.  And an equal privilege

12   also has been extended to me, although I'm working as an

13   adversary with Mr. Carlton, it is abundantly clear from

14   watching this trial that Mr. Carlton is a skilled advocate on

01:21  15   behalf of the United States government.  It's also been my

16   pleasure to work with Mr. Jonathan Freidman as co-counsel on

17   behalf of Mr. Placide.

18             But folks, the biggest -- the biggest honor here

19   for me is to represent that man (indicating).  For two weeks

01:21  20   we have heard the evidence in this case.  And I do not say

21   this lightly, but throughout the course of these two weeks,

22   the evidence has shown itself to be insufficient as it

23   relates to my client.  You folks are saddled with two

24   different tasks.  There are two different judgments that you

01:21  25   need to make.  The two different distinct judgments has to do

1    with the amount and quality of the evidence that the

2    Government has brought before you as it relates to A)

3    Mr. Blanc, and B) Mr. Placide.  So you all should get double

4    time.  You have two duties as it relates to your job here.

01:22   5    Don't confuse them.  And don't confuse the defendants.

6            Benoit is not guilty of the charge that he's

7    been -- excuse me -- of the crimes that he's been charged

8    through indictment.  He is not guilty because the

9    representative from the Government did not, I repeat, did not

01:22  10    prove the charges with evidence.  Now, I indicated that the

11    biggest honor that I have here in appearing before you all is

12    to represent Mr. Placide.  And that's because it's the

13    greatest honor that any defense attorney can have, to come

14    before a jury and represent a man or a woman who has been

01:22  15    wrongly accused.  He's been wrongly accused because the

16    Government cannot show willful behavior, and the Government

17    cannot show the knowledge, the requisite knowledge that's

18    required to prove these charges.

19            To add to the greatest of all insults to this

01:23  20    life-threatening injury that Mr. Placide is experiencing, it

21    was Benoit's childhood friends who in their last days of a

22    year-long criminal conspiracy chose to expose their friend to

23    the type of behavior that Mr. Benoit is currently up against.

24    Thankfully, the law seeks justice, ladies and gentlemen.

01:23  25    Thankfully, the instructions that the Court will read to you

1    will advise you that if Benoit was acting without knowledge,

2    he is not guilty of any of the counts that appear in this

3    indictment.

4            The evidence in this case shows that there was a

5    big three.  There was a big three.  There are three main

6    actors in this conspiracy.  And come October 2012, each one

7    of the big three was behind bars.  So the jig was up for the

8    big three.  They wanted to continue their behavior and they

9    didn't care who they brought down with them.  And that's how

10   Mr. Placide becomes involved in this matter.  The Government

11   referenced a timeline, and I want you to maintain that

12   timeline in your head.  I want you to identify where it is

13   that Mr. Placide is alleged to have been brought into this

14   conspiracy and see what it is coinciding with as it relates

15   to this big three.

16           So let's proceed with the review of the stages of

17   the trial.  And the Government was able to present a trial

18   and it took about two weeks to present it.  But let's just

19   talk about in very basic terms who the folks are involved in

20   this case.  Well, they're from -- clearly, they're all

21   Haitian.  They're from Belle Glade, Florida.  Belle Glade is

22   one of the poorest areas in our county.  And they're a

23   minority within a generally minority area.  So these folks

24   growing up knew each other.  And that's clear.  They grew up

25   in a small area, the families know each other.  They have

friends in the community.  Unfortunately, it was the mindset

of the criminals that led to Mr. Benoit's arrest.  And,

folks, that's sad.  It's unfortunate that he's here.  But we

invite the fact that we are here and we invite the fact that

01:26  the evidence here is insufficient to prove anything against

Mr. Benoit Placide.

The evidence will show that at the time that all

these folks are getting arrested, Mr. Placide is upset.

Granted, these are his friends that have been arrested.  The

01:26  friends are arrested.  We're concerned and we're worried, and

we'd like to do what we can to help our friends.  But when

the expectations of our friends involve the inclusion of

criminal activity, shame on them.  Shame on them.  Because

unless Mr. Placide is aware and had knowledge of the totality

01:26  of the conspiracy, he cannot be convicted of the conspiracy.

What piece of evidence did Mr. Carlton show to you

that expressed in clear terms that Mr. Placide knew what

these other folks were up.  Where is the evidence that he

knew that there was IRS tax fraud.  Where is the evidence

01:27  that he knew that folks were putting IRS money on debit cards

and fraudulently obtaining government money?  From where does

that evidence come?  From which exhibit does that come from?

From the testimony of which witness does the Government

establish knowledge and willful behavior to the extent that

01:27  that willful behavior supports a conspiracy?  What money was

1    shown to you?  What benefit was incurred by Mr. Placide.

2          And I submit to you that the Government has

3    presented zero evidence that indicate that Mr. Benoit Placide

4    knew what the big three were up to.  Not one piece of

01:28   5    evidence presented in the form of any of those very, very

6    fancy exhibits purports to show to you that Mr. Placide knew

7    of the activities of Mr. Blanc, of Mr. Fleuzinord, and of

8    Mr. Juste.

9          Now, something is going on in September and October

01:28   10   of 2012 with this conspiracy.  I don't know if the writing is

11   on the wall, but the flurry of activity that occurs during

12   the time that has been shown to you by Mr. Carlton indicates

13   to you as rational, common-sense folk that something is going

14   on.  All of these women are being recruited in September and

01:28   15   October.  All of these tax returns are being submitted in the

16   same period of time.  Something is going on.  The big three

17   get arrested within weeks of this.  So something is going on.

18         Now, I'm going to get into these jail phone calls

19   in great detail, but before I do, we know that you folks

01:29   20   don't know what goes on in jail.  What goes on in jail is a

21   world of deceit.  Every conscious waking moment, inmates want

22   to do things to become not inmates.  They want to get out of

23   jail.  This is very basic.  What they want is not to be where

24   they're sleeping.  And so they're occupied day in and day out

01:29   25   with certain things.  And sometimes it's to get to the point

1    where you can afford a lawyer.  Sometimes it's less than

2    that.  Sometimes it's just, Can you put some canteen money on

3    so that we can get boxer shorts.  This is very, very basic

4    stuff.  And I submit to you that the glimpse inside the jail

01:30   5    universe was insufficient here.  Because the amount of deceit

6    and the amount of lies that are thrown in there is just

7    unbelievable.  You really have no idea when somebody is

8    speaking from that institutionalized jail mindset what in the

9    heck is true and what in the heck is not true.

01:30   10    Back in -- two or three weeks ago when we were

11    conducted voir dire, when we were picking the jury, one of

12    the prospective jurors who didn't make the panel indicated

13    that he was an engineer, and that the law was like science

14    and that it's precise.  And I submit to you that that is

01:31   15    exactly correct.  The law is like science and it is precise.

16    And just like science and math requires certain theories to

17    be established in order to be able to come up with the

18    equation, so too do certain givens (inaud.) occurs here.  And

19    those givens is that the Government has to present quality

01:31   20    evidence.  And the Government has to present evidence that's

21    sufficient to convict.  And neither of those things occurred

22    here.

23    When Mr. Carlton opened, he indicated that this was

24    a case about stealing money and concealing money in bank

01:31   25    accounts.  And that he indicated that many, many tax returns

01:31

01:32

01:32

01:33

01:33

1    had been fraudulently filed and that money was sent by wire

2    and money is sent over and put on debit cards.  And all of

3    that stuff is accurate.  But let's look at these allegations

4    and see what evidence exists to point beyond a reasonable

5    doubt.  Proof so strong, as Mr. Serafini indicated prior to

6    me standing up here, that you would be willing to rely and

7    act upon it.  Let me say that again.  Proof so strong that

8    you would be willing to rely and act upon it without

9    hesitation in the most important of your own personal

10   affairs.  What evidence has risen to that level of quality as

11   it relates to Mr. Placide's knowledge of the ongoing activity

12   of the big three.  What evidence?  Write that down.  What

13   evidence?  Because the evidence that you will put under that

14   is nothing.  There has been not one piece of evidence shown

15   to prove that he knew what was going on.

16           So to continue.  In the opening, the Government

17   relayed probably information that within the first witness

18   that was presented to you here creates reasonable doubt.  And

19   what was that piece of evidence?  That when Lukner Blanc was

20   arrested, whose cards were found in his possession?  Now,

21   Cherish Adams we heard from, and I'll get to her later.  And

22   Shelda is obviously at the behest of Frank.  But Benoit's

23   card is there.  So Benoit doesn't have his ATM card, and he

24   doesn't have access to his account at very same time that the

25   Government is alleging that illegal funds were put into his

1   bank account.  But who had access to the account?  Well,

2   everybody should be able to answer that one.  Mr. Blanc had

3   access to the account because it was in Mr. Blanc's

4   possession that Mr. Placide's card was found.

01:33   5           And something that I will elaborate on in a little

6   bit but it is equally shocking to the conscience, is on your

7   verdict form on page 3, Count 10, the Government will ask you

8   to find Mr. Blanc guilty of stealing my client's identity.

9   Do they want it both ways?  Placide is a victim?  Placide is

01:34   10  a co-conspirator?  Look at what the definition of the charge

11  is.  Look at the verdict form.  And we'll have an opportunity

12  to review it.  But I want that fresh in your minds.  How is

13  it that he sits here a victim, alleged to have been a victim

14  of a crime by this gentleman, but the Government's indicted

01:34   15  him.  He's both?  Is that what the Government believes?  He's

16  both?  He's a victim and a co-conspirator?  Folks, that

17  doesn't make sense at all.  This is about common sense.  That

18  is not common sense.  You're either a victim or you're a

19  willful participant.  And then the Government alleges in

01:35   20  Count 10 that Mr. Blanc committed aggravated identity theft

21  knowingly using another person's, open paren, Benoit, means

22  of identification without lawful authority, he's a victim.

23  Not because the defense attorney says so, but because the

24  Government does on their own verdict form.  His name is

01:35   25  contained.

1          Now, both in Mr. Carlton's opening and in his

2     initial opportunity to talk to you on closing, he said

3     something that I really want you to review as it relates to

4     the evidence because Mr. Carlton alleged that there's

01:36   5     evidence purported to show that "Junior" Juste colluded with

6     my client.  That "Junior" and Benoit colluded.  Where does

7     that come from?  What evidence did you hear to say that

8     "Junior" Juste, the person whom all that evidence was taken

9     out of their home, what evidence have you heard that there's

01:36   10    anything to do with Benoit Placide other than out of

11    Mr. Carlton's own mouth?  There's no evidence of this.  None.

12          And you know what?  I think this is an opportunity

13    for the Government to try to cover up a terrible, terrible

14    mistake.  Whether it was a mistake or an error or an omission

01:37   15    or bad work, it doesn't matter.  But the idea that these

16    computers are in possession of law enforcement, in possession

17    of folks that are saddled with the task of collecting

18    evidence, crime scene investigators -- and this isn't me

19    going crazy with CSI television stuff.  This is basic stuff.

01:37   20    This is fingerprint analysis.  This is DNA analysis.  These

21    are the things that forensics are built on.  And the idea

22    that Mr. Carlton would say that Mr. Juste and Mr. Placide

23    were colluding without one bit of evidence, with the ability

24    to do the most basic forensic analysis on those computers to

01:37   25    determine whose prints are on the computer.  What do you use

1    when you work a computer?  Do you wiggle your nose?  You type

2    with your hands.  How can the Government come here and tell

3    you that they have shown evidence to the effect that "Junior"

4    Juste and my client colluded in these crimes?  That did not

01:38  5    happen.  That did not happen there.  And that did not happen.

6    So that's fantasy.  There's zero evidence to that effect.

7          The search warrant at "Junior"'s home yielded three

8    computers.  There's paperwork.  There's notebooks.  There's

9    70 prepaid debit cards.  Prints come off of cards, ladies and

01:38 10    gentlemen.  Prints come off of paper.  And prints for certain

11    come off of a keyboard.  Do the work.  Fulfill your burden.

12    You've been in possession of this evidence for years.

13    There's zero evidence that Benoit Placide ever had anything

14    to do with those computers.  Zero.  And it's worse than zero,

01:39 15    because they had the opportunity to do forensic evaluation

16    and analysis so that they could come before you in this

17    courtroom and show you evidence sufficient to convict, and it

18    doesn't exist.  So they're just going to make it up and

19    they're going to argue it and they're going to make fancy

01:39 20    exhibits.  And nothing, no matter how many color coats, no

21    matter how long the exhibits are, nothing shows that

22    Mr. Placide was involved or knew or had anything to do with

23    those computers.

24          So now we're on to some other statements made by

01:39 25    the Government during the course of their opening.  And

1    nothing at all controversial.  We introduced Mollina.  We

2    introduced Dawn.  We introduced Shelda.  Okay.  Well, Frank's

3    a lady's man, I guess.  But what on earth does that have to

4    do with Benoit Placide?

01:40    5         Now, I'm going to get back to this one.  In

6    Mr. Carlton's opening, he made it a point to tell you that

7    there will be a jailhouse phone call between Frank and my

8    client in which my client would make a statement that clearly

9    showed him to be involved in a conspiracy.  Now, I don't know

01:40   10    if you all remember that, but that was given to you by the

11    Government in their opening.  And essentially what was

12    alleged is that my client was concerned that some women might

13    be talking.  And that's what Mr. Carlton told you the

14    evidence would show.  Do you all remember what happened

01:41   15    during this course of this piece of evidence?  Do you all

16    remember what happened as it relates to the attribution of

17    the most damaging statement to my client in error?  So no,

18    Mr. Placide was not concerned that the ladies or the women

19    were going to flip.  Frank was.  And I will show you that in

01:41   20    greater detail.  So Mollina McDonald's running around with

21    Leah Gamble and Dawn Nicolas.  And I'm not suggesting these

22    folks know each other.  That would be a big feat for Frank.

23    But the bottom line here is that it has absolutely nothing to

24    do with my client.

01:41   25         So moving on, the first two witnesses presented by

1    the Government were both Palm Beach County Sheriff's

2    officers.  Both could do their job.  Ladies and gentlemen, I

3    submit to you that when the first witness took that stand,

4    when the first -- well, the first two witnesses took that

01:42  5    stand, there was reasonable doubt as it relates to Benoit

6    Placide.  Because Benoit Placide did not have his debit card

7    in his possession.  And if that's not the first step towards

8    doubt as it relates to what the Government here is alleging

9    occurred, I don't know what is.  Because if you don't have

01:42  10   access and control over that account, how on earth can you

11   use the Government's money?  So doubt comes to Mr. Placide in

12   the form of the first two witnesses.  You should begin to

13   think, What's going on here?  Why would a young man not be in

14   possession of his own debit card?  And when you begin to see

01:43  15   what was going on in September and October with these people,

16   this is some really serious grasping at straws.

17          Now, we had an agent come in, 26 years with the

18   IRS.  Seemed like a very nice man.  Mr. Diffenbach.

19   Mr. Diffenbach shows you the correspondence.  Do you see --

01:43  20   excuse me.  Do you see the interactions and text messages and

21   e-mails between Frank and my client instructing my client

22   what PIN numbers are?  Do you see any evidence of that?

23          Now, there is a telephone number that I think is

24   relevant to this case, and I think it shows a lot about this

01:43  25   case.  And I think that I want to begin to talk to you about

1    it right now.  And that number is 954-805-9832.  And if you

2    recall, that number 954-805-9832 was inputted into

3    Mr. Blanc's phone as "Snow."  It was also the number that I

4    believe the Metabank folks, the folks from the bank

01:44   5    associated with that, indicated had called to determine

6    whether or not money was placed on cards.  There is no

7    ability to link that phone number to Benoit Placide.  There

8    are multiple pieces of evidence introduced before you to show

9    you that Mr. Placide had two phone numbers; one was a 561

01:44  10    number and one was a 772 number.  So Mr. Placide is not

11    afraid to put phones in his own name; meaning that he's not

12    trying to hide his identity and conceal anything.  This 954

13    number is critical.

14         I'm going to submit to you that the 954 number is

01:44  15    the number of David Blanc.  The 954 number is the

16    co-defendant's brother.  I'm going to get to why I believe

17    that is the case in a couple of minutes.  But it is clear

18    that people were feeling the heat.  And it is clear that you

19    can control your own phone by inputting anybody or anything

01:45  20    into the phone, identifying it as whomever you want it to be.

21    And it is not beyond a reasonable belief that a person could

22    input somebody else's a.k.a. to cover their own brother's

23    identity.  So we'll get back to that 954 number because it's

24    critical.  Cherish Adams comes and takes the stand.  We get

01:45  25    educated to a couple of things.  We get educated to the fact

1    that the judge is going to instruct you that, hey, take this

2    for what you want it to be.  Take this either as truth or

3    not, but understand, there's a lot riding on it for this

4    person who is coming before you to testify.  It's a very,

01:46  5    very strict instruction.

6          The judge also told you that the rule of criminal

7    procedure in the federal courthouse allows through the

8    sentencing guidelines the Government to file motions, because

9    in the federal courthouse the only people that can reduce the

01:46  10   accused times -- excuse me -- reduce the accused's time sits

11   at this table or wears a black robe.  That's who can reduce

12   time.  You want a position of power?  You want a position of

13   control?  That's power and control, ladies and gentlemen,

14   because that's going to determine where you're going sleep or

01:46  15   for how long you're going to sleep there.  So the idea that

16   these instructions are given to you are given to you for a

17   real reason.  The real reason being that the quality of that

18   evidence is just what it is.  It's somebody coming before the

19   Court in an effort to gain benefit for themselves.  They give

01:47  20   them use immunity.  That's a legal concept.  Don't worry

21   about it.  It just means that you can't be -- it just means

22   that they can't use that testimony to file a case against

23   you.  And if that's not a benefit, I've never heard of a

24   benefit in the courtroom.

01:47  25         So Cherish is living in Fort Myers and she meets

1    Frank and they date for a couple of months and she doesn't
2    know he has a family.  And she says, Yeah, I'll open up some
3    bank accounts.  She gives him the cards.  She tells you,
4    Yeah, I didn't want anything to do with him, no money were
01:47  5    put on them, I just gave them to him.  And by the way, Frank,
6    here's the PIN.  But Cherish wants to let you know that now
7    she's being honest even though she actually received money
8    from the conspiracy.  She's a paid co-conspirator.  A paid
9    co-conspirator put on the stand by the Government to talk
01:48  10    about fraudulent tax refunds and there is zero testimony as
11    it relates to Benoit Placide.
12              So moving right along, Mollina McDonald, another
13    girlfriend of Frank's.  She meets with another one of her
14    friends to go do Frank's dirty work.  She says that she knows
01:48  15    that Frank made his money on the street.  What does that mean
16    to you all?  He makes money on the street.  Is that
17    legitimate?  I submit to you not.  So if you're dating
18    somebody that you know makes money on the street and that
19    person goes to ask you, Hey, do me a favor, open up a bank
01:49  20    account and give me your cards.  The idea that that person
21    doesn't have knowledge that a criminal act is going to ensue
22    is ridiculous.  But the Government wants to use Mollina.
23    Molly is truthful when it comes to what the Government wants
24    to hear.  But when Molly is untruthful, boy, oh, boy, you saw
01:49  25    the wrath of Mr. Carlton.  I'll get to that.

1    So bouncing from bank to bank, giving Frank all the

2    cards, Molly, Mollina, three years ago comes to Palm Beach

3    County with her friend, smoking some week, chilling out, and

4    then sees Benoit Placide for less than five minutes in a car.

01:50    5    What evidence was that?  What did that prove?  Do you

6    actually believe that that woman remembers Mr. Placide three

7    years later when the interaction was so minimal?  Or does

8    Molly have some interest in her testimony?  Of course that

9    interest is to help herself.  She did this twice, folks.

01:50    10    She's not here.  Please remember that scene with the

11    identification.  It was very illustrative of what goes on.

12    At first she said, I think it's the guy in the green shirt.

13    I think it's the guy in the green shirt.  Well, I think it's

14    the guy in the green shirt, is that proof beyond a reasonable

01:50    15    doubt?  That's not even proof beyond a reasonable doubt to

16    the declarant, to the person that made the statement.  I

17    think.  You think this.  You think that.  Well, it kind of

18    looks like him.

19    And then Mr. Carlton got up.  Did I tell you to

01:51    20    make an identification?  Her answer was yes.  Her answer was

21    yes.  Now, just to add more confusion to this, Mario is not

22    Mario.  Mario is not Benoit.  Mario is not "Snow."  Mario is

23    Mark?  So now we have Mark.  It's either Mark or Mario?  No

24    way.  This testimony is absolutely useless as it relates to

01:52    25    your job.  That identification proved nothing.  That

1    identification makes no sense.  That identification is really

2    only to serve her own interest.  I was here.  Y'all were

3    here.  You saw Mr. Carlton's reaction.  You saw his demeanor,

4    the manner in which he asked his next question.  If you

01:52    5    couldn't tell that he wasn't happy with that response, you're

6    blind.

7            So the next witness was Mr. Guevara.  And he's

8    important too.  Because Benoit's had this account much longer

9    than anybody else.  His account was opened way back in 2010.

01:52    10    First deposit into that account was from DeVry University.

11    Mr. Placide was in school, Mr. Placide had a job.  Look at

12    this date.  Look at the date that Mr. Guevara indicated was

13    the date of the activation of the debit card.  Right smack in

14    the middle of the storm.  Right smack in the middle of the

01:53    15    activity going on in September and October.  The last date

16    that the card was used, critical.  Critical.  October 29th.

17    Who was in possession of the card on October 29th?

18            The Government has not proven that Mr. Placide was

19    in possession of that card during the duration of time that

01:53    20    that money hit that account.  The Government has not proven

21    that Mr. Placide knew that that money hit the account.  And

22    the Government has not proven that Mr. Placide knew anything

23    as it relates to the activities of any of the other

24    co-conspirators.  And so the Government has not proven their

01:54    25    case.  And this is not proven beyond a reasonable doubt.  And

1   Mr. Placide is not guilty of every single count he's charged

2   with.

3            So in this flurry of activity two years into the

4   ownership of the account, now a request is made for a debit

01:54   5   card?  Mr. Guevara told us.  Where was that debit card

6   activated?  Folks, that debit card was activated through the

7   ATM with no proof that Mr. Placide activated it.  There's no

8   evidence that Mr. Placide made the request for the card.

9   There's no evidence that Mr. Placide activated the card.

01:55  10   Anyone can activate the account with the PIN.  And most

11   importantly, please recall the time frame and please realize

12   that Mr. Placide was not in possession of that card.

13            We're not contesting the fact that the money that

14   hit that account wasn't fraudulent.  We're not contesting the

01:55  15   fact that that wasn't government money.  What we're

16   contesting is that Mr. Placide had any idea that this was

17   going on.  Contest or not contest, the Government needs to

18   prove it and they haven't.

19            Now, the next witness is -- again, look at the time

01:55  20   frame.  The time frame is agreed between myself and the

21   Government.  And you have multiple accounts being opened.

22   And Cherish has opened during this time frame and Britney

23   Stottlemyer and Leah Gamble and Dawn Nicolas.  And we have

24   pictures of people obviously concealing their identity.  And

01:56  25   Mr. Carlton told you that concealment equals knowledge.  The

1    Government told you that this piece of information is the

2    most important piece of information that exists for purposes

3    of trying to prove that Mr. Placide had knowledge of this

4    conspiracy.  This shows you nothing.  If this is the most

01:56    5    important piece of evidence, you can't -- it's not even

6    beyond a reasonable doubt that that is Benoit Placide.

7        But, folks, who cares?  Who cares?  Because unless

8    the Government can prove that at the time of this taking that

9    Mr. Placide knew that there was a criminal conspiracy going

01:57   10    on, it matters not.  It does not matter if you assist folks

11    involve in a conspiracy to their ends if you do not know of

12    that conspiracy.  It does not matter.  It has no evidentiary

13    value at all.  This whole thing comes back to proving he

14    knew.  Prove he knew.  All the resources in the world.  Prove

01:57   15    he knew.  And you will have to hold them to that burden

16    because you promised to.

17        One other thing.  If you're Mr. Conspirator and

18    everybody else is concealing their identity, he's not

19    concealing his identity, whoever this person is.  Whether

01:58   20    this is Placide or whether this is Mario Ajax or whoever this

21    is.  Why is he the only one that doesn't conceal his

22    identity?  That's a card.  He's not trying to conceal his

23    identity.  We don't know who this is.  This is not proof

24    beyond a reasonable doubt that this is Mr. Placide.  But who

01:58   25    cares if it is?  They could have ten pictures of Placide

1    withdrawing money from these accounts that are fraudulent.

2    And if they don't prove that he knew, they have proven

3    nothing.

4              Marie Claude, very similar.  Very similar.  The

5    woman very similar.  She knows Shelda.  She knows "Junior,"

6    Shelda's boyfriend.  She knows Lukner.  Shelda asks her to

7    open the account.  "Junior" gives her 50 bucks to open it.

8    Shelda was called when the card came.  Marie activities the

9    card for Shelda, then just turns it over.  Are we really to

10   think that Marie did not know that that was the lengths to

11   facilitate some kind of crime?  Remember, who are these

12   folks?  "Junior," who is Shelda's significant other, is the

13   one with the computers and the debit cards.  Y'all know this.

14   She was promised money.  She told you that.  And she seemed

15   upset that she didn't get it.  If I remember correctly, I was

16   promised $800 and I didn't get anything.  She's admitting to

17   you that she wanted to benefit from a conspiracy so that she

18   engaged in illegal activity.  And this is the same exact

19   testimony that the Government's using for what as it relates

20   to Mr. Placide?

21             You know, this was very, very instructive.  Shelda

22   spoke to Marie when it really became clear that everything

23   had kind of hit the fan here.  Shelda says to Marie, The feds

24   are going to talk to you.  The feds are going to ask you

25   questions.  And they're going to ask you questions like, do

1    you know me, do you know Shelda, do you know Frank, do you

2    know "Junior," do you know "Lucky."  Let me say that again.

3    Shelda says to Marie, The feds are going to ask you, do you

4    know me, do you know Frank, do you know "Junior," and do you

02:00    5    know "Lucky."  Now, if Mr. Placide is Mr. Co-conspirator, why

6    would they not ask about him?

7            This woman lied to the grand jury.  She denied

8    everything that was relevant to this case.  She denied

9    knowing "Junior" even though it was "Junior"'s significant

02:01    10    other that got her into this.  She denied opening the

11    account.  She denied knowing Lukner.  She denied knowing

12    Shelda.  She denied knowing her family.  That's her cousin.

13    So the Government relies on a liar.  This kind of segues into

14    more of the psychological argument than a legal one, but you

02:01    15    can see the psychology of this.  You can see what kind of

16    effect the witness has with this much on the line for

17    themselves as being a witness.  Generally speaking,

18    witnesses -- quality witnesses, they just saw something.  Did

19    you see the red car go through the light?  Yes, I saw the red

02:02    20    car go through the light.  I'm a witness.

21            This is a witness.  It's a co-participant.  It's

22    somebody that's got their own concerns on the forefront of

23    their mind.  And they're still being brought into a

24    courtroom, swear to tell the whole truth and take the witness

02:02    25    stand.  Why did the Government tell you that there was

1    somebody that they were looking for named Mario?  Why did

2    that come out on cross-examination?  Well, they want Benoit

3    to be Mario, but there's two Marios.  And you know that.  And

4    you know that the other Mario was obviously somebody that the

02:02    5    Government was concerned about as it relates to this crime,

6    these offenses, because the Government gave the witnesses

7    pictures to identify people.  Did you think that they were

8    giving them pictures to identify people who they go to church

9    with?

02:03   10    But it was the defense that had to bring this

11    information to your attention that there's a second Mario.

12    So the only way that you were exposed to the fact that there

13    was a second Mario that could leave doubt as it relates to

14    who was actually the Mario on these phone calls that we're

02:03   15    going to play in a second, is because you heard it from

16    Mr. Freidman.  Now, you know we don't have to do anything.

17    Oftentimes judges will tell you, we can play cards.  It's

18    their burden.  Well, if it's your burden, accept the burden.

19    Tell the whole story.  Don't conceal things.  Mario Ajax is

02:04   20    real.  Mario Ajax was a person of interest to the United

21    States government as it relates to this case.  Mario.

22    Next up, CSI.  Folks, this is -- there's doubt

23    right here.  Okay.  There's doubt.  I mean, there's doubt

24    throughout this because there's not evidence sufficient to

02:04   25    convict my client because they haven't proven knowledge.  But

1  instead of using the legalistic terms, there's doubt because

2  of the evidence.  There's doubt because he spoke to you.

3  There is doubt because of the quality of the evidence.

4        Now, the one thing the Government can control which

02:04  5  has nothing do with who the victims are or who the

6  co-conspirators are, but the one thing they can control is

7  their job.  Their job.  Crime scene investigators are neutral

8  doing defense work, doing work for the State or for the

9  Government.  Crime scene investigators will come in and

02:05  10  sometimes assist both sides.  What's a crime scene

11  investigator instructed to do?  To collect evidence.  That's

12  neutral.  They're not collecting evidence with an eye

13  towards, we want to get so-and-so or we know who the person

14  of interest is or who the target is so we're going to pile up

02:05  15  the evidence.

16        All the Government needed to do, ladies and

17  gentlemen, was to instruct her to do her job.  She was more

18  than willing and more than capable.  Dust the computer for

19  fingerprints.  That technology has been around -- I think

02:05  20  we're coming up on a hundred years of print technology.  If

21  you really want to get modern with it, bring it to the '90s

22  is swab it for some DNA and you have conclusive evidence of

23  who used that computer.  And when they don't have it, they

24  haven't done their job.  And when they haven't done their

02:06  25  job, the evidence is insufficient.  But the idea that those

1    computers are still available to the Government and have been

2    for almost two years and no forensic evidence has been done

3    with it, it doesn't speak not one negative word to that

4    woman.  It speaks volumes as to the insufficiency of their

02:06    5    case.  And we don't have to do anything.  And we don't have

6    to bring in people to disprove things.  It's their job to

7    prove things.  And you prove things with evidence.  And the

8    best evidence is physical evidence.  Zero forensics conducted

9    on common objects that common sense dictates would contain

02:06    10    prints and DNA.

11            Okay.  Mr. Diffenbach was called on two separate

12    time, but this is quite important.  This is quite important.

13    Mr. Diffenbach testified regarding Jean's phone that was

14    seized and the numbers that were in Jean's phone.  That 954

02:07    15    number pops back up.  That 954-805-9832 is inputted as BL,

16    but there's another one.  There's two of them.  There's BL 2.

17    BL is 954-805-9832.  BL 2 is 561-670-9736.  And we know whose

18    phone that is.  That's Lukner's phone.  So BL 2 is Lukner.

19    Who is BL?  Who is BL at 954-805-9832?  Is he "Snow"?  Well,

02:08    20    nobody is really "Snow" to Frank -- excuse me -- to "Junior."

21    But we do have a "Snowgo" (ph.).  Well, "Snowgo" is

22    772-267-7083.  A known number to Mr. Placide.  Remember what

23    I told you about that 954 number coming back into this and

24    being critical, because that 954 number was not our number.

02:08    25    So BL, that's not Mario.  That's not "Snow."  And somebody

1    called "Snowgo" has the same number as Mr. Placide.  Who is

2    954-805-9832?  Who is that?  That is not us.  28 calls to

3    Western Union from that number attributed to my client.  Not

4    us.

02:09    5         Do you see how this works?  Do you see how pieces

6    of evidence can be used by the United States of America in

7    order to attain a verdict that they want?  You're here to

8    prevent an injustice.  You're here to prevent that man from

9    being wrongly convicted.  Already sits trial, falsely

02:09   10   accused.  Do not wrongly convict him.

11        Then we have Marie.  Marie.  Well, you know, Marie

12   knows Lukner.  And Marie knows David, who happens to be

13   Lukner's brother.  And Marie knows Shelda.  And Marie knows

14   "Junior."  And she's seen Mario at the club.  So you see him

02:10   15   showing off the money, making it rain, bringing in all the

16   women, wearing fancy jewelry?  Never.  Have you ever seen him

17   with a girl?  No.  Ever seen him intoxicated?  No.  Ever seen

18   him smoke weed?  No.  He's the fall guy.  Everybody else is

19   in jail.  He knew these people his whole life.  He didn't do

02:10   20   one thing with knowledge as it relates to the charges before

21   him.

22        This woman that the Government wants to rely on,

23   Marie, was charged with perjury.  She testified for the sole

24   purpose of reducing her own time.  Folks, she's charged with

02:11   25   perjury.  That means she lied on the stand under oath.  And

the Government knows it and still uses her.  For what end and to what purpose and to what benefit does the Government incur from her testimony?  This is insight into a system that you do not have insight into.  This is the power of the United States of America when the United States of America asserts that you have committed a crime.  You have a glimpse into this.  These folks live it every day.  Do not allow your common sense to tell you anything other than what your common sense should tell you, and that that is that the testimony of these liars are just that.  They are liars' testimony.  Yeah. I mean, I don't know.  Maybe Molly will get that benefit of that sentencing reduction or maybe Marie will.  Or maybe Molly won't because Mr. Carlton was angry with that response about how she asserted that she was told to identified somebody.  But maybe somebody else will be charged with perjury because they weren't honest on the stand during the trial after they've already been dishonest before the grand jury.  All those decisions are for the Government.

Does any of this help you?  Does any of this support any contention that Mr. Benoit Placide had any knowledge that fraudulent IRS tax returns were being filed? Zero.  Does it help you all to know that Marie has seen Benoit in a club?  Mr. Carlton got upset with Marie as well. His demeanor was not too bashful.  He wasn't hiding his expressions.  The disgust was visible.  He then read the

1    contract so that she understood it again.  What's the disgust

2    about?  That's your witness.  We know from Marie that Mario

3    was not a co-conspirator.  He was not part of the crew.  He

4    did not have the money.  He did not have the girls.  He did

02:14   5    not have the drugs.  He was on the periphery.  He knew these

6    people.  That's what they've proven.  They've proven he knew

7    people that he grew up with from Belle Glade.

8         We don't know that Mario is "Snow."  We don't know

9    that Mario is Mario.  All we know is Benoit Placide is not

02:14  10    guilty.  There's multiple Marios.  We know there's multiple

11    "Snows."  There's deceptiveness as it relates to that 954

12    number with "Snow" being listed.  And about this time the

13    translator was invited to testify.  And Mr. Serafini did some

14    work showing you all that there are errors.  There are

02:14  15    mistakes.  There are words that are duplicated.  There are

16    words that are left out.  There are sudden changes of

17    meanings.  That's all possible, folks, right?  You have

18    binders with a couple -- probably close to a hundred pages.

19    Mistakes are possible, especially when you're listening to

02:15  20    jailhouse phone calls.  Mistakes of identification are

21    possible.  Mistakes of identification are possible, right?

22    Well, yes, the answer is because we know, because the

23    Government was relying on the statement that was never

24    attributed my client because the transcript was in error.

02:15  25         Folks, nothing nefarious.  This was not

                1    intentional.  The Government didn't intentionally indicate

                2    that the -- the line was attributed to Benoit as opposed to

                3    Frank.  It wasn't intentional.  These sorts of error show you

                4    how you can doubt the reliability of these transcripts.  With

02:15           5    the most bold-faced one being the idea that Frank's language

                6    was juxtaposed with Benoit's language on the most critical

                7    portion of that transcription.  And if that error occurred

                8    there, I submit to you that that error could have occurred

                9    anywhere, whether it's just simple language or whether it's

02:16          10    identifying the actual speaker.  It doesn't matter because

               11    you can doubt it.

               12              So we know that there's erroneous transpositions of

               13    speakers in the translations, and we know the Government at

               14    least on one occasion was mistaken in attributing a statement

02:16          15    to my client that was really attributable to a

               16    co-conspirator.  God forbid you rely on that kind of

               17    testimony to come to a conclusion because you'd be relying on

               18    testimony that was erroneous.  Nobody's fault, just human

               19    error.  But there's doubt here, folks.  And if there's doubt,

02:17          20    the Government has not done its job, has not fulfilled its

               21    burden, has not proven the case.

               22              You know, all these recorded phone calls

               23    attributing Mario with behavior.  Okay?  First of all, you

               24    don't know who they're talking about.  Talking about Mario

02:17          25    a.k.a. Benoit?  Are you talking about Mario and Mario?  You

1   don't know who is talking or the context.  That should cause

2   you some serious concern.  When an individual in custody

3   expresses to a loved one out of custody, I taught him to do

4   this and her to do that and this one's going to go run and do

02:18   5   this, what evidence has the Government brought forward to

6   show you that anything that Mr. Blanc attributed to Mario was

7   actually done?  You have the man giving all the directives.

8   What about just hearing, Hey, go do this.  I'm not going to

9   do it.  You would never know that -- meaning that the

02:18   10   statement in and of itself without corroboration is

11   meaningless.  Why?  Because it's a roll to defeat.

12          Maybe Mr. Blanc wants his girlfriend to see who is

13   really boss.  I'm running it from in here.  So maybe he's got

14   no control.  Maybe control is just spiralling out of control,

02:18   15   but he wants to give the impression he's still doing it.  I

16   told John to go do this.  And I told Jim to go do this.  If

17   John and Jim are not shown to have done it, then what value

18   does that evidence have?  It's just the ramblings of somebody

19   in custody.  And vice versa works too.  Because when you're a

02:19   20   loved one and somebody is in custody, you might want to also

21   give that loved one a sense that everything is continuing.

22   You can't trust what Sonia is saying is going on.  That's

23   ridiculous.  Why would you do that?  This is a universe of

24   deceit and lies and scams.

02:19   25          You can't -- the Government cannot have it both

1    ways.  You can't say, Hey, folks, whenever Mario is announced

2    by Mr. Blanc, it's gospel.  But anything else that has to do

3    with debit cards and wire transactions and talking on the

4    phone, that's criminal.  Do you see that that's what the

02:19    5    Government is attempting to do here?  Take bits and pieces of

6    testimony and attribute them as actions without one piece of

7    evidence of the act itself?  That's not proof.  So when Sonia

8    says he said he was on his way to buy more plastics, where is

9    the evidence of the bought plastics.  Where is the receipt

02:20   10    showing Benoit purchased anything?  If he's part of the

11    conspiracy, why not pull money out of your own conspiracy

12    pot?  Every time you hear about this guy, he doesn't have

13    money for gas.  If you don't have money for gas and you're

14    involved in a $1.2 million IRS tax fraud, the Government

02:21   15    should have some ability to show you what you did with the

16    money.  I don't know.  Maybe you bought a Bentley.

17             So he's going to order blues.  Tell Mario to do

18    this.  Tell Sonia to do that.  Fine.  I submit to you, first

19    of all, you don't know who he's talking about because there's

02:21   20    multiple Marios.  But what evidence is there that anybody

21    acted on this instruction?  Folks, you can't just trust --

22    not that you can't trust the transcripts, although there's

23    problems with them, you can't trust the people that are

24    talking in them.  You can't trust that one is not

02:22   25    manipulating the other.  Maybe they're both manipulating each

1   other.  You can't trust a word that Lukner to Sonia, and you

2   can't trust a word that Sonia says to Lukner because they're

3   living in a world of deceit.

4          Lukner never called Benoit.  Let me say that one

02:22  5   more time.  Lukner never called Benoit.  "Junior" never

6   called Benoit.  To break up the monotony I produced a short

7   PowerPoint.  So on these telephone calls, ladies and

8   gentlemen, which Mario is speaking?  Is it Mario a.k.a.

9   Benoit.  Is it Mario, Mario Ajax?  Which Mario is speaking?

02:23  10  And anyways, what does he know, whomever Mario is, as it

11  relates to this conspiracy?  This is an October 30th, 2012,

12  phone call.  I know you can't see that.  It's on page 2.

13  You'll have this, but we do have the ability to highlight and

14  kind of present that.  And I hope you all can see that.

02:23  15         So the highlighted portion indicates, "Where is the

16  stuff, man?"  And this is Lukner.  And the response, that's

17  just weird.  It says male, but if you go back up it says

18  hello.  And it says, "Where is Mario?"  And then it says,

19  "Hello, Mario."  And it says, "Let me talk to Mario."  I

02:24  20  don't know why the translator wants to say male as opposed to

21  Mario, especially when this is some of the most damaging

22  evidence for Mr. Blanc and some of the least damaging

23  statements that could ever be attributed to us.  So I'm

24  not -- I mean, it is strange.  Every other time it's Mario.

02:24  25  Here it's male.  So I'll leave that alone.

```
  1              But, "Where is the stuff, man?

  2              "Male:  What stuff?

  3              "Where is the stuff that Roslyn put in the thing

  4      and gave you?  Where are they?

02:24  5              "Male:  What are you talking about?  There is

  6      nothing.  I didn't find anything in the bag.

  7              "No.  Roslyn (inaud.) said that she put everything

  8      in the bag and gave it to you, man.

  9              "What are you talking about?

02:24 10              "The plastic stuff.

 11              "The plastic stuff?  I didn't find anything at all.

 12      Just a little while ago David and I (inaud.) and put the

 13      stuff.  And I went to get the motorcycle with Neal just a

 14      little while ago.  David and I just checked.  I didn't find

02:25 15      anything."

 16              This is this bag -- the bag that's so important to

 17      the Government.  But I submit to you again, you know, if

 18      somebody says, Here's a bag, and you know them for maybe 26

 19      years, and you throw it in the back of your car and give it

02:25 20      to somebody, you're not in the throws of the conspiracy.  You

 21      have no duty or obligation to do anything other than be a

 22      lawful citizen unless you know you're -- you know, you're

 23      engaging in (inaud.) not wrong.  There is no evidence of

 24      that.

02:25 25              All right.  So we continue here.  I'll go to the
```

1    next one.  The only reason why this goes to the next one is

2    because it goes on from page 3 to page 4.  So this is really

3    intense stuff.  This is not Mr. Carlton and a good agent

4    reading this back and forth.  Okay?  This is intense.

02:25    5        You messed up, man.  You messed up.  You shouldn't

6    have given these guys my stuff.  Seriously, man.  If these

7    things get lost, that won't help our relationship.

8        Okay?  That's aggressive.  And that's not

9    co-conspirators talking to each other.  That's somebody who

02:26   10   has control over somebody, who is very angry with them, who

11   has information that they're upset about.  Because it won't

12   help our relationship.  It sounds like he's talking to

13   somebody that is not, I submit to you, a partner.  That is

14   not in the big three and does not have any knowledge of any

02:26   15   criminal activity.  This is page 6 of the same statement.

16   And this is female.  Again, it's kind of bizarre.  We know

17   this is Sonia, but it indicates female.

18       "Let me tell you something.  If you don't talk to

19   your people and tell them what they need to do, I can just go

02:27   20   up in your house and just --

21       "Sonia, come on, man.  You --

22       "No.  They don't fucking understand shit."

23       Again, the same phone call, page 10 over to

24   page 11.

02:27   25       "Let me talk to Mario.  Yo.  My bad, man.

1            "You don't trust me, man.

2            "My bad.  But when I asked you, you said you gave

3     it and Peterson dealing with you, understand.

4            "Yeah.  Just straight, man.  Chill, man.  Did you

02:27   5     hear me, Mario?

6            "Yo.  Where is Mario?  What's wrong with him?

7            "He's crying, dog.  I've tried talking to him, but

8     he only wants to cry.  There's no crying in baseball."

9            Well, there's no crying in co-conspirator,

02:28  10     $1.2 million IRS fraud.  Okay?  That person is scared out of

11     his mind.  Look at the language that preceded it.

12            Why can't Lukner reach David?  Now, you heard

13     testimony about how when the jail calls go, you can't dial

14     long distance.  And this is relevant.  This is this 954

02:28  15     telephone number.  October 30, 2012, page 5.  Go over to

16     page 6.

17            "Lukner:  Yo, you sleeping?

18            "David:  Huh.

19            "Lukner:  Just send the (inaud.) tomorrow.

02:29  20     "David:  Yes, I will buy it by tomorrow.  I'll go

21     see "Junior" in a little while, take care of everything, so

22     that tomorrow morning when I wake up, I can go, come back to

23     do the stuff.

24            "Oh, okay.  Or you should borrow Eagling's (ph.)

02:29  25     phone so that I'm able to call you.

1                "You mean Eveling (ph.)?

2                "Yes.  You should borrow it from her so I can call

3       you."

4                Can't call him because it's a 954 number.  Who is

02:29   5       benefitting from this?  Right?  $1.2 million conspiracy,

6       right?  Somebody is probably benefitting from it.  I'm sorry.

7       That was October 31st.  And this is page 15 on the bottom.

8       Go over to page 16 on the top.

9                "Anyway, just sell the stuff, gather as much money

02:30   10      as possible.

11               "Yeah.

12               "And ask David to bring it there.  Remove the tag

13      because I don't want these guys to drive my stuff.  You can

14      always sell the Bentley and the dump truck.  We'll have

02:30   15      enough money right there.

16               "Yeah, I know that.  We'll have enough money just

17      from that.  But in the meantime, until I sell the Bentley."

18               So who is benefitting from this?  Mr. Placide

19      benefitting from this?  What evidence is there Mr. Placide is

02:30   20      benefitting from this?  What evidence is there that

21      Mr. Placide used the Government money knowingly?  What

22      evidence is there that Mr. Placide committed identity theft?

23      What evidence is there that Mr. Placide knew that folks were

24      stealing money from the Government to their own benefit?  And

02:30   25      the answer to each one of those questions, I think I posed

             1   five or six, is there is none.

             2          Who has an 954 area code?  Not Benoit Placide.

             3   This is critical because the 954 on the "Snow" stuff and the

             4   number of times that they're calling Lukner at the time that

02:31        5   Lukner is going to get arrested, this is critical stuff.  The

             6   idea that the person who dialed that 954 number didn't know

             7   that a conspiracy was going on is insulting to you all.  It's

             8   not true.  You don't call Metabank some 28 times and inquire

             9   whether or not monies are on cards if you don't know

02:31       10   something is up.  We don't have this phone.  It's not our

            11   phone.  November 2nd.

            12          "Which of the phones is my brother using?  He told

            13   me he has an AT&T, but he made the mistake of providing his

            14   area code so they gave him a 954."

02:31       15          That's who has the 954 number.  Again, there's

            16   multiple pieces of evidence in this case that indicate that

            17   we have two phone numbers.  And those two phones number are a

            18   561 area code and a 772 area code and they have not changed

            19   and they're both in Benoit Placide's name.  Who are the real

02:32       20   conspirators?  Not Benoit Placide.  Telephone call dated

            21   November 4th, page 5.  This is a phone call between Shelda

            22   and Lukner.

            23          "Shelda:  And the worst thing is they have arrested

            24   the two good ones.

02:32       25          "Yeah, the two doing all the work."

1          Do you see who says that?  Doing all the work?

2          "He would be the best person to get you out and

3    vice versa if you were out and he was in.  But,

4    unfortunately, both of you are in."

02:33   5          Now, they know Frank is in custody.  Who is doing

6    all the work?  Who is the co-conspirators?  Who has knowledge

7    of the crime?  This is more of a hypothetical question, but,

8    folks, what could have happened here if the translation error

9    went undiscovered?  And this is this May 11th call.

02:33   10         Your Honor, may I move briefly?

11         **THE COURT**:  Yes, of course.

12         **MR. SKIER**:  "Mario, what's her name was --

13         "Frank:  Marlena.

14         "Just tell her that I asked you to call.

02:33   15         "Mario:  I've been to her house before, right?

16         "Frank:  Yeah, you have.  I'm concerned that she

17   may lose that house so I just need my clothes."

18         Remember about clothes in opening?  Mr. Freidman

19   indicated what the conversations were about.  Do you remember

02:34   20   what Mr. Carlton indicated the same conversation was about?

21         "Hold on.  Let me say the number.  I would really

22   appreciate it, please.

23         "Yeah, I'll do it for you.  Hey."

24         Now, here is were the error is.  This is clearly --

02:34   25   you can see how I could have even just done it.  Where this

1    says Frank, colon, here, it's an elaboration of Benoit's

2    statement, "Yeah, I'll do it for you.  Hey, Frank.  Have they

3    talked to you about her stuff?"

4         But see, the Government through the translator read

02:34    5    it differently.  They read it differently.  They read it,

6    "Mario:  Yeah, I'll do it for you, hey.  Frank, have they

7    talked to her about her stuff?"  And here's where the big,

8    big -- this is big.  This is as big as it gets.

9         THE COURT:  Mr. Skier, could you go back over to

02:35   10    the lectern.  I want to make sure that the reporter --

11         MR. SKIER:  My apologies.

12         THE COURT:  That's all right.

13         MR. SKIER:  That's not Mario, folks.  Mr. Carlton

14    already told you that.  That's not argument.  That's fact.

02:35   15         "Yeah, man, of course.  All of this bullshit was

16    also part of it.  Her photo, the questioning, and all of that

17    shit.

18         "Yeah, man, this is a big deal.

19         "All I can tell you is that I don't know anything,

02:35   20    but I'm sensing the girls are talking so you need to call her

21    and talk to her."

22         That was verbatim read to you by Mr. Carlton in his

23    opening.  So mistakes here can have ripple effects for

24    people's entire lives.  Guess what?  If that's my client's

02:35   25    statement, he's guilty.  I'll say that one more time.  If you

1  can go just go back.  If that is really Mario, a.k.a.

2  Benoit, he has just given you exactly what I'm claiming does

3  not exist.  And that's knowledge of criminal activity.

4        Can you go back, Mr. Freidman, to the original --

5  the question?

6              MR. FREIDMAN:  (Complies.)

7              MR. SKIER:  All right.  Folks, that concludes my

8  review of the phone records.  You have the records themselves

9  and you get them gist of (inaud.) the point of this

10  presentation, to show you in very clear terms from the mouth

11  of the folks that are involved in this that Benoit Placide

12  has no knowledge of any of it.  That Benoit Placide did not

13  do anything in furtherance of this conspiracy.

14        I think it behooves us now to go over the jury

15  instructions.  I'm not going to read them to you.  You'll

16  have the opportunity to have the judge read them to you.  But

17  there are some points in these instructions that I think are

18  important, and if you give me the opportunity to briefly

19  review them, I'd like to do that.

20              THE COURT:  Mr. Skier, looking at the clock, we do

21  need to take a break for the midafternoon recess.  Is this a

22  good point in your --

23              MR. SKIER:  It's a perfect --

24              THE COURT:  -- presentation?  We'll come right back

25  and pick right up on that.

1          Ladies and gentlemen, let's take the midafternoon

2    recess at this point.  We're going to take a 15-minute break

3    and we'll come right back and we're going to turn back to

4    Mr. Skier for the remaining portion of his final argument.

02:37  5    So let me allow the jury to step out.  We're going to take a

6    break for 15 minutes.

7          (Thereupon, the jury was escorted out of the

8    courtroom.)

9          **THE COURT:**  Court will be in recess for 15 minutes.

02:57 10          (Thereupon, a brief recess was taken.)

11          **THE COURT:**  Mr. Marshall, will you bring in the

12   jury, please?

13          I've passed out -- remember, we had the outline of

14   the indictment?  I did another one on the crimes because I

02:57 15   thought it -- at least it was helpful to me.  And I passed it

16   out to each side so you can see it.  I thought I'd send that

17   to the jury with the outline.

18          Mr. Skier, you have 18 and a half minutes.

19          **MR. SKIER:**  That's great.

02:57 20          **THE COURT:**  I just want to let you know.  Do you

21   still want that warning?

22          **MR. SKIER:**  Ten minutes, Your Honor.

23          **THE COURT:**  So ten.  Okay.

24          (Thereupon, the jury was brought into the

02:58 25   courtroom.)

1          **THE COURT:**  Ladies and gentlemen, please be seated.

2     I'd like to turn back now to Mr. Skier, if I might, to allow

3     him to give the closing portion of his final argument.

4          Mr. Skier.

02:58   5          **MR. SKIER:**  Thank you, Judge.

6          Ladies and gentlemen, I'm almost through.  I'm

7     almost through.  I believe my points have been expressed, but

8     I do just want to walk through a couple of things in the jury

9     instructions with you and then I'll be back for the next 10

02:58   10    or 15 minutes (inaud.).

11         So you will all have this read to you by the Court.

12    There are some components of the instructions that I think

13    are of particular relevance at least to the accused.  The

14    indictment or formal charge against the defendant is not

02:59   15    evidence.  So the fact that Mr. Placide is here is not

16    evidence of his guilt.  Indeed, every defendant is presumed

17    by the law to be innocent.  The law does not require a

18    defendant to prove his innocence or to produce any evidence

19    at all.  So we don't have to do anything.  The defendant does

02:59   20    not have to testify.  And if the defendant chooses not to

21    testify, you cannot consider that in any way while making

22    your decisions.  The Government must prove guilt beyond a

23    reasonable doubt.  If it fails to do so, you must find the

24    defendant not guilty.

02:59   25         So that sounds basic, but I just wanted to

1   reiterate that.  What is this beyond a reasonable doubt?  And

2   this is super, super important.  Super important.  The

3   language is very, very strong.  Proof beyond a reasonable

4   doubt, therefore, is proof of such a convincing character

03:00   5   that you would be willing to rely and act upon it without

6   hesitation in the most important of your own affairs.  If you

7   are convinced that a defendant has been proved guilty beyond

8   a reasonable doubt, say so.  If you are not convinced, say

9   so.  Very plain language but very strong language.

03:00   10          The idea that the level of proof is such that

11   internally you personally would be willing to rely on that

12   evidence without hesitation.  And then ask yourself, is that

13   the kind of evidence that the Government has submitted as it

14   relates to the charges against Mr. Placide?  Do you have that

03:00   15   feeling?  That feeling that you would be so moved by the

16   evidence that you have no hesitation to act on it in the most

17   important of events -- excuse me -- in the most important of

18   your own affairs.  So this isn't bolstering what exists.

19   This is actually the instruction.  And the instruction is

03:01   20   powerful because the instruction is indicating that you have

21   to have that internal belief that you can rely on such an

22   extent that you would apply it in your own personal affairs.

23   And I submit to you that that has not occurred here.  That

24   the evidence that has been submitted as it relates to my

03:01   25   client is not the kind of evidence that amounts to that

```
         1   standard.
         2         Again, you'll get a copy of this.  This is on page
         3   4 of the instructions.  But go ahead and look at these
         4   guidelines as it relates to what you're supposed to be
03:01    5   looking for when you see -- when you're looking to see, is
         6   this a credible witness?  So the Court will give you these
         7   questions that you ask on an individual basis.  And you say
         8   to yourself, did this witness impress you as one that was
         9   telling the truth?  Did this witness have a particular reason
03:02   10   not to tell the truth?  Well, I mean, I'm not going to do
        11   this to you all.  I'm going not going to go line by line with
        12   all these women that have been paraded before you who were
        13   clearly involved in criminal behavior who were not charged by
        14   the Government until they lied to a federal grand jury.
03:02   15   Okay?  But suffice to say, that falls under these sorts of
        16   questions.  Did the witness have a personal interest?  Well,
        17   nobody has a bigger personal interest than Mr. Placide,
        18   right?  But it's almost an equivalent personal interest for
        19   the folks that have been accused and charged of crimes as it
03:02   20   relates to this case, when they go up and testify for
        21   whatever purpose they're testifying for and it becomes pretty
        22   obvious on its face.  A good memory -- this is a couple years
        23   ago.  You could maybe imply that the young lady who smokes
        24   weed and sees my client once three years ago and then is able
03:03   25   miraculously to come into a courtroom and identify him as the
```

1    person that she saw one time for about three to five minutes

2    three years ago.

3              Did the witness have the opportunity and ability to

4    accurately observe the things that they testified about?  Did

03:03   5    the witness appear to understand?  That the questions

6    clearly -- and did the witnesses' testimony differ from any

7    testimony or other evidence.  Basic kind of questions to ask

8    yourself as it relates to the quality of witnesses.  This is

9    on page 5.  And this is -- again, this is nothing that you

03:03   10   haven't seen before.  And the judge actually instructed on

11   this previously.  But a witness who hopes to gain favorable

12   treatment may have a reason to make a false statement in

13   order to strike a good bargain with the Government.

14   Essentially you're being instructed that they very well might

03:03   15   lie.  So while -- so while a witness of that kind may be

16   entirely truthful, you should -- when testifying, you should

17   consider that testimony with more caution than the testimony

18   of any other witnesses.  It's common sense, because they got

19   a personal stake.

03:04   20            Okay.  However, before a defendant can be held

21   criminally responsibility for the conduct of others, it's

22   necessary that the defendant willfully associated in some way

23   with the crime and willfully participated if it.  Mere

24   presence at the scene of a crime and even knowledge that a

03:04   25   crime is being committed are not sufficient to establish that

1    a defendant either directed or aided and abetted the crime.

2    You must -- excuse me.  You must find beyond a reasonable

3    doubt that the defendant was a willful participants, a

4    willful participant and not merely a knowing spectator.  For

03:05  5    this particular portion of the instruction, I'm emphasizing

6    the same sort of argument that I have emphasized previously;

7    which is the components of knowing and willfully.

8         So the defendant in order to be convicted must be

9    shown to be knowing and a willful member of the conspiracy at

03:05  10   the time of the commission of the offense.  Sorry to be

11   redundant, but it's important.  And the redundancy and the

12   importance has to do with the Government's clear, clear

13   responsibility to show that the defendant knew the unlawful

14   purpose of the plan, which he did not, and willfully joined

03:05  15   it, which he did not.  Simply being at the scene of an event

16   or merely associating with certain people and discussing

17   common goals and interests does not establish a -- excuse

18   me -- does not establish proof of a conspiracy.  Also, a

19   person who does not know about the conspiracy but happens to

03:06  20   act in a way that advances some purpose of one, does not

21   automatically become a conspirator.

22         This really truly is my luck.  October 29, 2012.

23   I've already kind of gone through this with you, but it bears

24   repeating.  Mr. Carlton is claiming that Benoit was the

03:06  25   victim.  This isn't me.  This isn't the lawyer trying to

1    manipulate and saying his client is a victim when he's not.

2    This is the Government alleging he's a victim of aggravated

3    identity theft.  Now, where do I find that?  I find that in a

4    place that each of you will review in very short order.  I

03:07  5    find it on the verdict form itself.  And although I probably

6    shouldn't have used that blowup font -- I don't think we did

7    that in this one -- just please recall, Count 10, you're

8    going to see my client's name.  You're going to see that he's

9    a listed victim.  You're going to see that the Government is

03:07  10   alleging the following:

11         That Mr. Blanc obtained Mr. Placide's

12   identification without lawful authority on or about

13   October 29th, during and in relation to the crime of

14   receiving, concealing, or retaining monies stolen from the

03:07  15   United States.  And you just can't have it both ways.  You

16   can't list the man as a victim and then allege that he did

17   not have knowledge.  That's what's right there in the

18   language.  I mean, review this one more time.  Without lawful

19   authority.  Blanc was in possession of Placide's

03:08  20   identification in the form of a debit card without lawful

21   authority.  Says them.

22         All right.  So the last piece of my time with you,

23   my opportunity to speak with you.  And clearly, this

24   really -- to say that things aren't honored and think that

03:08  25   that's, you know, some kind of lying.  This is an honor for

1    me to represent Mr. Placide who stands here falsely accused.

2    It is an honor for me to show you that the evidence is

3    insufficient.  Not with manipulation, not with double talk,

4    but with straightforward analysis, with a straightforward

03:09  5    review of the Government's own evidence, it's simply

6    insufficient.  We're certainly not indicting the Government.

7    But what we are saying is that this evidence is insufficient

8    to prove a crime.

9            Now, Benoit had an opportunity to talk, and he took

03:09 10    that opportunity to talk.  And it came in the form of his

11    grand jury testimony.  And I'm not going to go line by line

12    through his grand jury testimony, but I think there are some

13    obvious things that need to be pointed out.  How many of the

14    co-conspirators, backslash, noncharged co-conspirator,

03:09 15    backslash, not charged but now charged because they lied to

16    the grand jury are facing charges as it relates to their

17    testimony?  And you have multiple people who have been

18    charged with perjury.

19            Folks, the Government did not hesitate to charge my

03:10 20    client with conspiracy.  The Government didn't hesitate to

21    charge my client with identity theft.  Each of these crimes,

22    I submit to you, have not been proven.  But there is no crime

23    of perjury.  There is no allegation that Mr. Placide's

24    statements to the grand jury were not honest and truthful.

03:10 25    And I submit to you that if the Government had the ability to

1    show that, they sure would have.  So Mr. Placide testified,

2    answer the Government's questions truthfully and honestly.

3    He was not charged with not being truthful, like Marie was.

4    He was not charged with not being truthful, like the other

03:10    5    folks involved in this.  So that speaks volumes.

6              Benoit learned of the conspiracy, all of this

7    stuff, and is then brought in front of a grand jury to answer

8    Mr. Carlton's questions.  So Benoit did testify, but his

9    choice not to testify here in this trial is because the

03:11   10    Government didn't prove the charges.  And folks, if the

11    Government doesn't prove their case during their case, it

12    adds absolutely nothing for an accused to testify.  Let me

13    say that again slowly.  Okay?

14              THE COURT:  Can I stop you all for a minute?  Can I

03:11   15    talk to you for a minute at side-bar?

16              (Thereupon, there was a side-bar conference outside

17    the presence and hearing of the jury.)

18              THE COURT:  I just want you to think about what

19    you're saying.  You're standing up to the jury and telling

03:12   20    them why Mr. Placide elected not to testify.  I'm deeply

21    concerned you're opening the door to the Government to start

22    talking about why he didn't testify.  Do you understand that?

23              MR. SKIER:  I do understand that instruction.

24              THE COURT:  Do you want to continue?

03:12   25              MR. SKIER:  I will move on.

1        **THE COURT:**  I'm not saying you have not already

2    opened the door, but, you know, this is such an important

3    case to go off on.  Something like this would so put the case

4    in jeopardy that I'll leave it to everybody to make their own

03:12  5    judgments, but this is a very, very dangerous area.  We want

6    to be so careful.  Huh?

7        **MR. SERAFINI:**  Okay.

8        **MR. SKIER:**  Understood.

9        (Thereupon, the side-bar conference was concluded.)

03:13  10       **MR. SKIER:**  Let me continue.  There's been

11   statements that were attributed to actions.  Somebody said

12   somebody did something.  Now, the Government would have you

13   believe that that's sufficient evidence to convict somebody,

14   but it's not because you need to have proof that that

03:13  15   activity actually occurred.  And so of all of the allegations

16   and the statements in these books, not one piece of evidence

17   as it relates to these statements has been confirmed by the

18   Government if you want to take the Government's view of the

19   language.  So when it's said by Mr. Blanc that he gave money

03:13  20   for purchase -- for the purpose of purchasing plastics, then

21   the appropriate response from the Government is to show you,

22   here is Mr. Placide's receipt, here is evidence that

23   Mr. Placide did this.  You bring in somebody else to

24   corroborate that.  But nothing that was stated by either

03:14  25   Sonia or Mr. Blanc was corroborated by the Government in

1    action.  In action.

2            Again, Mr. Placide or whomever could say many

3    things about me.  You could say I'm going to be playing in

4    the college championship tonight.  That's not true.  I'm not

03:14   5    going to be playing in the college championship tonight.

6    Okay?  But because somebody says something doesn't mean that

7    it actually occurred.  Who cares what Co-defendant Blanc

8    says?  The Government has to prove that Mr. Placide acted.

9    Who cares what Sonia said?  The Government has to prove that

03:15   10   Mr. Placide acted.  A lot of baseball references from the

11   Government, but I can't help but tell you not to allow

12   Mr. Carlton to throw you a curve ball.  The idea that the

13   evidence is sufficient here is not apt.  It's not true.  The

14   evidence is insufficient to convict my client.  The evidence

03:15   15   is insufficient because the Government has not proven beyond

16   a reasonable doubt that my client willfully participated and

17   participated with knowledge.  Those two elements have been

18   repeated multiple times throughout the jury instructions.

19           You have seen throughout the trial evidence that

03:15   20   was submitted in the form of these statements that were

21   wrong.  You saw and I posed the question, what if that error

22   hadn't been found and you attributed that statement to my

23   client?  I'm the one that told you if that statement was

24   attributable to my client, he's guilty.  I say that.  Do not

03:16   25   allow a miscarriage of justice to occur here.  Mr. Benoit

1    Placide was manipulated by the people that he felt closest

2    to, at a lie from a distance.

3            Mr. Freidman began talking to you about the guy in

4    the group who doesn't quite cut muster with the rest of the

03:16  5    crew.  That's not a putdown.  That's not saying something --

6    anything other than what actually happens in real life.  You

7    have the dudes that are in it and you have the dudes that

8    know the dudes that are in it.  My client is not guilty.  My

9    client is not guilty for all of the reasons that I've set

03:17  10   forth during the course of this argument.

11           I started this by thanking you for your service, by

12   thanking you for your attentiveness.  I want to reiterate

13   that.  Each of you have paid close attention to my points and

14   my arguments.  And that's not really what's important.

03:17  15   What's important is that internally you know that the

16   Government did not prove their case against Benoit Placide.

17           THE COURT:  Mr. Skier, thank you.  Let me turn back

18   now, if I might, to Mr. Carlton for the closing portion of

19   the Government's final argument.

03:17  20           Mr. Carlton.

21           MR. CARLTON:  Thank you, Your Honor.

22

23                   _REBUTTAL ARGUMENT_

24           MR. CARLTON:  I'm going to break up this rebuttal

03:17  25   into two phases.  In the first I'm talk about the

1    Government's response to Mr. Serafini's closing on behalf of

2    his client, Lukner Blanc.  And in the second phase, I'm going

3    to talk about the Government's response or rebuttal to the

4    arguments brought up by Mr. Skier on behalf of Defendant

03:18  5    Benoit Placide.

6         Now, as it relates to both of these defendants, I

7    want you ladies and gentlemen to pay attention very closely

8    to the totality of the definition of reasonable doubt.  Yes,

9    it is a high burden.  Yes, it is beyond a reasonable doubt.

03:18  10   Every criminal case ever brought in the United States,

11   whether it's through one of the states or through the federal

12   government, all of those cases have always had the same

13   burden of proof.  It happens in every single case.  What you

14   will hear from His Honor in reading the definition, he will

03:19  15   tell you that the Government's proof only has to exclude any

16   reasonable doubt concerning a defendant's guilt.  A

17   reasonable doubt is a real doubt based upon reason and common

18   sense after careful and impartial consideration of all the

19   evidence in this case.

03:19  20        Now, is the forensic evidence here on the actual

21   notebook computers?  No, there's not.  These people all know

22   each other.  They visited houses.  They've admitted that.

23   The arguments have made that clear.  If there had been

24   fingerprints on anything or DNA, the explanation would have

03:19  25   been, well, of course there is.  He's over at the guy's house

1    all the time.  What difference would it have made?  Would it

2    have advanced the ball in this case?  No.  In the context of

3    this case, these are friends from Belle Glade who have known

4    each other, visited each other.  Of course they're going to

03:19    5    have each other's fingerprints in each other's houses.  Of

6    course they're going to have that type of DNA when they

7    visited each other.  Would it have advanced the ball?  No, it

8    would have been explained away.

9            Let me move on to some of Mr. Serafini's points.

03:20    10            His response or his argument that Mary Joe never

11    saw any of these cards at Lukner's house when she had been at

12    his house several times, where he lived.  Does that really

13    make any difference?  I would suggest to you that your common

14    sense and reason in consideration of all this evidence would

03:20    15    lead you to the conclusion that just because she never saw

16    them, doesn't mean anything.  Now, why do I say that?  You

17    will look at the transcript, Government Exhibit 1.101-T, in

18    which Sonia is talking to Lukner after he's been arrested and

19    she relates to him, You got caught with what?  You were crazy

03:21    20    to walk around with that stuff in your pocket.  That's an

21    admission knowing that this type of stuff, those debit cards,

22    you can't be caught with because you have no explanation for

23    why you're carrying somebody else's debit card around.

24            Why does Lukner Blanc have Cherish Adams' two debit

03:21    25    cards in his pocket and he's never met her and has no contact

1    with her?  I would suggest to you because he controlled the

2    fraudulent refunds that were on the card.  Now, Mr. Serafini

3    has indicated that she consented to the use of the card.

4    Both lawyers talked about this with lawful authority.  I'm

03:22    5    going to discuss Mr. Skier's complete misinterpretation and

6    lack of understanding on the law in a second, but let me deal

7    with Mr. Serafini on behalf of Defendant Lukner Blanc.

8            Whether or not a defendant gave consent or not with

9    regard to a particular card being used, frankly, is

03:22    10   irrelevant because under the law, that is not the standard.

11   His Honor is going to tell you -- and I've got a portion of

12   the jury instruction on this, if I can put my finger on it --

13   that deals with without lawful authority.  And that section

14   provides as follows:  On the issue of lawful authority, the

03:23    15   issue has nothing to do with whether the person whose debit

16   card is a victim or if they've given consent.  That is a red

17   herring.  It has nothing to do with it.  His Honor is going

18   to tell you that lawful -- lawful authority does not require

19   a theft.  Lawful authority has nothing to do with whether or

03:24    20   not the real debit cardholder gave consent or not.  It has

21   nothing to do with that.  It has everything to do with

22   whether or not the person holding the card intended to do

23   something illegal with it.

24           Why do I say that?  Because His Honor is going to

03:24    25   tell you that the phrase, without lawful authority, does not

1    require a theft.  It means simply that another person's

2    identification data, the means of identification on the first

3    couple of counts are those ATM debit cards in the name of

4    Adams, Phadael, and Placide, that that means of

03:25   5    identification was used for a wrongful purpose or possessed

6    for a wrongful purpose.  Okay?  I.e., in other words, that

7    regardless of how identification data was actually obtained,

8    with or without the other person's permission.  So whether

9    they gave you permission or not is irrelevant.  You don't

03:25   10   have to be a victim.  The defendant's subsequent use or

11   possession of it -- I say possession because on page 1 it

12   mentions possession -- violated the law relating to theft of

13   public money or the law relating to wire fraud.  Okay?

14         So it has nothing to do with whether or not the

03:25   15   person, the real accountholder, knew of it or didn't know of

16   it or gave consent.  It has everything to do with what did

17   the person who had the debit cards -- and why did they

18   possess them?  What were they intending to do with it?  If

19   they were intending to do the crime, any consent is

03:26   20   irrelevant.  It's vitiated.  It's negated.

21         Questions about these transcripts.  Let me remind

22   you, number one, that the burden of proof never shifts from

23   the United States.  Never.  Number two, a defendant doesn't

24   have the obligation to do anything in the case.  Having made

03:26   25   those two points, both sides to a case have the power of a

1    subpoena.  Both sides to the case have access to these

2    conversations.  Both sides had the opportunity to present

3    translations of them.  Only one set of transcripts is in

4    front of you.  Is it obvious that here and there --

03:27   5              MR. SERAFINI:  Objection, Your Honor.

6              THE COURT:  Yes.

7              MR. SERAFINI:  Objection.

8              THE COURT:  What's the legal basis?

9              MR. SERAFINI:  Legal basis.  Can I approach?

03:27  10              THE COURT:  No, just give me the legal basis.

11              MR. SERAFINI:  Improper comment on the -- on the

12    presentation of evidence by the defense.

13              THE COURT:  Well, one more -- one thing.  I'll

14    overrule the objection.  Counsel's statement of the law is

03:27  15    correct.  The burden of proof is always on the Government.

16    The defendant does not have to do anything at all.  But each

17    side has a right, if they want to, to present evidence on

18    these transcripts.  So the jury has up one set of

19    transcripts, and the jury will make its own judgment on that

03:27  20    issue.  But I want to come back.  The defendant has no

21    obligation to present anything, and the burden of proof is

22    always on the Government.  Okay?  Let's go forward.

23              MR. CARLTON:  Now, with that in mind, recall what I

24    asked the interpreter, Ralph Desmangles.  Did the Government

03:28  25    ever suggest to you who the speakers were that you needed to

1   identify?  He said no.  Did the Government ever suggest to

2   you who should be attributed as saying what?  He said no.  I

3   asked him, What about the content?  Did we ever suggest to

4   you what was being discussed?  He said no.

03:28   5        THE COURT:  Could I interrupt one more time.  And I

6   apologize.  But, you know, having said that, certainly

7   defense counsel is absolutely within their rights to talk to

8   the jury about the difficulties of translation or the

9   attribution of the speaker or anything else.  I mean, that's

03:28   10  all fair game.  And I want the jury to understand that.

11  Okay.  Let's proceed.

12       MR. CARLTON:  Now, on the next point that

13  Mr. Serafini brought up, he brought to your attention the

14  failure of the tax returns that were filed on November 1 and

03:29   15  November 2, the series of returns that comprise or make up

16  Counts 11 through 15, and then the matching aggravated

17  identity theft.  And he brought up that none of those returns

18  had the 3-10-95 date as the taxpayer date of return -- date

19  of birth.  Now, the evidence you will review in this case,

03:29   20  and if you will recall the transcripts in which Lukner Blanc

21  is recorded saying 3-10-95 or 3-10-94 work best, use those,

22  those dates of birth, I'm going to show you how they were

23  used in two ways.  They were not only were used on tax

24  returns, not those particular ones, but they were also used

03:29   25  to register the debit cards in other people's names after the

1    refunds had been -- the returns had been filed and the cards

2    were being registered.

3            So let me deal with the second part first.

4    Government Exhibit 1.227.  And on this particular chart,

03:30    5    1.227, you will find that -- on this particular chart, that

6    those dates of birth are, in fact, being utilized.  What

7    they're not being utilized for is on the actual tax returns.

8    Now, what you need to look at with regard to the actual tax

9    returns that were being utilized is the tax returns

03:30   10    themselves.  The exhibits that had to do with the filings,

11    Government Exhibits 11, 12, 13, 14, 15, those particular

12    returns actually had filings that were done after Lukner

13    Blanc was in jail, but there are other many returns that were

14    utilized.

03:31   15            The actual chart that you need to look at that has

16    the Metabank registration, the Metabank cards, when they were

17    being registered, those dates of birth frequently had the

18    3-10-94 or 3-10-95 dates on them.  You will recall that there

19    was confusion with the -- Corrin Harper when she testified

03:31   20    about that and with regard to that testimony.  Now, with

21    regard to -- let me move to the actual tax returns while

22    we're looking at something.  The actual tax returns, 1.230-B,

23    what I've referred to as the tax commonality chart.  And

24    these are the different tax returns that are filed.  They're

03:32   25    all fraudulent, and they're being deposited into the

1    Stottlemyer, Adams, Nicolas, and Phadael accounts.  And if

2    you go to the far left, I draw your attention to the dates of

3    birth that are being used on those tax returns.  3-9-95,

4    3-10-95.  And those dates of birth, 3-10-95 and 3-9-95 are

03:33    5    used on many different filings.  There's one from 3-9-94.

6    Many different returns.  Even on one at the very end, 3-9-95,

7    that went into whose account?  If we scroll all the way to

8    the right, went into Benoit Placide's account.  They were

9    using those particular numbers on both types of

03:33    10   registrations.

11           And if you will recall that with regard to

12   Government Exhibit 1.227, in addition to using those dates of

13   birth on tax returns, on page 2 of this account, we actually

14   have registration information here, dates of birth that being

03:34    15   used, 3-5-94, 3-10-94.  And again as Ms. Harper testified,

16   these are Metabank registrations.  When Lukner Blanc said,

17   Those dates worked best for me, those dates are being used on

18   tax returns and to register Metabank cards.  That's what the

19   evidence showed.

03:34    20          I will also note that when you look closely at the

21   tax commonality chart, you will see that fraudulent tax

22   returns filed that went into Shelda Phadael's account have in

23   common with returns of Dawn Nicolas an employer that didn't

24   even exist, fraudulent employer, Ketter Company, K-E-T-T-E-R.

03:34    25   If you check the tax returns that went into those two

1    separate accounts, Shelda Phadael Chase and Dawn Nicolas

2    Chase, you'll see that those fraudulent filings share that

3    commonality.

4            Now, with regard to Count 5 and 6, Mr. Serafini

5    indicated there was a lack of proof, that the 1.100 series --

6    that the tapes don't have anything to do with the Phadael,

7    Placide cards.  The Government never said that it did.  The

8    evidence on those cards which comprise Counts 5 and 6 are the

9    debit cards and the financial activity in those accounts

10   themselves.  Okay?  It's Exhibit 9 and Exhibit 10 series.

11   Not the transcript.  Phadael and Placide debit cards.  The

12   only relevance that the Phadael transcripts have is at the

13   end of the case, when Lukner Blanc is talking to Shelda

14   Phadael and he's trying to convince her to go in the bank, to

15   Chase Bank, and she says, I'm scared.  They said if I want to

16   get the money, I have to bring in the actual taxpayers.

17   That's the only thing -- only call that had to do with

18   proving Lukner Blanc knew what was on the cards.

19           With regard to the four ATM debit cards and

20   aggravated identity theft, Mr. Serafini argued that there was

21   consent given by Shelda Phadael and Benoit Placide to use

22   those ATM cards.  I just pointed out to you how the consent

23   of the actual card lawful owner is completely irrelevant.  If

24   somebody gets an ATM debit card and they're using it for an

25   unlawful purpose, that's the end of the game.  It doesn't

1    matter if it's a conspirator that gave it to them or if it's

2    the consent of the person.  That has nothing to do with the

3    element.  So look at that element very, very carefully.

4            Now, as to identity -- aggravated identity theft,

03:37  5  one thing that's very, very important in the case is that His

6    Honor will tell you -- and Mr. Serafini argued that there was

7    no evidence that the defense -- that the Government put on

8    that Lukner Blanc used any of those debit cards.  Again,

9    irrelevant.  Misstates the law.  The judge is going to

03:37  10  instruct you that on the aggravated identity theft, the first

11   element is that the defendant knowingly transferred,

12   possessed, or used another person's means of identification.

13   The Government does not have to prove that they used it.

14   It's if we just show possession, that is enough.  So long as

03:37  15  it's possessed with the intent to use it in connection with

16   another crime, to get those refunds, and we've done that.

17           As to wire fraud, Mr. Serafini suggests that

18   "Junior" Jean Juste was running his own separate conspiracy

19   and that there's no evidence there that it was connected to

03:38  20  this case.  I submit he's wrong.  Look at Government

21   Exhibit 1.16-T.  Review that transcript for yourselves.  That

22   transcript provided the co-conspirators talking amongst

23   themselves.  And in that transcript what was stated was by

24   Sonia.  "I just spoke with "Koutkout Shorty" and he came to

03:38  25  the house.  "Shorty" told me that the ones that had been at

1    his house are about to finish register."  Meaning the debit

2    cards.  "And after that, he and "Snow" will attack."  They

3    will continue this activity.  That is evidence that it's

4    related to this crime, to this case, and that Lukner Blanc

03:39    5    was being told by his girlfriend everything is fine.  They're

6    working for you on the street.  The conversations about

7    Tonkon Noel (ph.), those are conversations about Dawn

8    Nicolas.

9         Now, what's important about that?  Three things are

03:39    10    important.  Number one, timeline.  She opens her account

11    October 25, 2012.  Number two, she -- fraudulent refunds -- I

12    misspoke.  Fraudulent 1040s are filed in her name.  That's

13    wrong.  Fraudulent 1040s are filed directing the IRS to put

14    money into her account with those fraudulent returns two days

03:39    15    later, October 27th.  By the time Lukner Blanc is arrested on

16    October 29th, those returns have already been filed.  The

17    money hopefully will be in the pipeline.  So the

18    conversations about contacting, you know, Tonkon Noel, look

19    on the card.  Money should be coming on the Dawn Nicolas

03:40    20    card.  That's what they're talking about.  They didn't need

21    to make a filing.  They had already done it.  That's what

22    they're talking about.  And if you don't believe me, check

23    the timing of all those transaction, 1.70, 1.80, 1.71, and

24    1.81.

03:40    25         Again, conversation, Why didn't the Government call

1    Juste?  Why didn't they call Phadael?  The burden never

2    shifts.  We always have it, the Government.  Two, the defense

3    has no burden to do anything.  Three, both sides to a lawsuit

4    have the power of a subpoena.  Both sides.  And if either of

03:40  5    those people have had anything to put into evidence and

6    testimony that would favor -- favor the defense, the defense

7    had the opportunity to call them.  Let me move now to

8    Mr. Skier.

9         And, Your Honor, if I could have a break for just a

03:41 10   second, I need to check and use the easel.  So if I could

11   have just a brief opportunity to do that, I would appreciate

12   it.

13        **THE COURT:**  Sure.  I'll give you that.  And,

14   Mr. Carlton, while we're here, this is the warning you asked

03:42 15   me to give you.

16        **MR. CARLTON:**  Yes.  Indicating how much time, Your

17   Honor?

18        **THE COURT:**  You have about six minutes.

19        **MR. CARLTON:**  Okay.

03:42 20        What did Mario know?  Check out these exhibits.

21   1.106-T, 1.108-T, 1.116-T, 1.119-T, and 1.53-A.  Now, this

22   particular chart, ladies and gentlemen, in this particular

23   case, the defense wants you to believe that Mr. Placide is

24   innocent.  His debit card has no PIN number written on the

03:43 25   back of it.  If you recall, the testimony was from

1    Mr. Guevara that this account, the debit card was requested

2    on November 9.  The debit card -- this is Government

3    Exhibit 10.1.  The issue date, 10-9 of '12.  And this was

4    activated on the 17th of October, the 17th of October, at an

03:43    5    ATM by someone using the PIN.

6            Now, Mr. Placide is not on trial for perjury.  He

7    is not charged with that.  What did he say to the grand jury

8    under oath?  He said -- page 19, line 11.  So my question

9    was:  "Did you ever give your account number to anybody?

03:44    10           "Answer:  No."

11           Page 22 -- I misspoke.  Page 24.

12           "Now, I'm going to ask you again very clearly.  To

13    whom did you give your account number that allowed them to

14    deposit Treasury checks into your account?

03:44    15           "Answer:  I did not provide my account information

16    to anyone.  The account number is not on the debit card.  I

17    repeat, the account number is not on the debit card."

18           The day that this was ordered was October 9th.

19    October 9th.  Government Exhibit 10.2-A, a fraudulent 1040

03:45    20    filing that ended up being granted and going into the

21    defendant's account.  This was filed at the bottom.  And look

22    at the last page.  Received by the IRS the day after he

23    ordered the debit card.  The day after.  Before he even got

24    the debit card and activated it on October 17th, this account

03:45    25    number had been used.  And the account number and routing

1   number is given to the IRS on the face of the return, the

2   same account in which Mr. Placide told the grand jury he

3   never gave his account number to anybody.  How is that

4   possible?

03:46   5        He is a member of this conspiracy.  And I urge you

6   to convict him and hold both of these people accountable.

7   He's not charged with perjury, but he didn't tell the truth

8   in front of the grand jury, and I've just shown you.  Nothing

9   further.  Thank you.

03:46   10        THE COURT:  Mr. Carlton.  Thank you.

11        Let's move the easel back.  And I want to talk to

12   the jury for a minute.

13        MR. SERAFINI:  Excuse me, Your Honor.  Could we

14   take a two-minute break, please?

03:47   15        THE COURT:  Yes.  Hold on just a second, please.

16        Ladies and gentlemen, we're going to take just a

17   very brief recess, just about two minutes.  Let me allow the

18   jury to step into the jury room for just a moment.  Then I'm

19   going ask you to come back and we can talk about something.

03:47   20        (Thereupon, the jury was escorted out of the

21   courtroom.)

22        THE COURT:  Let's take just a very brief recess,

23   Mr. Marshal.

24        (Thereupon, a brief recess was taken.)

03:49   25        THE COURT:  While everyone is present I want the

 1    record to reflect -- we're missing Mr. Placide.  Wait a

 2    minute.  Where is he?

 3              MR. SKIER:  Judge, he went into the restroom.

 4              THE COURT:  Hold on a minute.  Let's just hold on.

03:50   5         (Thereupon, there was a brief pause.)

 6              THE COURT:  Let the record reflect now that both

 7    Mr. Blanc and Mr. Placide are present together with counsel

 8    for both parties.  I just wanted to alert counsel, I'm going

 9    to ask the jury what they would like to do.  We have had a

03:50  10    long day.  The jury instructions are about an hour and the

11    jury may elect to stop now and come on back in the morning.

12    On the other hand, the jury may want to proceed and go

13    forward.  I'd like to leave it in their hands.

14              So, Mr. Marshal, would you check with the jury and

03:51  15    when they're ready, would you just let me know and ask them

16    to come in?

17              THE COURT SECURITY OFFICER:  Yes, sir.

18              (Complies.)

19              THE COURT:  Thank you.

03:52  20         (Thereupon, the jury was brought into the

21    courtroom.)

22              THE COURT:  Ladies and gentlemen, please be seated.

23    Ladies and gentlemen, we have completed the second stage of

24    the trial, if you will, before we move to the third part.

03:52  25              But I wanted to talk with you for a second and I

1    wanted to get your advice.  We have had the opportunity of

2    listening to some very fine lawyers present their arguments

3    regarding the case.  But it's taken a long time and I think

4    that's completely appropriate in a case of this length, the

03:53   5    length of time we have taken and the complexity of the case.

6    So I wanted to make sure that the lawyers had adequate time

7    really to talk to you about all the issues.

8           Now, the jury instructions are about an hour.  And

9    I wanted to get your advice as to what would be the best way

03:53   10   to do it.  We could go ahead and deal with them now or I

11   thought maybe, if it was up to you, if you'd prefer we can

12   come back and deal with those instructions first thing in the

13   morning and then put the case in your hands and allow you to

14   begin your deliberations.

03:53   15          It's been a long day and I wanted to get your

16   advice.  Do you folks want to just caucus?  Whatever you want

17   is perfectly okay.

18          **JUROR**:  Do the alternates need to come tomorrow?

19          **THE COURT**:  Yes.

03:54   20          We don't get a chance to get much jury decision-

21   making so this is interesting.  What's your preference?

22          **THE JURY**:  Tomorrow.

23          **THE COURT**:  I really think that makes sense because

24   we have watched you throughout the case and we know that you

03:54   25   understand how important it is to make the decisions you're

1    going to have to make by looking at the witnesses, by

2    listening, and I've already talked about how appreciative we

3    are about how attentive you have been, but it is so important

4    that you properly understand the law so you can correctly

03:54    5    apply the law to the facts.  I think to hear it fresh in the

6    morning would benefit everybody.  So you all understand how

7    enormously sensitive the issue and the point is where we are.

8    You want to be so careful.

9         Please don't talk to anybody about the case.  Don't

03:55    10    let anyone talk with you.  Be real careful of the local

11    newspapers and so on.  Let's plan to meet first thing

12    tomorrow morning.  We'll go right ahead with those jury

13    instructions.  And then we're going to put the case in your

14    hands and allow you all to make your decision, and to do it

03:55    15    in as comfortable and take whatever time you need.  There's

16    no pressure at all on that, but I think that makes a lot of

17    sense.

18         Let's stop now.  Have a nice night.  We'll see you

19    tomorrow morning at 9 o'clock.

03:55    20         THE COURT SECURITY OFFICER:  All rise for the jury.

21         (Thereupon, the jury was escorted out of the

22    courtroom.)

23         THE COURT:  Ladies and gentlemen, please be seated.

24    Are there any matters that we need to discuss before we stop

03:56    25    for the evening recess?  Has everybody had a chance to take a

1  second look at the jury instructions or the verdict form or

2  the outline or anything else that you wanted to raise?

3          **MR. SERAFINI**:  Your Honor, there is -- I'd like

4  just preserve two things for the record.

03:56  5          **THE COURT**:  Yes, of course.

6          **MR. SERAFINI**:  I'll do it in the form of a motion.

7          **THE COURT**:  Yes.

8          **MR. SERAFINI**:  I'd like, again, to renew the issues

9  I had earlier in the trial that is on the antagonistic

03:56  10  defenses.  Listening to counsel's closing argument for

11  Mr. Placide, half the argument was devoted essentially to a

12  prosecution of Mr. Blanc.  This was an argument that since no

13  evidence has been presented by Mr. Placide, blind-siding

14  argument, and I believe it took away his ability to have a

03:56  15  fair trial.

16          Added onto that, Your Honor, is the fact that

17  counsel, for all intents and purposes, commented on

18  Mr. Placide's failure to testify and I think the jury if they

19  listened to that and thought about it, could very easily

03:57  20  transfer that to --

21          **THE COURT**:  Help me out on that so I can understand

22  who you are talking about because maybe I missed that.

23          **MR. SERAFINI**:  Well, Mr. Skier --

24          **THE COURT**:  Mr. Skier.

03:57  25          **MR. SERAFINI**:  -- Mr. Skier began talking about the

1  decision of his client not to testify.  At that point the

2  Court called us up to side-bar and said, do you want to get

3  into this, you may have already opened the door.

4      THE COURT:  Yeah.

03:57  5      MR. SERAFINI:  He essentially explained the

6  decision not to testify.  It is very possible that the jury

7  could have heard that, looked at Mr. Blanc and began to

8  wonder why he isn't testifying and why there wasn't any

9  explanation why he didn't testify, which would go to a very

03:57  10  fundamental right, trier right for Mr. Blanc.

11      THE COURT:  Okay.

12      MR. SERAFINI:  That's the argument on that.  Very

13  briefly, Your Honor, the second ground is I believe that the

14  Government did engage in shifting the burden to the defense

03:58  15  with its comments -- when my objection was overruled with its

16  comments that the defendants could call witnesses and present

17  evidence.  And those are the two grounds that I wanted to

18  preserve for the record, Your Honor.

19      THE COURT:  Okay.  Well, let's talk about them.  I

03:58  20  have to tell you, we all know the general rule that

21  conspiracy cases usually you try to try all of the alleged

22  members of a conspiracy together but, of course, the

23  exception to that is if they really have antagonistic

24  defenses.

03:58  25      Now -- and, if you will, the explanation of what is

```
 1   antagonistic or what is not antagonistic is that mere finger-

 2   pointing is really not enough, it has to be a lot more than

 3   that.  And I suppose the first question would be does there

 4   really have to be evidence that would establish a defense

 5   that is something presented by the defense, and I'm not sure

 6   that's true.  I mean, I think that someone can look at the

 7   evidence that was presented and take the position that might

 8   rise, conceivably might rise to the level of an antagonistic

 9   defense.

10          I don't think that's happened here other than the

11   finger-pointing argument.  Now, of course, there have been

12   several comments about the suggestion that there may be other

13   folks who are more involved and clearly the inclusion of

14   Mr. Blanc was inescapable, and the suggestion that

15   Mr. Placide was not, but I just don't think that's enough and

16   the jury is going to have to make these judgment calls and

17   I'm going deny -- I assume what you're really doing is you're

18   making a motion for mistrial --

19          MR. SERAFINI:  Right.

20          THE COURT:  -- on these different bases.

21          So I will deny that.  We all know the right to

22   exercise, a person's decision to exercise their right to

23   remain silent is such an important decision and it is so

24   protected that if the Government were to comment on that,

25   clearly it would justify and call for a mistrial.
```

1          Mr. Skier began, and I got a little bit concerned

2     at the beginning because he initially said, it's sort of

3     someone like skating over to a hole in the ice.  He began by

4     saying well, Mr. Placide, if he had a chance to testify, he

04:00  5     testified before the grand jury.

6          I was concerned because my concern is the

7     Government is going to step right up and say, oh, he did.

8     But let me tell you, you can't do, he was never really

9     subjected to cross-examination the way he would be in trial.

04:01 10     They didn't do that and we didn't get there, but I think a

11     much more significant step is when you say Mr. Placide has a

12     right to testify, but he also has a right to remain silent.

13          Ladies and gentlemen, the reason Mr. Placide

14     elected not to testify in this case is because the Government

04:01 15     did not satisfy its burden of proof.  I think the problem and

16     really, you know, I have not studied this area recently, but

17     I think the minute defense counsel elects to put out before

18     the jury a rationale as to why a defendant may have made that

19     decision, I think the door gets opened wide to the Government

04:01 20     coming in and suggesting other sides to that, other reasons

21     why.

22          And you know, this is such a sensitive area of the

23     law that first I commend Mr. Carlton in the exercise of his

24     discretion not to touch that.  And also to Mr. Skier to back

04:02 25     off as he did, very, very adroitly by simply saying, let me

1    continue and off on another tack.

2           It's just that it's one of those areas that would

3    ultimately get resolved by an appellate court but that

4    concept of opening the door, it happens and it's dangerous

04:02   5    and that was probably a good example of where it did happen

6    and where a comment would have been allowed, but who knows?

7    And think about the jeopardy that the whole case would be in

8    just by the unsureness of how an appellate court might

9    ultimately come out on that.

04:02   10          Your last point, though, was an interesting one and

11   there is a case, and I want to say it's the Anori (ph.) case,

12   I think we talked about it at one point, but it deals with,

13   first, the fact that the transcripts are in evidence.

14   Obviously, the recordings are in evidence but the transcripts

04:03   15   are in evidence, too, although they're secondary evidence.

16   And that case stands for the proposition that when the

17   defense believes that the Government has a transcript that is

18   inaccurate in any way, that the defense has the absolute

19   right, and indeed, this is the preferred way, to come in with

04:03   20   their version and then you put them in front of the jury and

21   you say, okay, ladies and gentlemen, here they are, you know,

22   you have at it.

23          What Mr. Carlton said, and let's go back for a

24   minute.  The argument made by Mr. Serafini and a completely

04:03   25   legitimate argument, certainly, because, remember, even if

1       you only have the Government's transcript, we have the issue

2       of whether the interpretation is an art or a science, and we

3       certainly learn that it's more an art.  You have to listen

4       and make sense of what is being said, and to put it so that

04:04   5       it comes out grammatically correct and so on.

6               And then also there's an issue of just simply

7       mistakes can be made and we talked at the beginning about it,

8       was the audibility such that even with all the enhanced

9       assistance that an interpreter might have or a translator

04:04   10      might have, that you end up with a really completely accurate

11      transcript and then, of course, just simply errors in

12      attributions and we found one here and we talked about it at

13      side-bar and corrected it.  So we have that whole bag.

14              Now, if an argument is made, as was made, and it's

04:04   15      a completely legitimate argument that here are these

16      transcripts, how accurate are they, there's human error,

17      there are all these other problems, completely legitimate

18      argument, but I do think it opens up the counterargument

19      that, okay, but a defendant doesn't have to produce anything

04:05   20      at all.  The Government has the burden of proving every

21      element beyond a reasonable doubt, but both sides have

22      subpoena power and, I mean, that's something you can at least

23      look at in evaluating this concept or this argument that

24      these transcripts are so unreliable they ought not to be used

04:05   25      at all or relied upon, and I think there's abundant case

1    authority that really supports that view.

2            I don't think that constitutes an impermissible

3    shifting of the burden of proof because that's the concern

4    that you have that somehow in this process the Government has

04:05   5   somehow put some burden on the defense.

6            So for all of the reasons what I'm really saying is

7    I think the Government's argument was a completely accurate

8    statement of the law.  I'm going to deny the motion for

9    mistrial.

04:06  10           By the way, I thought the argument on all sides

11   were really very helpful and well thought out.  This has been

12   a long case with lots of evidence and lots of documents and

13   I'm convinced we needed the time.  Probably you feel we

14   needed more time than you actually had on all sides, but I

04:06  15   thought you used your time exceptionally well.

16           So unless somebody else has something we need to

17   talk about, why don't we stop?  Let's come on back tomorrow

18   morning at 9:00.  We'll begin with the jury instructions and

19   then put the case in the hands of the jury.  Okay?

04:06  20           The Court will be in recess until 9:00 a.m.

21   tomorrow.  Court is in recess.  Thank you.

22

23       (Thereupon, the above portion of the trial was concluded.)

24

25                    *        *        *

1           **C E R T I F I C A T E**

2

3           I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled

5    matter.

6

7       11/13/2015

8    _____         _____

9    DATE COMPLETED           GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25